FILED
JAN 1 4 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB | ) ) ) ) |
| Plaintiff. | ) No 13 cv 07271 ) ) Property Address: |
| vs. | ) 124-136 S. Randall Road ) Algonquin, Illinois 60102 |
| Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; | ) ) Assigned Judge: Robert M. Dow, Jr. ) Magistrate Judge: Mary M. Rowland ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## FIRST REPORT OF THE RECEIVER

The Receiver, Joshua E. Joseph, herewith submits a First Report of Receiver summarizing the activities performed by the Receiver from December 10, 2013 through January 13, 2014. Pursuant to the Court Order dated December 5, 2013, Joshua E. Joseph was appointed Receiver for the mortgaged real estate in the above case commonly known as 124-136 S. Randall Road, Algonquin, Illinois 60102; herein referred to as the "Property."

## DESCRIPTION OF THE PROPERTY

**Location:**                124-136 S. Randall Road, Algonquin, McHenry County, Illinois

**Property Type:**       Retail Strip Center

**Gross Building Area:**   13,850 square feet

**Number of Buildings:**  1

**Number of Units:**      7

**Year Built:**            1995

**Construction:**        Brick and block

**Land Area:**        1.38 acres

**Parking:**        Approx. 55 asphalt-paved spaces

**Condition:**        Average to good

Photographs of the Property are included as **Exhibit "A"**.

## GENERAL STATUS & RECEIVER ACTIVITY

The Receiver has inspected the Property and finds it to be in overall average to good condition. There were no significant deferred maintenance or life safety issues observed at the Property. The Receiver has met with the tenants on multiple site visits, delivered notices and copies of the order appointing receiver to the tenants, and opened a Receiver's bank account to hold rents and pay expenses for the Property. The Receiver has also been in communication with the former property manager, who has turned over most leases, a rent roll, and historical financial information. The property is currently 75% occupied between five (5) tenants which consist of various local businesses.

The Receiver has not been able to make any communication directly with the Defendants regarding turnover of information. The Receiver requests that all tenant security deposits and the lease between Randall Road Joint Venture and Clean & Press, Inc. are immediately turned over to the Receiver. The former property manager has informed the Receiver that Clean & Press, Inc. is an entity that is owned in part by one of the Defendants. Clean & Press, Inc. leases two spaces at the Property, and is the only tenant whose lease the Receiver has been unable to obtain. The Receiver has also been unable to make contact with the Defendants regarding turnover of the security deposits. The former property manager stated they do not have control over the security deposit account, but would be turning over control of the operating account funds of $404.36.

In addition to performing site visits and holding discussions regarding the receivership with tenants, Plaintiff, and former property manager, the Receiver has verified that there is property insurance in place, verified real estate tax payment status, mailed rental invoices to tenants, collected rental income, transferred utility and vendor accounts, ensured the building is winterized, and changed locks to vacant units and mechanical rooms. The Receiver has made contact with each tenant and expects all rents to be sent directly to the Receiver going forward.

## RECEIVER'S BOND

The Order Appointing Receiver required the posting of a $75,000 bond. The Receiver posted the bond on December 10, 2013, a copy of which is attached to this Report as **Exhibit "B"**.

## INSURANCE

The Receiver has verified that the Plaintiff has placed adequate property insurance coverage on the Property. A copy of the insurance certificate is attached as **Exhibit "C"**.

## PROPERTY TAXES

The Property is located in McHenry County. There is one (1) PIN associated with the Property: 19-30-400-008. The 2012 taxes (payable 2013) totaled $79,679.52 and have been paid in full.

A copy of the most recent tax bill from the McHenry County Treasurer website is attached as **Exhibit "D"**.

## BANKING AND FINANCIAL ACTIVITY

The Receiver has established a bank account to deposit rental income and pay operating expenses at the Property. During the current reporting period, total receipts were $7,065.00. The Receiver has not paid any expenses from the receiver's account yet. The current balance is $7,065.00. The Receiver has communicated with the tenants and expects to receive the remainder of the January rents due.

Financial statements including an income and expense statement, receipt register, check register, and aged delinquency report, are included as **Exhibit "E"**.

A current rent roll for the Property is included in **Exhibit "E"**.

## LITIGATION

The Receiver is not aware of any litigation involving the Property other than the subject foreclosure case.

## RECEIVER'S FEES

A detailed billing statement for the Receiver's fees is attached as **Exhibit "F"**.

## DRAFT ORDER

A draft order approving the First Report of the Receiver is attached as **Exhibit "G"**.

## **TABLE OF EXHIBITS**

**EXHIBIT A - PHOTOGRAPHS**

**EXHIBIT B - BOND**

**EXHIBIT C - INSURANCE**

**EXHIBIT D - REAL ESTATE TAXES**

**EXHIBIT E – FINANCIAL ACTIVITY & RENT ROLL**

**EXHIBIT F – RECEIVER'S FEES**

**EXHIBIT G – DRAFT ORDER**

### **Contact Information for the Receiver**

Joshua E. Joseph
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262 Phone
jjoseph@frontlinerepartners.com

Respectfully submitted,

Joshua E. Joseph, as Receiver

# EXHIBIT A





# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN THE MATTER OF                                          **Bond#9163618**

PNC Bank, National Association, successor in
Interest by merger to National City Bank, successor
In interest by merger to MidAmerica Bank, FSB

                    Plaintiff

vs.                                                      **Receiver's Bond**

Randall Road Joint Venture, and Illinois general         No. 13 cv 07271
partnership; Chicago Title Land Trust Company,
successor trustee to Amcore Investment Group as          Property Address:
Trustee Under Trust Agreement Date December 15,          124-136 S. Randall Road
1993 and Known as Trust Number 3504; Jeffrey R.          Algonquin, Illinois 60102
Dunham; Robert R. Dunham; Power Pizza Company
d/b/a Jake's Pizza, an Illinois domestic corporation;
Phoenix Leasing Incorporated, a foreign corporation;

                    Defendants,

KNOW ALL MEN BY THESE PRESENTS:

THAT WE, Joshua E. Joseph of Frontline Real Estate Partners, LLC, as
Principal(s) and the Washington International Insurance Company , a New Hampshire
corporation, as Surety, are held and firmly bound unto The United States District
Court Northern District of Illinois, Eastern Division as Obligee(s), in the penal
sum of Seventy Five Thousand and no/100, ($75,000.00 ) DOLLARS, lawful money of
the United States of America, for the payment of which, well and truly to be
made, we bind ourselves, our heirs, legal representatives, successors and
assigns, jointly and severally, firmly by these presents.

Whereas, in the above action and the above Court, Joshua E. Joseph of Frontline
Real Estate Partners, LLC, the Principal(s) has been appointed Receiver(s) of
certain real property located at 124-136 S. Randall Road, Algonquin, IL 60102
with authority and instructions and designated by the court, and has (have) been
directed to give a bond to Obligee in the sum aforesaid, according to law.

NOW THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the said
Principal(s) shall faithfully discharge the duties of Receiver(s), and shall obey
the orders of the Court therein, then this obligation shall be void; otherwise to
remain in full force and virtue.

SIGNED AND SEALED this 9th day December, 2013.

BY: _____
                                        Joshua E. Joseph

APPROVED                    **RECEIVED**       Washington International Insurance Company

                            DEC 1 0 2013       BY: _____
                                               Judith A. McGoogan, Attorney-in-Fact

_____, 2013         THOMAS G. BRUTON
                            CLERK, U.S. DISTRICT COURT
BY: _____
        Judge

**NAS SURETY GROUP**

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

**GENERAL POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Manchester, New Hampshire, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire and having its principal office in the City of Schaumburg, Illinois, each does hereby make, constitute and appoint:

ADAM J. CANTU, JACQUELYN M. NORSTROM, JUDITH A. McGOOGAN,

JOSEFINA ROJO and JOHN P. HARNEY

JOINTLY OR SEVERALLY

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of:

FIVE MILLION ($5,000,000.00) DOLLARS

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 9th of May, 2012:

"RESOLVED, that any two of the Presidents, any Managing Director, any Senior Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney or to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Steven P. Anderson, Senior Vice President of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

By _____
David M. Layman, Vice President of Washington International Insurance Company
& Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 28th day of August, 2012.

North American Specialty Insurance Company
Washington International Insurance Company

State of Illinois
County of Cook      ss:

On this 28th day of August, 20 12, before me, a Notary Public personally appeared Steven P. Anderson, Senior Vice President of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company and David M. Layman, Vice President of Washington International Insurance Company and Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

"OFFICIAL SEAL"
DONNA D. SKLENS
Notary Public, State of Illinois
My Commission Expires 10/06/2015

Donna D. Sklens
Donna D. Sklens, Notary Public

I, Jeffrey Goldberg, the duly elected Assistant Secretary of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 9th day of December, 20 13.

Jeffrey Goldberg, Vice President & Assistant Secretary of
Washington International Insurance Company & North American Specialty Insurance Company

State of Illinois
County of Cook

On this _____9th_____ day of _____December_____ 20_13_, before me personally appeared
_____Judith A. McGoogan_____ , known to me to be the Attorney-in-fact of
_____Washington International Insurance Company_____ , the corporation that executed the
within instrument, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, at my office in the
aforesaid county, the day and year in this certificate first above written.

(Seal)

```
OFFICIAL SEAL
STEPHANIE C ANDERSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/08/14
```

_____
(Notary Public)

# EXHIBIT C



# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/19/2013

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | |
|---|---|---|
| Illinois Alliance Insurance<br>421 E. Grant Highway<br>PO Box 236<br>Marengo IL 60152 | PHONE (A/C, No, Ext): 815-568-7560 | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |
| | **INSURER(S) AFFORDING COVERAGE** | **NAIC #** |
| | INSURER A: Allied Insurance | |
| INSURED<br>RANDALL ROAD JOINT VENTURE<br>PO Box 460<br>Woodstock IL 60098 | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

## COVERAGES  CERTIFICATE NUMBER:  REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>✓ COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE ✓ OCCUR | | X | ACP7115547070 | 03/15/2013 | 03/15/2014 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PROJECT ☐ LOC | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 4,000,000 |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR<br>☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ 10,000 | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N | N/A | | | | ☐ WC STATU-TORY LIMITS ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**
CERTIFICATE HOLDER IS ADDITIONAL INSURED:

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| PNC Bank, NA ISAOA/ATIMA<br>Mailstop: P7-PFSC-04-V<br>500 First Avenue<br>Pittsburgh, PA 15219 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)  © 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

# ACORD® EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY)** 02/19/2013

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
Pat Signore
PHONE (A/C, No, Ext): 815-568-7560
FAX (A/C, No): 815-568-7606
EMAIL ADDRESS:

Illinois Alliance Insurance Agency, Inc.
421 E. Grant Hwy. PO Box 236
Marengo, IL 60152

**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID #:**

**COMPANY NAME AND ADDRESS**
ALLIED INSURANCE

**NAIC NO:**

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

**NAMED INSURED AND ADDRESS**
RANDALL ROAD JOINT VENTURE
PO BOX 460
WOODSTICK, IL 60098

**ADDITIONAL NAMED INSURED(S)**

**LOAN NUMBER**
**POLICY NUMBER** ACP7115547070

**EFFECTIVE DATE** 03/15/2013
**EXPIRATION DATE** 03/15/2014
[✓] CONTINUED UNTIL TERMINATED IF CHECKED

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION (Use additional sheets if more space is required)

**LOCATION/DESCRIPTION**
124-136 S. RANDALL RAOD ALGONQUIN, IL 60102

**COVERAGE INFORMATION** CAUSE OF LOSS FORM | BASIC | BROAD [✓] SPECIAL | OTHER

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 2,080,000.00 DED: 1000

| | YES | NO | |
|---|---|---|---|
| BUSINESS INCOME / RENTAL VALUE | ✓ | | If YES, LIMIT: 12 Actual Loss Sustained # of months: |
| BLANKET COVERAGE | | ✓ | If YES, indicate amount of insurance on properties identified above: $ |
| TERRORISM COVERAGE | ✓ | | Attach signed Disclosure Notice / DEC |
|    IS COVERAGE PROVIDED FOR "CERTIFIED ACTS" ONLY? | ✓ | | If YES, SUB LIMIT: DED: |
|    IS COVERAGE A STAND ALONE POLICY? | | ✓ | If YES, LIMIT: DED: |
|    DOES COVERAGE INCLUDE DOMESTIC TERRORISM? | ✓ | | If YES, SUB LIMIT: DED: |
| COVERAGE FOR MOLD | | ✓ | If YES, LIMIT: DED: |
| MOLD EXCLUSION (If "YES", specify organization's form used) | ✓ | | PB2999 0411 |
| REPLACEMENT COST | ✓ | | |
| AGREED AMOUNT | | ✓ | |
| COINSURANCE | | ✓ | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | ✓ | | If YES, LIMIT: 2080000 DED: 1000 |
| LAW AND ORDINANCE - Coverage for loss to undamaged portion of building | ✓ | | If YES, LIMIT: 2080000 DED: 1000 |
|    - Demolition Costs | | ✓ | If YES, LIMIT: 50000 DED: 1000 |
|    - Incr. Cost of Construction | | ✓ | If YES, LIMIT: 500000 DED: 1000 |
| EARTHQUAKE (If Applicable) | | ✓ | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | ✓ | If YES, LIMIT: DED: |
| WIND / HAIL (If Separate Policy) | | ✓ | If YES, LIMIT: DED: |
| PERMISSION TO WAIVE SUBROGATION PRIOR TO LOSS | ✓ | | |

**REMARKS - Including Special Conditions (Use additional sheets if more space is required)**

## CANCELLATION

THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW 30 DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

## ADDITIONAL INTEREST

**NAME AND ADDRESS**
PNC Bank, NA ISAOA/ATIMA
Mailstop: P7-PFSC-04-V
500 First Avenue
Pittsburgh, PA 15219

**LENDER SERVICING AGENT NAME AND ADDRESS**

[✓] MORTGAGEE
[✓] LOSS PAYEE

**AUTHORIZED REPRESENTATIVE**
Pat Signore

ACORD 28 (2003/10)   © ACORD CORPORATION 2003

# EXHIBIT D

FROM THE OFFICE OF:    **REAL ESTATE TAX BILL**    ASSESSED TO: AMCORE TR CO TR 3504
WILLIAM W. Le FEW    **1ST INSTALLMENT COUPON PAYMENT**
McHENRY COUNTY TREASURER      PIN: 19-30-400-008

**MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR**

**\*\*DUPLICATE\*\***

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL 60102-5451

| | 1ST INSTALLMENT FOR 2012 | |
|---|---|---|
| | DUE BY 06/05/2013 | $39,839.76 |
| **1-2012** | INTEREST | |
| | COSTS | |
| | TOTAL PAID | Paid on 05/30/2013 |

PAID BY: CHECK ____ CASH ____ MAIL ____ CREDIT CARD ____    126727    1930400008000398397614

---

FROM THE OFFICE OF:    **REAL ESTATE TAX BILL**    ASSESSED TO: AMCORE TR CO TR 3504
WILLIAM W. Le FEW    **2ND INSTALLMENT COUPON PAYMENT**
McHENRY COUNTY TREASURER      PIN: 19-30-400-008

**MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR**

**\*\*DUPLICATE\*\***

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL 60102-5451

| | 2ND INSTALLMENT FOR 2012 | |
|---|---|---|
| | DUE BY 09/05/2013 | $39,839.76 |
| **2-2012** | INTEREST | |
| | COSTS | |
| | TOTAL PAID | Paid on 08/29/2013 |

PAID BY: CHECK ____ CASH ____ MAIL ____ CREDIT CARD ____    1930400008000398397626

---

| Taxing Body | | Rate | Percent | Tax This Year | Tax Last Year |
|---|---|---|---|---|---|
| MCHENRY COUNTY | | 0.881056 | 9.19 | $7,322.15 | $7,239.06 |
| MCHENRY COUNTY | PENSION | 0.114753 | 1.20 | $953.67 | $822.40 |
| MCHENRY CO CONSV | | 0.248082 | 2.59 | $2,061.73 | $1,989.27 |
| COLLEGE DISTRICT 509 ELGIN | | 0.525487 | 5.48 | $4,367.14 | $4,309.00 |
| COLLEGE DISTRICT 509 ELGIN | PENSION | 0.007426 | 0.08 | $61.72 | $48.89 |
| SCHOOL DIST 300 | | 5.443793 | 56.78 | $45,241.54 | $42,152.78 |
| SCHOOL DIST 300 | PENSION | 0.161400 | 1.68 | $1,341.31 | $1,798.90 |
| ALG LITH FIRE DIST | | 0.738112 | 7.70 | $6,134.20 | $5,850.89 |
| ALG LITH FIRE DIST | PENSION | 0.088620 | 0.92 | $736.49 | $697.76 |
| ALGONQUIN LIBRARY | | 0.476264 | 4.97 | $3,958.07 | $3,726.97 |
| ALGONQUIN LIBRARY | PENSION | 0.048024 | 0.50 | $399.11 | $432.97 |
| ALGONQUIN TOWNSHIP | | 0.074157 | 0.77 | $616.29 | $598.17 |
| ALGONON TWP RD & BR | | 0.154715 | 1.61 | $1,285.78 | $1,252.29 |
| ALGONON TWP RD & BR | PENSION | 0.007953 | 0.08 | $66.10 | $84.37 |
| ALGONQUIN VILLAGE | | 0.384243 | 4.01 | $3,193.31 | $3,203.37 |
| ALGONQUIN VILLAGE | PENSION | 0.233544 | 2.44 | $1,940.91 | $1,955.15 |
| **Totals** | | **9.587629** | | **$79,679.52** | **$76,142.04** |

MCHENRY COUNTY 2012 REAL ESTATE TAX BILL
**LEGAL DESCRIPTION:**
DOC 93R0081755
LT 2
KAPERS WEST SUB

**ASSESSED TO:**
AMCORE TR CO TR 3504
MAIL TO:    126727
CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL 60102-5451

**If paid after due date, pay amount below which includes 1.5% per month penalty:**

| | FIRST INSTALLMENT | SECOND INSTALLMENT |
|---|---|---|
| 06/06 - 07/05 | 40,437.36 | |
| 07/06 - 08/05 | 41,034.95 | |
| 08/06 - 09/05 | 41,632.55 | |
| 09/06 - 10/05 | 42,230.15 | 40,437.36 |
| 10/06 - 10/25 | 42,827.74 | 41,044.95 |

| PIN | | |
|---|---|---|
| | 19-30-400-008 | |
| Township | Tax Code | Property Class |
| AQ | 19005 | 0060 |
| Sub Lot | Acres | |
| | 1.38 | |

| 1st Install | 2nd Install |
|---|---|
| $39,839.76 | $39,839.76 |
| Interest | Interest |
| Costs | Costs |
| Total Paid | Total Paid |
| Paid on 05/30/2013 | Paid on 08/29/2013 |

| | |
|---|---|
| Fair Cash Value | 2,434,050 |
| S/A Value | 892,182 |
| S/A Multiplier X | .9094 |
| S/A Equalized Value = | 811,350 |
| Brd. of Review Value | 811,350 |
| Brd. of Review Multiplier X | 1.0000 |
| Brd. of Review EQ Value = | 811,350 |
| Home Improv./Vet Exemptions - | 0 |
| State Multiplier X | 1.0243 |
| State Equalized Value = | 831,066 |
| Farmland and Bldgs. Value + | 0 |
| Total Amt. Prior to Exemptions = | 831,066 |
| Annual Homestead Exemptions- | 0 |
| Sr. Freeze Abated Amount - | 0 |
| Elderly Homestead Exemption - | 0 |
| Disabled Vet Homestead Ex - | 0 |
| Disabled Person Exemption - | 0 |
| Returning Veteran Exemption - | 0 |
| Net Taxable Amount = | 831,066 |
| Local Tax Rate X | 9.587629 |
| Total Current Year Tax Due = | $79,679.52 |

# EXHIBIT E

124-136 S Randall Rd, Algonquin (124-136r)                                                                                Page 1

## Income Statement
Period = Dec 2013-Jan 2014
Book = Cash

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **OPERATING INCOME** | | | | |
| | | | | |
| RENTAL REVENUE | | | | |
|   Rent | 4,259.51 | 60.29 | 4,259.51 | 60.29 |
| TOTAL RENTAL REVENUE | 4,259.51 | 60.29 | 4,259.51 | 60.29 |
| | | | | |
| RECOVERABLE INCOME | | | | |
|   Estimated CAM | 1,257.00 | 17.79 | 1,257.00 | 17.79 |
|   Estimated Real Estate Taxes | 1,480.00 | 20.95 | 1,480.00 | 20.95 |
| TOTAL RECOVERABLE INCOME | 2,737.00 | 38.74 | 2,737.00 | 38.74 |
| | | | | |
| OTHER INCOME | | | | |
|   Misc Income | 68.49 | 0.97 | 68.49 | 0.97 |
| TOTAL OTHER INCOME | 68.49 | 0.97 | 68.49 | 0.97 |
| | | | | |
| **TOTAL INCOME** | 7,065.00 | 100.00 | 7,065.00 | 100.00 |
| | | | | |
| | | | | |
| **OPERATING EXPENSES** | | | | |
| | | | | |
| **NON RECOVERABLE OPER...** | | | | |
| | | | | |
| **RECOVERABLE EXPENSES** | | | | |
| | | | | |
| **CAPITAL IMPROVEMENT E...** | | | | |
| | | | | |
| **NET OPERATING INCOME** | 7,065.00 | 100.00 | 7,065.00 | 100.00 |
| | | | | |
| **NET INCOME (LOSS)** | 7,065.00 | 100.00 | 7,065.00 | 100.00 |

1/10/2014 12:39 PM

124-136 S Randall Rd, Algonquin (124-136r)

**Receipt Register**

Period = Dec 2013-Jan 2014

| Control | Batch | Period | Date | Payment | Property | Amount | Account | Amount | Reversion |
|---------|-------|--------|------|---------|----------|--------|---------|----------|-----------|
| 6107 | 1643 | 01-2014 | 1/7/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | | 3,365.00 | |
| 6198 | 1677 | 01-2014 | 1/10/2014 | Atkinson Eye Care - RtOV(atkinson) | 124-136r | | | 0.00 | |
| 6199 | 1677 | 01-2014 | 1/10/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | | 0.00 | |
| 6200 | 1677 | 01-2014 | 1/10/2014 | Clean & Press(cleanpre) | 124-136r | | | 0.00 | |
| 6201 | 1678 | 01-2014 | 1/10/2014 | Atkinson Eye Care - RtOV(atkinson) | 124-136r | | | 3,700.00 | |
| | | | | | | **Total** | | 7,065.00 | |

Page 1 of 1

1/10/2014 12:38 PM

124-136 S Randall Rd, Algonquin (124-136r)

## Check Register

Period = Dec 2013-Jan 2014

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| | | | | | | Total | 0.00 | | |

## Aged Receivables Report

Detail by Resident
Property: 124-136 S Randall Rd, Algonquin (124-13
Trans through: 1/2014
Age As of: 1/31/2014

Page 1

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------:|------------:|-------------:|-------------:|-------------:|------------:|--------:|
| **124-136r - 124-136 S Randall Rd, Algonquin** | | | | | | | | | |
| 128A | newcliqu | New Clique, LLC | 6,232.68 | 3,670.00 | 0.00 | 2,562.68 | 0.00 | 0.00 | 6,232.68 |
| 132 | elfuego | El Fuego Tacos & Burritos | 6,300.00 | 3,717.00 | 0.00 | 2,583.00 | 0.00 | 0.00 | 6,300.00 |
| 136 | cleanpre | Clean & Press | 5,014.49 | 3,667.49 | 0.00 | 1,347.00 | 0.00 | 0.00 | 5,014.49 |
| **Total 124-136r** | | | **17,547.17** | **11,054.49** | **0.00** | **6,492.68** | **0.00** | **0.00** | **17,547.17** |
| **Total** | | | **17,547.17** | **11,054.49** | **0.00** | **6,492.68** | **0.00** | **0.00** | **17,547.17** |

# Rent Roll - Occupancy Summary

As of Date: 01/31/2014    Show Excluded Units: No    Show All Amounts: Monthly

Page 1

**Property: 124-136 S Randall Rd, Algonquin - 124-136r**

| Unit | Lease Name | Lease Type | Lease From | Lease To | Term (Months) | Area | Base Rent | Rent Per Area | Recovery Per Area | Misc Per Area | Total Per Area | Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | Atkinson Eye Care - | Retail - Net | 05/01/1994 | - | - | 1,390 | 2,780.00 | 2.00 | 0.66 | 0.00 | 2.66 | 0.00 |
| 128A, 128B | New Clique, LLC | Retail - Net | 08/19/2013 | 08/30/2016 | 37 | 1,840 | 2,453.00 | 1.33 | 0.66 | 0.00 | 1.99 | 0.00 |
| 130 | CPR - Cell Phone Rep | Retail - Net | 10/01/2010 | 01/31/2016 | 64 | 1,840 | 2,147.00 | 1.17 | 0.66 | 0.00 | 1.83 | 0.00 |
| 132 | El Fuego Tacos & Bur | Retail - Net | 08/01/2013 | 07/31/2018 | 60 | 1,656 | 2,622.00 | 1.58 | 0.66 | 0.00 | 2.24 | 0.00 |
| 136 | Clean & Press | Retail - Net | 03/09/1996 | - | - | 2,940 | 3,000.00 | 1.02 | 0.66 | 0.00 | 1.68 | 0.00 |
| 124 | VACANT | N/A | | - | - | 1,280 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 134 | VACANT | N/A | | - | - | 2,904 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Summary

| | Total Units | Percentage | Total Area | Percentage | Total Base Rent | Total Rent Per Area | Total Recovery Per Area | Total Misc Per Area | Total Charges Per Area | Total Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| Occupied | 6 | 75.00% | 9,666 | 69.79% | 13,002.00 | 1.35 | 0.66 | 0.00 | 2.01 | 0.00 |
| Vacant | 2 | 25.00% | 4,184 | 30.21% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | **8** | | **13,850** | | **13,002.00** | **0.94** | **0.46** | **0.00** | **1.40** | **0.00** |

Friday, January 10, 2014

# EXHIBIT F

# **Frontline** Real Estate Partners

PNC Bank                                    **INVOICE**
1 N. Franklin, Suite 2150                    **R5000**
Chicago, IL 60606
Re:  Randall Road Joint Venture Receivership          January 13, 2014


**FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD 12/10/13 – 1/13/14**


**Receiver's Fees:**

| Period | Monthly Fee | | Proration | | Fees Due |
|---|---|---|---|---|---|
| 12/10/13 – 12/31/13 | $2,000.00 | x | 22 / 31 | = | $1,419.35 |
| 1/1/14 – 1/13/14 | $2,000.00 | x | 13 / 31 | = | $838.71 |
| **TOTAL** | | | | | **$2,258.06** |

Monthly Flat Fees                                    $2,258.06
One-time Receivership Implementation Fee              $1,500.00

**Total Receiver's Fees**                            **$3,758.06**


**Additional Charges:**

Receiver's Bond Reimbursement (see attached invoice)     $750.00

**Total Receiver's Expenses**                        **$750.00**


**Total Amount Due**                                 **$4,508.06**


**Frontline Real Estate Partners, LLC**
**707 Skokie Boulevard Suite 580**
**Northbrook, IL 60062**


# Mesirow Financial®

**Mesirow Insurance Services, Inc.**
353 North Clark Street, Chicago, Illinois 60654, 312.595.6000
mesirowfinancial.com

---------- **I N V O I C E** ----------

Frontline Real Estate Partners, LLC
707 Skokie Blvd., Ste 580
Northbrook, IL  60062

| | |
|---|---|
| **Invoice Date** | 12/09/13 |
| **Invoice No.** | 830023 |
| **Bill-To Code** | FRONREABND |
| **Client Code** | FRONREABND |
| **Inv Order No.** | 1*761835 |

**Named Insured:** Joshua E. Joseph

**Amount Remitted: $**

Please return this portion with your payment.

### Make checks payable to: Mesirow Insurance Services Inc

| Effective Date | Policy Period | Coverage Description | Transaction Amount |
|---|---|---|---|
| 12/09/13 | 12/09/13 to 12/09/14 | Washington International Insurance Co. Policy No. 9163618 *New - Court Bond | 750.00 |
| | | Obligee Name: United States District Court Bond Amount: 75,000 Receiver Bond; Case No. 13-cv-07271, 124-136 Randall Road, Algonquin, IL 60102 | |
| | | Invoice Number: 830023          Amount Due: | 750.00 |

In addition to fees, commissions or other compensation retained by Mesirow Insurance Services, Inc. ("MIS"), it is understood that in some circumstances other parties necessary to arrange placement of coverage may earn usual and customary commissions and/or fees in the course of providing insurance products. In addition, as is a common practice in the industry, MIS benefits from programs implemented by certain insurers, wholesale brokers (property & casualty) and administrators (benefits) providing for compensation, in addition to commissions and fees, to be paid to MIS based upon differing factors. This additional compensation may include non-cash awards and benefits. The insurance you purchase through MIS may be issued by an insurer, wholesale broker (property & casualty) or administrator (benefits) who has such a program. Further, MIS may receive fees from premium finance transactions (property & casualty). Additionally, MIS may share non-identifiable commercial insurance program data with third-parties for benchmarking purposes (property & casualty). Should you have specific questions concerning MIS' compensation or data sharing, please contact your MIS executive.

### *Premiums Due and Payable on Effective Date

# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB | ) ) ) |
| | ) No 13 cv 07271 |
| Plaintiff. | ) |
| | ) Property Address: |
| vs. | ) 124-136 S. Randall Road |
| | ) Algonquin, Illinois 60102 |
| Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; | ) ) Assigned Judge: Robert M. Dow, Jr. ) Magistrate Judge: Mary M. Rowland ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

THIS MATTER coming on to be heard before this Honorable Court on approval of the First Report of the Receiver, and the Court being fully advised in the premises;

### IT IS HEREBY ORDERED THAT:

1. The First Report of the Receiver is approved including all fees and expenses of the Receiver as detailed in the Report.

2. The Receiver's Second Report shall cover the period through _____, 2014 and shall be filed by _____, 2014.

3. The approval hearing for the Second Report of the Receiver shall be on _____, 2014 at _____ in Courtroom _____ of the United States District Court For The Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604.

### E N T E R :

_____

**JUDGE**
**Dated:** _____

Joshua E. Joseph / Receiver
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor in  )
interest by merger to National City Bank, successor  )
in interest by merger to MidAmerica Bank, FSB  )
                                                 )  No 13 cv 07271

                        **Plaintiff.**         )

                                            )  Property Address:
                **vs.**               )  124-136 S. Randall Road
                                            )  Algonquin, Illinois 60102

Randall Road Joint Venture, an Illinois general  )
Partnership; Chicago Title Land Trust Company,  )  Assigned Judge: Robert M. Dow, Jr.
successor trustee to Amcore Investment Group as  )  Magistrate Judge: Mary M. Rowland
Trustee Under Trust Agreement Dated December 15,  )
1993 and Known as Trust Number 3504; Jeffrey R.  )
Dunham; Robert R. Dunham; Power Pizza Company  )
d/b/a Jake's Pizza, an Illinois domestic corporation;  )
Phoenix Leasing Incorporated, a foreign corporation;  )
                                            )
                      **Defendants.**       )

## ORDER

      THIS MATTER coming on to be heard before this Honorable Court on approval of the First Report of the Receiver, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

4. The First Report of the Receiver is approved including all fees and expenses of the Receiver as detailed in the Report.

5. The Receiver's Second Report shall cover the period through _____, 2014 and shall be filed by _____, 2014.

6. The approval hearing for the Second Report of the Receiver shall be on _____, 2014 at _____ in Courtroom _____ of the United States District Court For The Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604.

                                       **E N T E R:**

                                       _____

                                       **JUDGE**
                                       **Dated:** _____

Joshua E. Joseph / Receiver
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262