**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB | |
| Plaintiff, | |
| vs. | No. 13 cv 07271 |
| Randall Road Joint Venture, an Illinois general partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; | Property Address: 124-136 S. Randall Road Algonquin, Illinois 60102  Assigned Judge: Robert M. Dow, Jr. Magistrate Judge: Mary M. Rowland |
| Defendants. | |

**ORDER**

This matter coming before the court on status and presentation of the receiver's first report, due notice being given, the court having jurisdiction of the parties and subject matter and being fully advised in the premises, the receiver and counsel for PNC being present, IT IS HEREBY ORDERED:

1) The receiver's first report, and fees and expenses contained therein, are hereby approved;

2) The receiver's second report shall cover the period January 14, 2014 to March 31, 2014, and shall be filed by April 15, 2014;

3) The receiver is granted leave to retain counsel to conduct evictions for the subject property, if necessary;

4) Plaintiff is granted leave to file a second amended complaint to add Clean and Press, Inc. as a party defendant by January 30, 2014, summons to issue; and

5) This matter is set for status and presentation of the receiver's second report on April 29, 2014 at 9:00 AM.

         ENTERED:

         _____  _____
         Judge

         Date: January 29, 2014

James M. Crowley (6182597)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601
(312) 670-6900
jcrowley@crowleylamb.com