

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

PNC Bank,

Plaintiff(s),

v.

Randall Road Joint Venture, et al,

Defendant(s).

Case No. 13 cv 7271
Judge Robert M. Dow

## ORDER

ENTER ORDER: 1. The Second Report of the Receiver is approved including all fees and expenses of Receiver as detailed in the Report; 2. The Receiver's Third Report shall cover the period through May 31, 2014 and shall be filed by June 16, 2014; 3. The approval hearing for the Third Report is set for 6/24/2014 at 9:00a.m. 4. The lease termination agreement is hereby approved.

Date: 4/29/2014

Robert M. Dow, Jr. U.S.D.C. Judge

Click here to enter text.

2014 APR 29 PM 4:03