IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB<br><br>Plaintiff,<br><br>vs.<br><br>Randall Road Joint Venture, an Illinois general partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; Clean and Press, Inc., an Illinois domestic corporation<br><br>Defendants. | No. 13 cv 07271<br><br>Property Address:<br>124-136 S. Randall Road<br>Algonquin, Illinois 60102<br><br>Assigned Judge: Robert M. Dow, Jr.<br>Magistrate Judge: Mary M. Rowland |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE AND TO GRANT RECEIVER AUTHORITY TO SELL PROPERTY**

NOW COMES Plaintiff PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB ("PNC" or "Plaintiff") by its attorneys Crowley & Lamb, P.C., and moves this Court to enter summary judgment and judgment of foreclosure as to Count IV of its Complaint, and to grant the court appointed receiver authority to sell the property, and in support thereof states as follows:

1. Plaintiff filed a motion for summary judgment as to Counts I through III on April 25, 2014. Doc. 44.

2. Defendants filed a Rule 56(d) motion on May 30, 2014. Doc. 53.

3. Plaintiff's Motion for Summary Judgment as to Counts I-III and Defendants' Rule 56(d) motion are set for status on June 24, 2014.

4. Plaintiff and Defendants' response and reply as to the Rule 56(d) motion are due prior to the June 24, 2014 status date. Doc. 51.

5. The issues and arguments related to Counts I-III (breach of note, breach of guaranty, and breach of guaranty) of Plaintiff's complaint are the same as its Count IV (mortgage foreclosure).

6. Plaintiff hereby adopts and incorporates its motion for summary judgment as to counts I-III, (doc. 44) and affidavit attached thereto (doc. 44-2), in support of this motion for summary judgment and judgment of foreclosure as to count IV.

7. Further, as part of its motion for entry of judgment of foreclosure pursuant to 735 ILCS 5/15-1506, Plaintiff requests this Court grant the court appointed receiver, Joshua E Joseph of Frontline Real Estate Partners, LLC (Doc. 20), the authority to market and sell the subject property, 124-136 South Randall Rd. Algonquin, Illinois 60102 ("Property").

8. This Court can appoint the receiver to sell the Property as part of a judgment of foreclosure. Section 1506(f) states, "Without limiting the general authority and powers of the court, special matters may be included in the judgment of foreclosure if sought by a party in the complaint or by separate motion. Such matters may include, without limitation: (1) a manner of sale other than public auction; . . . (3) an official or other person who shall be the officer to conduct the sale other than the one customarily designated by the court; (4) provisions for non-exclusive broker listings or designating a duly licensed real estate broker nominated by one of the parties to exclusively list the real estate for sale. . ." 735 ILCS 5/15-1506(f) (West 2012).

WHEREFORE, Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB respectfully requests this Court enter summary judgment and judgment of foreclosure as to Count IV of Plaintiff's complaint, grant the Court appointed receiver the authority to market and sell the Property, grant such other and further relief to which Plaintiff is entitled.

        PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB

        /s/ Matthew L. Hendricksen
        One of its Attorneys

James M. Crowley (ARDC #06182597)
Matthew L Hendricksen (ARDC # 6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
mhendricksen@crowleylamb.com