

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB<br><br>               Plaintiff.<br><br>            vs.<br><br>Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation;<br><br>            Defendants. | )<br>)<br>)<br>) No 13 cv 07271<br>)<br>) Property Address:<br>) 124-136 S. Randall Road<br>) Algonquin, Illinois 60102<br>)<br>) Assigned Judge: Robert M. Dow, Jr.<br>) Magistrate Judge: Mary M. Rowland<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

JUN 1 6 2014

**THOMAS G. BRUTON**
**CLERK, U S DISTRICT COURT**

## THIRD REPORT OF THE RECEIVER

The Receiver, Joshua E. Joseph, herewith submits a Third Report of Receiver summarizing the activities performed by the Receiver from **April 1, 2014 - May 31, 2014.** Pursuant to the Court Order dated December 5, 2013, Joshua E. Joseph was appointed Receiver for the mortgaged real estate in the above case commonly known as 124-136 S. Randall Road, Algonquin, Illinois 60102; herein referred to as the "Property."

## DESCRIPTION OF THE PROPERTY

| | |
|---|---|
| **Location:** | 124-136 S. Randall Road, Algonquin, McHenry County, Illinois |
| **Property Type:** | Retail Strip Center |
| **Gross Building Area:** | 13,850 square feet |
| **Number of Buildings:** | 1 |
| **Number of Units:** | 7 |
| **Year Built:** | 1995 |
| **Construction:** | Brick and block |
| **Land Area:** | 1.38 acres |
| **Parking:** | Approx. 55 asphalt-paved spaces |
| **Condition:** | Average to good |

Photographs of the Property are included as **Exhibit "A"**.

## GENERAL STATUS & RECEIVER ACTIVITY

*Overview*

The Receiver has continued to perform routine inspections of the Property to ensure there are no life safety issues or deferred maintenance requiring immediate action. No repair work was needed during the current reporting period. Property services including utilities and landscaping have been maintained. The Receiver has also maintained communication with the tenants at the Property and the parties to this case.

*Tenant – New Clique, LLC*

In the Receiver's Second Report, the Court approved a termination agreement whereby the tenant would pay an early termination fee of $7,359.00 to the Receiver to be released from their lease. Subsequently, the tenant has notified the Receiver that they will be filing for bankruptcy and will not pay the early termination fee. The Receiver is still attempting to collect the fee and will pursue legal action against the tenant and its guarantors if necessary.

*Tenant – Vogue Cleaners & Crystal Lake Shoe Repair*

The Receiver issued 30 day notices to all known tenants at the units occupied by Vogue Cleaners and the Shoe Repair store. Vogue Cleaners has expressed a desire to stay in the property for a long term lease. While the Receiver and Vogue Cleaners investigate a possible extension and/or modification of the existing lease, the Receiver requests that the letter agreement attached hereto as **Exhibit "B"** be approved by this court. In the event that no long term agreement is reached, the Receiver will take action to have the space vacated by the end of July.

*Tenant - Atkinson Eye Care*

Atkinson Eye Care vacated their space on May 12, 2014. They were month-to-month and served the Receiver prior notice of their intent to vacate. Their rent was paid in full through the date they vacated the space. The Receiver subsequently changed the lock to the space and inspected the unit. The space is being marketed for lease and there are interested parties for it.

*Marketing*

The order appointing Receiver grants the Receiver authority to market the Property for sale. The Receiver has obtained seven (7) offers to purchase the Property which have been disclosed to the Plaintiff and Defendant's counsel via e-mail. There are also prospective tenants interested in leasing vacant units at the Property. The Receiver will present any proposed leases for approval if terms are agreed to with a prospective tenant.

## RECEIVER'S BOND

The Order Appointing Receiver required the posting of a $75,000 bond. The Receiver posted the bond on December 10, 2013, a copy of which is attached to this Report as **Exhibit "C"**.

## INSURANCE

The Receiver has verified that the Plaintiff has placed adequate property insurance coverage on the Property. A copy of the insurance certificate covering the term of 3/15/14 – 3/15/15 is attached as **Exhibit "D"**.

## PROPERTY TAXES

The Property is located in McHenry County. There is one (1) PIN associated with the Property: 19-30-400-008. The 2012 taxes (payable 2013) totaled $79,679.52 and have been paid in full. The first installment of 2013 taxes (payable 2014) totaled $40,726.66 and was paid by the Receiver on June 2, 2014.

A copy of the most recent tax bill from the McHenry County Treasurer website is attached as **Exhibit "E"**.

## BANKING AND FINANCIAL ACTIVITY

The Receiver has established a bank account to deposit rental income and pay operating expenses for the term of the receivership. From April 1 through May 31, 2014, total receipts were $20,848.32 and total expenses were $51,555.78. The expenses for this period included the first installment of real estate taxes totaling $40,726.66. The net operating income for the period was -$30,707.46. The reconciled cash balance on hand as of 5/31/14 was $7,876.08. Financial statements including a current rent roll, income and expense statement, bank reconciliations, receipt register, check register, and aged delinquency report, are included as **Exhibit "F"**.

## LITIGATION

The Receiver is not aware of any litigation involving the Property other than the subject foreclosure case.

## RECEIVER'S FEES

A detailed billing statement for the Receiver's fees is attached as **Exhibit "G"**.

## DRAFT ORDER

A draft order approving the Third Report of the Receiver is attached as **Exhibit "H"**.

## TABLE OF EXHIBITS

**EXHIBIT A – PHOTOGRAPHS**
**EXHIBIT B – TENANT RENT LETTER AGREEMENT**

EXHIBIT C – BOND
EXHIBIT D – INSURANCE
EXHIBIT E – REAL ESTATE TAXES
EXHIBIT F – FINANCIAL ACTIVITY & RENT ROLL
EXHIBIT G – RECEIVER'S FEES
EXHIBIT H – DRAFT ORDER

<u>**Contact Information for the Receiver**</u>

Joshua E. Joseph
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262 Phone
jjoseph@frontlinerepartners.com

Respectfully submitted,

_____
Joshua E. Joseph, as Receiver

# EXHIBIT A





# EXHIBIT B



Stahl | Cowen
a t t o r n e y s

KEVIN V. HUNT
Direct: 312.377.7764
Fax: 312.641.6959
khunt@stahlcowen.com

June 11, 2014

<u>VIA EMAIL carol@cglegal.net</u>

Carol Grier

Re:     **PNC Bank v. Randall Road Joint Venture, et al.**
        **Northern District of Illinois Case No. 13 cv 07271 (the "Litigation")**
        **136 S. Randall Rd, Algonquin, IL (the "Property")**
        **Vogue Cleaners, Inc. (the "Tenant")**
        **Joshua Joseph (the "Receiver")**
        **Lease Agreement between Tenant and Clean & Press, Inc. (the "Lease")**

Dear Ms. Grier:

        As we discussed on multiple communications, the Receiver took control of the Property in the Litigation pursuant to a December 5, 2013 court order. The Receiver caused to be served a 30 Day Notice ("30 Day Notice") on the Tenant to terminate the Tenant's right to possession under the Lease. While the Tenant and the Receiver discuss alternatives to eviction, the Tenant wants to continue to occupy the Property for the months of June and July 2014 for an amount of $6,000.00 per month. The Receiver will allow the Tenant to remain at the Property and the Receiver will accept the $6,000.00 per month payment as "use & occupancy" for the use of the Property in June and July 2014. The Receiver reserves the sole and exclusive right to determine whether to accept a payment for the use and occupancy of the Property in August 2014, or any time thereafter. The Receiver reserves the right to seek unpaid rental payments for the periods prior to and after June and July 2014. The Tenant acknowledges that the Receiver has terminated the Lease based on the 30 Day Notice. Nothing contained in this letter waives any existing event of default under the Lease, waives the termination of the Lease, amends any terms or provisions of the Lease (unless otherwise stated above), or waives the right of the Receiver to proceed forward with any litigation against the Tenant following the agreed upon use and occupancy term. This agreement is subject to court approval in the Litigation. Please acknowledge your agreement and acceptance of this proposal by signing below.

                                            Sincerely,

                                            Kevin V. Hunt

**AGREED TO AND ACCEPTED BY:**

_____
By: Vogue Cleaners
Its: _____

_____          _____
Sang Y. Lee                                Hea R. Lee

# EXHIBIT C


**ACORD®**

RANDA-2    OP ID: EZ

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
04/04/2014

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER<br>Crandall, Dubow & Harner, Inc.<br>3175 Commercial Ave., Ste 200<br>Northbrook, IL 60062<br>Mike Dubow | CONTACT NAME: **GEORGE PRATIKAKIS** | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: GEORGEP@TOTINS.COM | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Society Insurance | | 15261 |
| INSURED    Randall Road Joint Venture LLC<br>Frontline Real Estate Partners<br>707 Skokie Blvd Suite 580<br>Northbrook, IL 60062 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | X | | 11428323 | 03/15/2014 | 03/15/2015 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| | | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | ALL OWNED AUTOS / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | HIRED AUTOS / NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | UMBRELLA LIAB / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | EXCESS LIAB / CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED [ ] RETENTION $ | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY       Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N / A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | PER STATUTE / OTH-ER | | |
| | | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | | PROPERTY | | | 11428323 | 03/15/2014 | 03/15/2015 | BUILDING | 1,700,000 |
| | | | | | | | | DED | 2,500 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
THE FOLLOWING ARE ADDITIONAL INSURED WITH RESPECT TO GENERAL LIABILITY, WHEN REQUIRED BY WRITTEN CONTRACT:
- PNC BANK
- JOSHUA JOSEPH AS RECEIVER
- FRONTLINE REAL ESTATE PARTNERS.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| FRONTLINE REAL ESTATE PARTNERS<br>707 SKOKIE BLVD., SUITE 580<br>NORTHBROOK, IL 60062 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Michael H. Dw* |

© 1988-2014 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2014/01)          The ACORD name and logo are registered marks of ACORD

# EXHIBIT D

FROM THE OFFICE OF:
WILLIAM W. Le FEW
McHENRY COUNTY TREASURER

**REAL ESTATE TAX BILL**
**1ST INSTALLMENT COUPON PAYMENT**

ASSESSED TO: AMCORE TR CO TR 3504

PIN:  19-30-400-008

MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR

**\*\*DUPLICATE\*\***

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL  60102-5451

1ST INSTALLMENT FOR 2013
DUE BY  06/04/2014                    $40,726.66

**1-2013**

| | |
|---|---|
| INTEREST | |
| COSTS | |
| TOTAL PAID | Paid on 06/02/2014 |

PAID BY:  CHECK _____  CASH _____  MAIL _____  CREDIT CARD _____

1930400008000407266617

---

FROM THE OFFICE OF:
WILLIAM W. Le FEW
McHENRY COUNTY TREASURER

**REAL ESTATE TAX BILL**
**2ND INSTALLMENT COUPON PAYMENT**

ASSESSED TO: AMCORE TR CO TR 3504

PIN:  19-30-400-008

MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR

**\*\*DUPLICATE\*\***

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL  60102-5451

2ND INSTALLMENT FOR 2013
DUE BY  09/04/2014                    $40,726.66

**2-2013**

| | |
|---|---|
| INTEREST | |
| COSTS | |
| TOTAL PAID | Total Due Due by 09/04/2014 |

PAID BY:  CHECK _____  CASH _____  MAIL _____  CREDIT CARD _____

1930400008000407266629

---

| Taxing Body | | Rate | Percent | Tax This Year | Tax Last Year |
|---|---|---|---|---|---|
| MCHENRY COUNTY | | 0.945481 | 8.83 | $7,196.32 | $7,322.15 |
| MCHENRY COUNTY | PENSION | 0.150564 | 1.41 | $1,145.99 | $953.67 |
| MCHENRY CO CONSV | | 0.274794 | 2.57 | $2,091.53 | $2,061.73 |
| COLLEGE DISTRICT 509 ELGIN | | 0.503395 | 4.70 | $3,831.48 | $4,367.14 |
| COLLEGE DISTRICT 509 ELGIN | PENSION | 0.006692 | 0.06 | $50.93 | $61.72 |
| SCHOOL DIST 300 | | 6.135676 | 57.33 | $46,700.28 | $45,241.54 |
| SCHOOL DIST 300 | PENSION | 0.216237 | 2.02 | $1,645.84 | $1,341.31 |
| ALG LITH FIRE DIST | | 0.830296 | 7.76 | $6,319.61 | $6,134.20 |
| ALG LITH FIRE DIST | PENSION | 0.106103 | 0.99 | $807.58 | $736.49 |
| ALGONQUIN LIBRARY | | 0.547744 | 5.12 | $4,169.02 | $3,958.07 |
| ALGONQUIN LIBRARY | PENSION | 0.039053 | 0.36 | $297.25 | $399.11 |
| ALGONQUIN TOWNSHIP | | 0.082064 | 0.77 | $624.61 | $616.29 |
| ALGONQN TWP RD & BR | | 0.173779 | 1.62 | $1,322.68 | $1,285.78 |
| ALGONQN TWP RD & BR | PENSION | 0.008933 | 0.08 | $67.99 | $66.10 |
| ALGONQUIN VILLAGE | | 0.403969 | 3.77 | $3,074.72 | $3,193.31 |
| ALGONQUIN VILLAGE | PENSION | 0.276891 | 2.59 | $2,107.49 | $1,940.91 |
| **Totals** | | **10.701671** | | **$81,453.32** | **$79,679.52** |

MCHENRY COUNTY 2013 REAL ESTATE TAX BILL
LEGAL DESCRIPTION:
DOC 93R0081755
LT 2
KAPERS WEST SUB

ASSESSED TO:
AMCORE TR CO TR 3504

SITE ADDRESS:
124 S RANDALL RD
ALGONQUIN, IL  60102

If paid after due date, pay amount below which includes 1.5% per
month penalty:

| | FIRST INSTALLMENT | SECOND INSTALLMENT |
|---|---|---|
| 06/05 - 07/04 | 41,337.56 | |
| 07/05 - 08/04 | 41,948.46 | |
| 08/05 - 09/04 | 42,559.36 | |
| 09/05 - 10/04 | 43,170.26 | 41,337.56 |
| 10/05 - 10/24 | 43,781.16 | 41,958.46 |

| PIN | | |
|---|---|---|
| | 19-30-400-008 | |
| Township | Tax Code | Property Class |
| AQ | 19005 | 0060 |
| Sub Lot | Acres 1.38 | |

| 1st Install | | 2nd Install | |
|---|---|---|---|
| | $40,726.66 | | $40,726.66 |
| Interest | | Interest | |
| Costs | | Costs | |
| Total Paid | | Total Paid | |
| Paid on 06/02/2014 | | Total Due Due by 09/04/2014 | |

| | | |
|---|---|---|
| Fair Cash Value | 2,283,610 | |
| S/A Value | 811,350 | |
| S/A Multiplier | .9381 | X |
| S/A Equalized Value | 761,127 | = |
| Brd. of Review Value | 761,127 | |
| Brd. of Review Multipler | 1.0000 | X |
| Brd. of Review EQ Value | 761,127 | = |
| Home Improv./Vet Exemptions | 0 | |
| State Multiplier | 1.0000 | X |
| State Equalized Value | 761,127 | = |
| Farmland and Bldgs. Value | | + |
| Total Amt. Prior to Exemptions | 761,127 | = |
| Annual Homestead Exemptions | 0 | |
| Sr. Freeze Abated Amount | 0 | |
| Elderly Homestead Exemption | 0 | |
| Disabled Vet Homestead Ex | 0 | |
| Disabled Person Exemption | 0 | |
| Returning Veteran Exemption | 0 | |
| Net Taxable Amount | 761,127 | = |
| Local Tax Rate | 10.701671 | X |
| **Total Current Year Tax Due** | **$81,453.32** | |

# EXHIBIT E

124-136 S Randall Rd, Algonquin (124-136r)                                                                  Page 1

## Income Statement

Period = Apr 2014-May 2014
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **OPERATING INCOME** | | | | |
| | | | | |
| RENTAL REVENUE | | | | |
| Rent | 13,615.00 | 0.00 | 43,084.00 | 0.00 |
| Prepaid Rent | -8,645.68 | 0.00 | 336.19 | 0.00 |
| TOTAL RENTAL REVENUE | 4,969.32 | 0.00 | 43,420.19 | 0.00 |
| | | | | |
| RECOVERABLE INCOME | | | | |
| Estimated CAM | 4,882.00 | 0.00 | 10,333.00 | 0.00 |
| Estimated Real Estate Taxes | 10,997.00 | 0.00 | 23,216.00 | 0.00 |
| TOTAL RECOVERABLE INCOME | 15,879.00 | 0.00 | 33,549.00 | 0.00 |
| | | | | |
| OTHER INCOME | | | | |
| Misc Income | 0.00 | 0.00 | 68.49 | 0.00 |
| TOTAL OTHER INCOME | 0.00 | 0.00 | 68.49 | 0.00 |
| | | | | |
| **TOTAL INCOME** | **20,848.32** | **0.00** | **77,037.68** | **0.00** |
| | | | | |
| | | | | |
| **OPERATING EXPENSES** | | | | |
| | | | | |
| **NON RECOVERABLE OPERATING EXPENSES** | | | | |
| Locks & Keys R&M | 275.26 | 0.00 | 275.26 | 0.00 |
| Tenant Space R&M | 0.00 | 0.00 | 281.46 | 0.00 |
| TOTAL NON-RECOVERABLE R&M | 275.26 | 0.00 | 556.72 | 0.00 |
| | | | | |
| NON-RECOVERABLE UTILITIES | | | | |
| Gas | 548.85 | 0.00 | 1,867.89 | 0.00 |
| Electricity | 125.86 | 0.00 | 351.06 | 0.00 |
| TOTAL NON-RECOVERABLE UTILITIES | 674.71 | 0.00 | 2,218.95 | 0.00 |
| | | | | |
| NON-RECOVERABLE G&A | | | | |
| Legal Fees | 2,368.00 | 0.00 | 2,368.00 | 0.00 |
| Other Professional Fees | 5,161.29 | 0.00 | 8,994.35 | 0.00 |
| General & Admin Expense | 0.00 | 0.00 | 174.16 | 0.00 |
| Permit & License | 0.00 | 0.00 | 40.00 | 0.00 |
| Receiver Bond | 0.00 | 0.00 | 750.00 | 0.00 |
| Bank Fees | 82.77 | 0.00 | 164.53 | 0.00 |
| TOTAL NON-RECOVERABLE G&A | 7,612.06 | 0.00 | 12,491.04 | 0.00 |
| | | | | |
| **TOTAL NON RECOVERABLE EXPENSES** | **8,562.03** | **0.00** | **15,266.71** | **0.00** |
| | | | | |
| **RECOVERABLE EXPENSES** | | | | |
| | | | | |
| REPAIRS & MAINTENANCE | | | | |
| Landscaping | 265.25 | 0.00 | 265.25 | 0.00 |
| Snow Removal | 0.00 | 0.00 | 5,528.75 | 0.00 |
| Trash Removal | 0.00 | 0.00 | 1,829.44 | 0.00 |
| Plumbing R&M | 0.00 | 0.00 | 684.60 | 0.00 |
| Miscellaneous R&M | 0.00 | 0.00 | 175.40 | 0.00 |
| TOTAL REPAIRS & MAINTENANCE | 265.25 | 0.00 | 8,483.44 | 0.00 |
| | | | | |
| UTILITIES | | | | |
| Electricity | 136.66 | 0.00 | 547.24 | 0.00 |
| Water/Sewer | 445.17 | 0.00 | 1,827.54 | 0.00 |
| TOTAL UTILITIES | 581.83 | 0.00 | 2,374.78 | 0.00 |
| | | | | |
| PROPERTY TAXES | | | | |
| Real Estate Taxes | 40,726.66 | 0.00 | 40,726.66 | 0.00 |
| Convenience Fees | 3.00 | 0.00 | 3.00 | 0.00 |
| TOTAL PROPERTY TAXES | 40,729.66 | 0.00 | 40,729.66 | 0.00 |
| | | | | |
| INSURANCE | | | | |
| Insurance | 1,386.77 | 0.00 | 1,386.77 | 0.00 |

124-136 S Randall Rd, Algonquin (124-136r)                                                         Page 2

## Income Statement

Period = Apr 2014-May 2014
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| Insurance - Other | 0.00 | 0.00 | 750.00 | 0.00 |
| TOTAL INSURANCE | 1,386.77 | 0.00 | 2,136.77 | 0.00 |
| | | | | |
| G&A RECOVERABLE EXPENSES | | | | |
| Postage | 30.24 | 0.00 | 30.24 | 0.00 |
| TOTAL G&A RECOVERABLE EXPENSES | 30.24 | 0.00 | 30.24 | 0.00 |
| | | | | |
| TOTAL RECOVERABLE EXPENSES | 42,993.75 | 0.00 | 53,754.89 | 0.00 |
| | | | | |
| TOTAL OPERATING EXPENSES | 51,555.78 | 0.00 | 69,021.60 | 0.00 |
| | | | | |
| NET OPERATING INCOME | -30,707.46 | 0.00 | 8,016.08 | 0.00 |
| | | | | |
| NET INCOME (LOSS) | -30,707.46 | 0.00 | 8,016.08 | 0.00 |

Tuesday, June 10, 2014
12:06 PM

**124-136 S Randall Rd Property**

**Bank Reconciliation Report**

**05/31/2014**

4628440747

06/10/2014

| | | |
|---|---|---|
| Balance Per Bank Statement as of 05/31/2014 | 48,605.74 | |
| Plus/Minus:    Other Items | -40,729.66 | |
| Reconciled Bank Balance | | 7,876.08 |
| | | |
| Balance per GL as of 05/31/2014 | 7,876.08 | |
| Reconciled Balance Per G/L | | 7,876.08 |
| | | |
| Difference | | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 04/25/2014 | 1029 | comed - Commonwealth Edison | 276.48 | 05/31/2014 |
| 04/25/2014 | 1030 | nicor - Nicor Gas Co. | 548.85 | 05/31/2014 |
| 05/05/2014 | 1031 | fronreal - Frontline Real Estate Partners, LLC | 5,161.29 | 05/31/2014 |
| 05/05/2014 | 1032 | polsinel - Polsinelli PC | 234.00 | 05/31/2014 |
| 05/05/2014 | 1033 | villaglo - Village of Algonquin | 445.17 | 05/31/2014 |
| 05/16/2014 | 1034 | elitelawn - Elite Lawncare | 265.25 | 05/31/2014 |
| 05/16/2014 | 1035 | society - Society Insurance | 349.15 | 05/31/2014 |
| 05/16/2014 | 1036 | stahlcowen - Stahl Cowen Crowley Addis LLC | 2,134.00 | 05/31/2014 |
| **Total    Cleared Checks** | | | **9,414.19** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 05/05/2014 | 17 | | 10,095.32 | 05/31/2014 |
| 05/09/2014 | 18 | | 3,518.00 | 05/31/2014 |
| **Total    Cleared Deposits** | | | **13,613.32** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 05/31/2014 | JE 1899 | Bank Fees | -41.97 | 05/31/2014 |

**124-136 S Randall Rd Property**

**Bank Reconciliation Report**
**05/31/2014**

4628440747

06/10/2014

| | | |
|---|---|---|
| Total | Cleared Other Items | -41.97 |

Corporate Business Account Statement

| | |
|---|---|
| For the period 05/01/2014 to 05/30/2014 | Account number: 46-2844-0747 |
| | Page 1 of 2 |
| FRONTLINE REAL ESTATE | Number of enclosures: 0 |
| PARTNERS LLC | Tax ID Number: 27-1986801 |
| 707 SKOKIE BLVD STE 580 | |
| NORTHBROOK IL 60062-2855 | ☎ For Client Services: |
| | Call 1-800-669-1518 |
| | 💻 Visit us at PNC.com/treasury |
| | ✉ Write to: Treas Mgmt Client Care |
| | One Financial Parkway |
| | Locator Z1-Yb42-03-1 |
| | Kalamazoo , MI 49009 |

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 44,448.58 | 13,613.32 | 9,456.16 | 48,605.74 |

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 13,613.32 |
| National Lockbox | 0 | 0.00 |
| ACH Credits | 0 | 0.00 |
| Funds Transfers In | 0 | 0.00 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 |
| Total | 2 | 13,613.32 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 8 | 9,414.19 |
| Returned Items | 0 | 0.00 |
| ACH Debits | 0 | 0.00 |
| Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Debits | 1 | 41.97 |
| Total | 9 | 9,456.16 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 44,172.10 | 05/07 | 48,112.11 | 05/20 | 49,262.11 |
| 05/02 | 43,623.25 | 05/09 | 47,878.11 | 05/22 | 48,647.71 |
| 05/06 | 38,461.96 | 05/15 | 51,396.11 | 05/30 | 48,605.74 |

## Deposits and Other Credits

### Deposits — 2 transactions for a total of $ 13,613.32

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/07 | 10,095.32 | Deposit | 035481634 |
| 05/15 | 3,518.00 | Deposit | 035165935 |

## Checks and Other Debits

### Checks and Substitute Checks — 8 transactions for a total of $ 9,414.19

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01 | 1029 | 276.48 | 089274922 | 05/07 | 1033 | 445.17 | 089640093 | 05/22 | 1035 | 349.15 | 090705297 |
| 05/02 | 1030 | 548.85 | 090324649 | 05/09 | 1032 | 234.00 | 090658153 | 05/22 | 1034 | 265.25 | 090767447 |
| 05/06 | 1031 | 5,161.29 | 096628330 | 05/20 | 1036 | 2,134.00 | 089574760 | | | | |

Corporate Business Account Statement

FRONTLINE REAL ESTATE
PARTNERS LLC

For the period 05/01/2014 to 05/30/2014

Account number:     46-2844-0747

Page 2 of 2

---

| Checks and Other Debits | | *- continued* | | |
|---|---|---|---|---|
| Other Debits | | 1 transaction for a total of $ 41.97 | | |
| Date posted | Amount | Transaction description | | Reference number |
| 05/30 | 41.97 | Corporate Account Analysis Charge | | 0000000000000039716 |

**124 136 Randall Rd - Sec Dep**
**Bank Reconciliation Report**
**05/31/2014**
50-50076593

06/10/2014

| | | |
|---|---|---|
| Balance Per Bank Statement as of 05/31/2014 | 7,567.00 | |
| Reconciled Bank Balance | | 7,567.00 |
| | | |
| Balance per GL as of 05/31/2014 | 7,567.00 | |
| Reconciled Balance Per G/L | | 7,567.00 |
| | | |
| Difference | | 0.00 |



**FIRSTMERIT.**
Bank

FirstMerit Bank, N.A.
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 1

Statement Period
May 1, 2014 to
May 31, 2014
Primary Account
50 5007 6593

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY
707 SKOKIE BLVD STE 580
NORTHBROOK IL 60062

Questions?
1-888-283-2303

A

78745 - 31

## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5007 6593 | 7,567.00 |
| **Total Deposit Accounts** | | **7,567.00** |

**REALITY BUSINESS PRO**
**50 5007 6593**

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY

### Account Summary

| | |
|---|---|
| Beginning Balance as of May 1, 2014 | 7,567.00 |
| There was no activity during this Statement Period. | |
| Ending Balance as of May 31, 2014 | 7,567.00 |

**NOTE**

ALL CHECKS ARE LISTED AS PAID AS OF THE POSTING DATE. IN THE EVENT A CHECK IS RETURNED, THE REVERSING ENTRY WILL
SHOW AS A CREDIT ON THE NEXT POSTING DATE.

Failure to report discrepancies, forgeries, or alterations within 14 days may result in forfeiture of any claims.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone the number listed on Page 1 of this statement or write using the address listed on Page 1 of this statement as soon as
possible, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We
must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you
    need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts only, if we take more than 10 business
days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it
takes us to complete our investigation.

*Thank you for choosing FirstMerit as your financial partner.*
*We appreciate your business.*

For Deaf and Hearing Impaired (TTY/TDD) Call 1-800-572-6040

**124-136 S Randall Rd Property**

**Bank Reconciliation Report**

**04/30/2014**

05/12/2014

**4628440747**

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 04/30/2014** | 44,448.58 | |
| **Less:**      Outstanding Checks | 825.33 | |
|          Reconciled Bank Balance | | 43,623.25 |
| | | |
| **Balance per GL as of 04/30/2014** | 43,623.25 | |
|          Reconciled Balance Per G/L | | 43,623.25 |
| | | |
| **Difference** | | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 03/28/2014 | 1021 | backflow - Backflow Testing Services, Inc | 424.60 | 04/30/2014 |
| 03/28/2014 | 1022 | comed - Commonwealth Edison | 141.24 | 04/30/2014 |
| 03/28/2014 | 1023 | ericjaco - Eric Jacobson | 115.28 | 04/30/2014 |
| 03/28/2014 | 1024 | villalgo - Village of Algonquin | 312.40 | 04/30/2014 |
| 04/11/2014 | 1025 | comed - Commonwealth Edison | 56.04 | 04/30/2014 |
| 04/11/2014 | 1026 | flrcmana - FL RC Management, LLC | 30.24 | 04/30/2014 |
| 04/11/2014 | 1027 | society - Society Insurance | 1,037.62 | 04/30/2014 |
| 04/24/2014 | 1028 | aasecur - A&A Security Safety Suppy, Inc | 275.26 | 04/30/2014 |
| **Total**   **Cleared Checks** | | | **2,392.68** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 04/02/2014 | 13 | | 4,481.00 | 04/30/2014 |
| 04/02/2014 | 14 | | 4,946.00 | 04/30/2014 |
| 04/08/2014 | 15 | | 3,518.00 | 04/30/2014 |
| 04/14/2014 | 16 | | 3,717.00 | 04/30/2014 |
| **Total**   **Cleared Deposits** | | | **16,662.00** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|

**124-136 S Randall Rd Property**

**Bank Reconciliation Report**

**04/30/2014**

4628440747

05/12/2014

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 04/30/2014 | JE 1773 | Bank Fees | -40.80 | 04/30/2014 |
| **Total** | **Cleared Other Items** | | **-40.80** | |

**Cleared Book Reconciling Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 03/31/2014 | deposits in | deposits in transit | -9,427.00 | 04/30/2014 |
| **Total** | **Cleared Book Reconciling Items** | | **-9,427.00** | |

Corporate Business Account Statement

| | |
|---|---|
| | Account number: 46-2844-0747 |
| For the period 04/01/2014 to 04/30/2014 | Page 1 of 2 |
| FRONTLINE REAL ESTATE | Number of enclosures: 0 |
| PARTNERS LLC | Tax ID Number: 27-1986801 |
| 707 SKOKIE BLVD STE 580 | ☎ For Client Services: |
| NORTHBROOK IL 60062-2855 | Call 1-800-669-1518 |

For Client Services:
Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 30,220.06 | 16,662.00 | 2,433.48 | 44,448.58 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 3 | 16,662.00 | Checks | 8 | 2,392.68 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 0 | 0.00 | ACH Debits | 0 | 0.00 |
| Funds Transfers In | 0 | 0.00 | Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 1 | 40.80 |
| Total | 3 | 16,662.00 | Total | 9 | 2,433.48 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | 29,907.66 | 04/09 | 42,171.54 | 04/21 | 44,764.64 |
| 04/03 | 29,766.42 | 04/16 | 42,141.30 | 04/28 | 44,489.38 |
| 04/07 | 38,653.54 | 04/18 | 45,802.26 | 04/30 | 44,448.58 |

## Deposits and Other Credits

### Deposits

3 transactions for a total of $ 16,662.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/07 | 9,427.00 | Deposit | 031877888 |
| 04/09 | 3,518.00 | Deposit | 034661553 |
| 04/18 | 3,717.00 | Deposit | 038142805 |

## Checks and Other Debits

### Checks and Substitute Checks

8 transactions for a total of $ 2,392.68

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01 | 1024 | 312.40 | 090335252 | 04/07 | 1021 | 424.60 | 096818468 | 04/16 | 1026 | 30.24 | 095585609 |
| 04/03 | 1022 | 141.24 | 095361098 | 04/07 | 1023 | 115.28 | 089152513 | 04/18 | 1025 | 56.04 | L089275219 |

Checks continued on next page

Corporate Business Account Statement

FRONTLINE REAL ESTATE
PARTNERS LLC

For the period 04/01/2014 to 04/30/2014

Account number:     46-2844-0747

Page 2 of 2

---

## Checks and Other Debits — *continued*

### Checks and Substitute Checks — *continued*     8 transactions for a total of $ 2,392.68

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|
| 04/21 | 1027 | 1,037.62 | 089823699 | 04/28 | 1028 | 275.26 | 090214427 |

---

### Other Debits     1 transaction for a total of $ 40.80

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/30 | 40.80 | Corporate Account Analysis Charge | 000000000000039921 |

**124 136 Randall Rd - Sec Dep**
**Bank Reconciliation Report**
**04/30/2014**
50-50076593

05/12/2014

| | | |
|---|---|---|
| Balance Per Bank Statement as of 04/30/2014 | 7,567.00 | |
| Reconciled Bank Balance | | 7,567.00 |
| | | |
| Balance per GL as of 04/30/2014 | 7,567.00 | |
| Reconciled Balance Per G/L | | 7,567.00 |
| | | |
| Difference | | 0.00 |



**FIRSTMERIT.**
Bank

FirstMerit Bank, N.A.
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 2

Statement Period
Apr 1, 2014 to
Apr 30, 2014
Primary Account
50 5007 6593

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY
707 SKOKIE BLVD STE 580
NORTHBROOK IL 60062

Questions?
1-888-283-2303

A

80528 - 31

1

## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5007 6593 | 7,567.00 |
| **Total Deposit Accounts** | | **7,567.00** |

**REALITY BUSINESS PRO**
**50 5007 6593**

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY

### Account Summary

| | |
|---|---|
| Beginning Balance as of Apr 1, 2014 | 7,567.00 |
| I Deposits and Credits | 35.58 |
| I Withdrawals and Debits | 35.58 |
| Ending Balance as of Apr 30, 2014 | 7,567.00 |

### Other Transactions

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| Apr 14 | ANALYSIS FEE FOR MARCH 2014 | 35.58 | |
| Apr 15 | ACCOUNT ANALYSIS REFUND | | 35.58 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Mar 31 | 7,567.00 | Apr 14 | 7,531.42 | Apr 15 | 7,567.00 |

6/10/2014 11:27 AM

124-136 S Randall Rd, Algonquin (124-136r)

## Receipt Register

Period = Apr 2014-May 2014

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| 8902 | 2333 | 04-2014 | 4/8/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | 3,518.00 | | |
| 8998 | 2360 | 04-2014 | 4/14/2014 | El Fuego Tacos & Burritos(elfuego) | 124-136r | | 3,717.00 | | |
| 9235 | 2418 | 05-2014 | 5/5/2014 | Atkinson Eye Care - RRJV(atkinson) | 124-136r | | 1,432.32 | | |
| 9236 | 2418 | 05-2014 | 5/5/2014 | El Fuego Tacos & Burritos(elfuego) | 124-136r | | 3,717.00 | | |
| 9237 | 2418 | 05-2014 | 5/5/2014 | Clean & Press(cleanpre) | 124-136r | | 4,946.00 | | |
| 9448 | 2471 | 05-2014 | 5/9/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | 3,518.00 | | |
| | | | | | | **Total** | 20,848.32 | | |

Page 1 of 1

6/10/2014 11:30 AM

124-136 S Randall Rd, Algonquin (124-136r)

## Check Register

Period = Apr 2014-May 2014

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| 5883 | 1905 | 04-2014 | 4/11/2014 | Commonwealth Edison (comed) | 124-136r | | 56.04 | 1025 | |
| 5884 | 1905 | 04-2014 | 4/11/2014 | FL RC Management, LLC (flrcmana) | 124-136r | | 30.24 | 1026 | |
| 5885 | 1905 | 04-2014 | 4/11/2014 | Society Insurance (society) | 124-136r | | 1,037.62 | 1027 | |
| 6215 | 1992 | 04-2014 | 4/24/2014 | A&A Security Safety Suppy, Inc (aasecur) | 124-136r | | 275.26 | 1028 | |
| 6223 | 1997 | 04-2014 | 4/25/2014 | Commonwealth Edison (comed) | 124-136r | | 276.48 | 1029 | |
| 6224 | 1997 | 04-2014 | 4/25/2014 | Nicor Gas Co. (nicor) | 124-136r | | 548.85 | 1030 | |
| 6351 | 2037 | 05-2014 | 5/5/2014 | Frontline Real Estate Partners, LLC (fronreal) | 124-136r | | 5,161.29 | 1031 | |
| 6352 | 2037 | 05-2014 | 5/5/2014 | Polsinelli PC (polsinel) | 124-136r | | 234.00 | 1032 | |
| 6353 | 2037 | 05-2014 | 5/5/2014 | Village of Algonquin (villalgo) | 124-136r | | 445.17 | 1033 | |
| 6493 | 2090 | 05-2014 | 5/16/2014 | Elite Lawncare (elitelawn) | 124-136r | | 265.25 | 1034 | |
| 6494 | 2090 | 05-2014 | 5/16/2014 | Society Insurance (society) | 124-136r | | 349.15 | 1035 | |
| 6495 | 2090 | 05-2014 | 5/16/2014 | Stahl Cowen Crowley Addis LLC (stahlcowen) | 124-136r | | 2,134.00 | 1036 | |
| | | | | | | Total | 10,813.35 | | |

## Aged Receivables Report

Detail by Resident
Property:  124-136 S Randall Rd, Algonquin (124-13
Trans through: 5/2014
Age As of: 5/31/2014

Page 1

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------|-------------|--------------|--------------|--------------|-------------|---------|
| **124-136r - 124-136 S Randall Rd, Algonquin** | | | | | | | | | |
| 126 | atkinson | Atkinson Eye Care - RRJV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.32 | -0.32 |
| 132 | elfuego | El Fuego Tacos & Burritos | 5,443.45 | 0.00 | 0.00 | 0.00 | 5,443.45 | 0.00 | 5,443.45 |
| 136 | cleanpre | Clean & Press | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -335.87 | -335.87 |
| 136-A | crystall | Crystal Lake Shoe Repair | 1,000.00 | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 136-B | voguecle | Vogue Cleaners | 14,544.00 | 7,272.00 | 7,272.00 | 0.00 | 0.00 | 0.00 | 14,544.00 |
| **Total 124-136r** | | | **20,987.45** | **7,772.00** | **7,772.00** | **0.00** | **5,443.45** | **-336.19** | **20,651.26** |
| **Total** | | | **20,987.45** | **7,772.00** | **7,772.00** | **0.00** | **5,443.45** | **-336.19** | **20,651.26** |

Tuesday, June 10, 2014

# Rent Roll - Occupancy Summary

As of Date: 05/31/2014   Show Excluded Units: No   Show All Amounts: Annual

Page 1

**Property: 124-136 S Randall Rd, Algonquin - 124-136r**

| Unit | Lease Name | Lease Type | Lease From | Lease To | Term (Months) | Area | Base Rent | Rent Per Area | Recovery Per Area | Misc Per Area | Total Per Area | Deposit |
|------|-----------|-----------|-----------|---------|---------|------|-----------|---------------|-------------------|---------------|----------------|---------|
| 130 | CPR - Cell Phone Rep | Retail - Net | 10/01/2010 | 01/31/2016 | 64 | 1,840 | 27,600.00 | 15.00 | 7.94 | 0.00 | 22.94 | 767.00 |
| 132 | El Fuego Tacos & Bur | Retail - Net | 08/01/2013 | 07/31/2018 | 60 | 1,656 | 31,464.00 | 19.00 | 7.93 | 0.00 | 26.93 | 2,622.00 |
| 136 | Clean & Press | Retail - Net | 03/09/1996 | - | - | 2,940 | 36,000.00 | 12.24 | 7.94 | 0.00 | 20.19 | 0.00 |
| 136-A | Crystal Lake Shoe Re | Retail - Net | 02/04/2013 | 02/03/2016 | 37 | 300 | 6,000.00 | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 |
| 136-B | Vogue Cleaners | Retail - Net | 11/13/2007 | 11/12/2017 | 121 | 2,640 | 65,940.00 | 24.98 | 8.08 | 0.00 | 33.05 | 0.00 |
| 124 | VACANT | N/A | | | - | 1,280 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 126 | VACANT | N/A | | | - | 1,390 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 128A | VACANT | N/A | | | - | 1,840 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 128B | VACANT | N/A | | | - | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 134 | VACANT | N/A | | | - | 2,904 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Summary

| | Total Units | Percentage | | Total Area | Percentage | Total Base Rent | Total Rent Per Area | Total Recovery Per Area | Total Misc Per Area | Total Charges Per Area | Total Deposit |
|--|-----------|-----------|--|-----------|-----------|-----------------|---------------------|-------------------------|---------------------|------------------------|---------------|
| Occupied | 5 | 50.00% | | 9,376 | 55.84% | 167,004.00 | 17.81 | 7.73 | 0.00 | 25.54 | 3,389.00 |
| Vacant | 5 | 50.00% | | 7,414 | 44.16% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | **10** | | | **16,790** | | **167,004.00** | **9.95** | **4.31** | **0.00** | **14.26** | **3,389.00** |

# EXHIBIT F

# Frontline Real Estate Partners

PNC Bank
1 N. Franklin, Suite 2150
Chicago, IL 60606
Re: Randall Road Joint Venture Receivership

**INVOICE**
**R5002**

June 16, 2014

**FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD 4/1/14 – 5/31/14**

**Receiver's Fees:**

| Period | Monthly Fee | | Proration | | Fees Due |
|---|---|---|---|---|---|
| 4/1/14 – 4/30/14 | $2,000.00 | x | 30 / 30 | = | $2000.00 |
| 5/1/14 – 5/31/14 | $2,000.00 | x | 31 / 31 | = | $2,000.00 |
| **TOTAL** | | | | | **$4,000.00** |

**Total Receiver's Fees**      **$4,000.00**

**Additional Charges:**

None

**Total Amount Due**      **$4,000.00**

**Frontline Real Estate Partners, LLC**
**707 Skokie Boulevard Suite 580**
**Northbrook, IL 60062**

# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB <br><br> Plaintiff. <br><br> vs. <br><br> Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; <br><br> Defendants. | ) ) ) ) No 13 cv 07271 ) ) Property Address: ) 124-136 S. Randall Road ) Algonquin, Illinois 60102 ) ) Assigned Judge: Robert M. Dow, Jr. ) Magistrate Judge: Mary M. Rowland ) ) ) ) ) ) ) |

## <u>ORDER</u>

THIS MATTER coming on to be heard before this Honorable Court on approval of the Third Report of the Receiver, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Third Report of the Receiver is approved including all fees and expenses of the Receiver as detailed in the Report;

2. The Receiver's Fourth Report shall cover the period through _____, 2014 and shall be filed by _____, 2014;

3. The approval hearing for the Fourth Report of the Receiver shall be on _____, 2014 at _____ in Courtroom 1919 of the United States District Court For The Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604;

4. The tenant rent agreement attached as Exhibit B of the Report is hereby approved.

**E N T E R:**

_____

**JUDGE**
**Dated: _____**

Joshua E. Joseph / Receiver
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor in   )
interest by merger to National City Bank, successor  )
in interest by merger to MidAmerica Bank, FSB   )
   ) No 13 cv 07271
       Plaintiff.   )
   ) Property Address:
   vs.   ) 124-136 S. Randall Road
   ) Algonquin, Illinois 60102
Randall Road Joint Venture, an Illinois general   )
Partnership; Chicago Title Land Trust Company,  ) Assigned Judge: Robert M. Dow, Jr.
successor trustee to Amcore Investment Group as  ) Magistrate Judge: Mary M. Rowland
Trustee Under Trust Agreement Dated December 15, )
1993 and Known as Trust Number 3504; Jeffrey R.  )
Dunham; Robert R. Dunham; Power Pizza Company )
d/b/a Jake's Pizza, an Illinois domestic corporation; )
Phoenix Leasing Incorporated, a foreign corporation; )
   )
      Defendants.   )

## ORDER

THIS MATTER coming on to be heard before this Honorable Court on approval of the Third Report of the Receiver, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Third Report of the Receiver is approved including all fees and expenses of the Receiver as detailed in the Report;

2. The Receiver's Fourth Report shall cover the period through _____, 2014 and shall be filed by _____, 2014;

3. The approval hearing for the Fourth Report of the Receiver shall be on _____, 2014 at _____ in Courtroom 1919 of the United States District Court For The Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604;

4. The tenant rent agreement attached as Exhibit B of the Report is hereby approved.

**E N T E R :**

_____

**JUDGE**
**Dated:** _____

Joshua E. Joseph / Receiver
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262