

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB<br><br>Plaintiff.<br><br>vs.<br><br>Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation;<br><br>Defendants. | ) ) ) ) ) No 13 cv 07271 ) ) Property Address: ) 124-136 S. Randall Road ) Algonquin, Illinois 60102 ) ) Assigned Judge: Robert M. Dow, Jr. ) Magistrate Judge: Mary M. Rowland ) ) ) ) ) **FILED** ) ) AUG 1 4 2014 ) ) **THOMAS G BRUTON** ) **CLERK, U S DISTRICT COURT** |

## FOURTH REPORT OF THE RECEIVER

The Receiver, Joshua E. Joseph, herewith submits a Fourth Report of Receiver summarizing the activities performed by the Receiver from **June 1, 2014 - July 31, 2014.** Pursuant to the Court Order dated December 5, 2013, Joshua E. Joseph was appointed Receiver for the mortgaged real estate in the above case commonly known as 124-136 S. Randall Road, Algonquin, Illinois 60102; herein referred to as the "Property."

## DESCRIPTION OF THE PROPERTY

| | |
|---|---|
| **Location:** | 124-136 S. Randall Road, Algonquin, McHenry County, Illinois |
| **Property Type:** | Retail Strip Center |
| **Gross Building Area:** | 13,850 square feet |
| **Number of Buildings:** | 1 |
| **Number of Units:** | 7 |
| **Year Built:** | 1995 |
| **Construction:** | Brick and block |
| **Land Area:** | 1.38 acres |
| **Parking:** | Approx. 55 asphalt-paved spaces |
| **Condition:** | Average to good |

Photographs of the Property are included as **Exhibit "A".**

## GENERAL STATUS & RECEIVER ACTIVITY

*Overview*

The Receiver has continued to perform routine inspections of the Property to ensure there are no life safety issues or deferred maintenance requiring immediate action. Property services including utilities and landscaping have been maintained. The Receiver is collecting rents and paying operating expenses. The Receiver has also maintained communication with the tenants at the Property and the parties to this case. There are no issues to report at this time.

*Marketing*

The order appointing Receiver grants the Receiver authority to market the Property for sale. The Receiver has marketed the Property for sale and obtained several purchase offers which were sent to the Plaintiff and Defendant's counsel via e-mail for consideration. There are also prospective tenants interested in leasing vacant units at the Property. The Receiver will present any proposed leases for approval if terms are agreed to with a prospective tenant.

## RECEIVER'S BOND

The Order Appointing Receiver required the posting of a $75,000 bond. The Receiver posted the bond on December 10, 2013.

## INSURANCE

The Receiver has verified that the Plaintiff has placed adequate property insurance coverage on the Property. A copy of the insurance certificate covering the term of 3/15/14 – 3/15/15 is attached as **Exhibit "B"**.

## PROPERTY TAXES

The Property is located in McHenry County. There is one (1) PIN associated with the Property: 19-30-400-008. The first installment of 2013 taxes (payable 2014) totaled $40,726.66 and was paid by the Receiver on June 2, 2014. The second installment of 2013 taxes (payable 2014) totaled $40,726.66 and was paid on July 30, 2014.

A copy of the most recent tax bill from the McHenry County Treasurer website is attached as **Exhibit "C"**.

## BANKING AND FINANCIAL ACTIVITY

The Receiver has established a bank account to deposit rental income and pay operating expenses for the term of the receivership. From June 1 through July 31, 2014, total receipts were $24,553.00 and total expenses were $13,465.94. The net operating income for the period was

$11,087.07. The reconciled cash balance on hand as of 7/31/14 was $18,963.14. Financial statements including a current rent roll, income and expense statement, bank reconciliations, receipt register, check register, and aged delinquency report, are included as **Exhibit "D"**.

## LITIGATION

The Receiver is not aware of any litigation involving the Property other than the subject foreclosure case.

## RECEIVER'S FEES

A detailed billing statement for the Receiver's fees is attached as **Exhibit "E"**.

## DRAFT ORDER

A draft order approving the Fourth Report of the Receiver is attached as **Exhibit "F".**

## TABLE OF EXHIBITS

**EXHIBIT A – PHOTOGRAPHS**
**EXHIBIT B – INSURANCE**
**EXHIBIT C – REAL ESTATE TAXES**
**EXHIBIT D – FINANCIAL ACTIVITY & RENT ROLL**
**EXHIBIT E – RECEIVER'S FEES**
**EXHIBIT F – DRAFT ORDER**

**Contact Information for the Receiver**

Joshua E. Joseph
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262 Phone
jjoseph@frontlinerepartners.com

Respectfully submitted,

Joshua E. Joseph, as Receiver

# EXHIBIT A





# EXHIBIT B

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

RANDA-2    OP ID: EZ

**DATE (MM/DD/YYYY)** 04/04/2014

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER Crandall, Dubow & Harner, Inc. 3175 Commercial Ave., Ste 200 Northbrook, IL 60062 Mike Dubow | CONTACT NAME: **GEORGE PRATIKAKIS** | |
|---|---|---|
| | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | E-MAIL ADDRESS: **GEORGEP@TOTINS.COM** | |
| | **INSURER(S) AFFORDING COVERAGE** | NAIC # |
| | INSURER A : Society Insurance | 15261 |
| INSURED Randall Road Joint Venture LLC Frontline Real Estate Partners 707 Skokie Blvd Suite 580 Northbrook, IL 60062 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X **COMMERCIAL GENERAL LIABILITY** | X | | 11428323 | 03/15/2014 | 03/15/2015 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE ☒ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | PROPERTY | | | 11428323 | 03/15/2014 | 03/15/2015 | BUILDING | 1,700,000 |
| | | | | | | | DED | 2,500 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
THE FOLLOWING ARE ADDITIONAL INSURED WITH RESPECT TO GENERAL LIABILITY, WHEN REQUIRED BY WRITTEN CONTRACT:
- PNC BANK
- JOSHUA JOSEPH AS RECEIVER
- FRONTLINE REAL ESTATE PARTNERS.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| FRONTLINE REAL ESTATE PARTNERS 707 SKOKIE BLVD., SUITE 580 NORTHBROOK, IL 60062 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Michael H. Dow* |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)    The ACORD name and logo are registered marks of ACORD

# EXHIBIT C

FROM THE OFFICE OF:
WILLIAM W. Le FEW
McHENRY COUNTY TREASURER

**REAL ESTATE TAX BILL**
**1ST INSTALLMENT COUPON PAYMENT**

ASSESSED TO: AMCORE TR CO TR 3504
PIN: 19-30-400-008

MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR

**\*\*DUPLICATE\*\***

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL 60102-5451

**1ST INSTALLMENT FOR 2013**
**DUE BY 06/04/2014**

| | |
|---|---|
| | $40,726.66 |
| INTEREST | |
| **1-2013** COSTS | |
| TOTAL PAID | Paid on 06/02/2014 |

PAID BY: CHECK _____ CASH _____ MAIL _____ CREDIT CARD _____

1930400008000407266617

---

FROM THE OFFICE OF:
WILLIAM W. Le FEW
McHENRY COUNTY TREASURER

**REAL ESTATE TAX BILL**
**2ND INSTALLMENT COUPON PAYMENT**

ASSESSED TO: AMCORE TR CO TR 3504
PIN: 19-30-400-008

MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR

**\*\*DUPLICATE\*\***

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL 60102-5451

**2ND INSTALLMENT FOR 2013**
**DUE BY 09/04/2014**

| | |
|---|---|
| | $40,726.66 |
| INTEREST | |
| **2-2013** COSTS | |
| TOTAL PAID | Paid on 07/30/2014 |

PAID BY: CHECK _____ CASH _____ MAIL _____ CREDIT CARD _____

1930400008000407266629

---

| Taxing Body | Rate | Percent | Tax This Year | Tax Last Year |
|---|---|---|---|---|
| MCHENRY COUNTY | 0.945481 | 8.83 | $7,196.32 | $7,322.15 |
| MCHENRY COUNTY PENSION | 0.150564 | 1.41 | $1,145.99 | $953.87 |
| MCHENRY CO CONSV | 0.274794 | 2.57 | $2,091.53 | $2,061.73 |
| COLLEGE DISTRICT 509 ELGIN | 0.503395 | 4.70 | $3,831.48 | $4,367.14 |
| COLLEGE DISTRICT 509 ELGIN PENSION | 0.006692 | 0.06 | $50.93 | $61.72 |
| SCHOOL DIST 300 | 6.135676 | 57.33 | $46,700.28 | $45,241.54 |
| SCHOOL DIST 300 PENSION | 0.216237 | 2.02 | $1,645.84 | $1,341.31 |
| ALG LITH FIRE DIST | 0.830296 | 7.76 | $6,319.61 | $6,134.20 |
| ALG LITH FIRE DIST PENSION | 0.106103 | 0.99 | $807.58 | $736.49 |
| ALGONQUIN LIBRARY | 0.547744 | 5.12 | $4,169.02 | $3,958.07 |
| ALGONQUIN LIBRARY PENSION | 0.039053 | 0.36 | $297.25 | $399.11 |
| ALGONQUIN TOWNSHIP | 0.082064 | 0.77 | $624.61 | $616.29 |
| ALGONQN TWP RD & BR | 0.173779 | 1.62 | $1,322.68 | $1,285.78 |
| ALGONQN TWP RD & BR PENSION | 0.008933 | 0.08 | $67.99 | $68.10 |
| ALGONQUIN VILLAGE | 0.403969 | 3.77 | $3,074.72 | $3,193.31 |
| ALGONQUIN VILLAGE PENSION | 0.276891 | 2.59 | $2,107.49 | $1,940.91 |
| **Totals** | **10.701671** | | **$81,453.32** | **$79,679.52** |

MCHENRY COUNTY 2013 REAL ESTATE TAX BILL
LEGAL DESCRIPTION:
DOC 93R0081755
LT 2
KAPERS WEST SUB

ASSESSED TO:
AMCORE TR CO TR 3504

SITE ADDRESS:
124 S RANDALL RD
ALGONQUIN, IL 60102

**If paid after due date, pay amount below which includes 1.5% per month penalty:**

| | FIRST INSTALLMENT | SECOND INSTALLMENT |
|---|---|---|
| 06/05 - 07/04 | 41,337.56 | |
| 07/05 - 08/04 | 41,948.46 | |
| 08/05 - 09/04 | 42,559.36 | |
| 09/05 - 10/04 | 43,170.26 | 41,337.56 |
| 10/05 - 10/24 | 43,781.16 | 41,958.46 |

| PIN | 19-30-400-008 | |
|---|---|---|
| Township | Tax Code | Property Class |
| AQ | 19005 | 0060 |
| Sub Lot | Acres 1.38 | |

| 1st Install | $40,726.66 | 2nd Install | $40,726.66 |
|---|---|---|---|
| Interest | | Interest | |
| Costs | | Costs | |
| Total Paid | | Total Paid | |
| Paid on 06/02/2014 | | Paid on 07/30/2014 | |

| | |
|---|---|
| Fair Cash Value | 2,283,610 |
| S/A Value | 811,350 |
| S/A Multiplier X | .9381 |
| S/A Equalized Value = | 761,127 |
| Brd. of Review Value | 761,127 |
| Brd. of Review Multiplier X | 1.0000 |
| Brd. of Review EQ Value = | 761,127 |
| Home Improv./Vet Exemptions - | 0 |
| State Multiplier X | 1.0000 |
| State Equalized Value = | 761,127 |
| Farmland and Bldgs. Value + | 0 |
| Total Amt. Prior to Exemptions = | 761,127 |
| Annual Homestead Exemptions- | 0 |
| Sr. Freeze Abated Amount - | 0 |
| Elderly Homestead Exemption - | 0 |
| Disabled Vet Homestead Ex - | 0 |
| Disabled Person Exemption - | 0 |
| Returning Veteran Exemption - | 0 |
| Net Taxable Amount | 761,127 |
| Local Tax Rate X | 10.701671 |
| Total Current Year Tax Due | **$81,453.32** |

# EXHIBIT D

124-136 S Randall Rd, Algonquin (124-136r)                                                                    Page 1

# Income Statement

Period = Jun 2014-Jul 2014
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **OPERATING INCOME** | | | | |
| | | | | |
| RENTAL REVENUE | | | | |
| Rent | 21,022.00 | 0.00 | 64,106.00 | 0.00 |
| Prepaid Rent | -336.19 | 0.00 | 0.00 | 0.00 |
| TOTAL RENTAL REVENUE | 20,685.81 | 0.00 | 64,106.00 | 0.00 |
| | | | | |
| RECOVERABLE INCOME | | | | |
| Estimated CAM | 1,422.19 | 0.00 | 11,755.19 | 0.00 |
| Estimated Real Estate Taxes | 2,445.00 | 0.00 | 25,661.00 | 0.00 |
| TOTAL RECOVERABLE INCOME | 3,867.19 | 0.00 | 37,416.19 | 0.00 |
| | | | | |
| OTHER INCOME | | | | |
| Misc Income | 0.00 | 0.00 | 68.49 | 0.00 |
| TOTAL OTHER INCOME | 0.00 | 0.00 | 68.49 | 0.00 |
| | | | | |
| **TOTAL INCOME** | 24,553.00 | 0.00 | 101,590.68 | 0.00 |
| | | | | |
| | | | | |
| **OPERATING EXPENSES** | | | | |
| | | | | |
| **NON RECOVERABLE OPERATING EXPENSES** | | | | |
| Locks & Keys R&M | 167.60 | 0.00 | 442.86 | 0.00 |
| Tenant Space R&M | 0.00 | 0.00 | 281.46 | 0.00 |
| TOTAL NON-RECOVERABLE R&M | 167.60 | 0.00 | 724.32 | 0.00 |
| | | | | |
| NON-RECOVERABLE UTILITIES | | | | |
| Gas | 50.57 | 0.00 | 1,918.46 | 0.00 |
| Electricity | 181.10 | 0.00 | 532.16 | 0.00 |
| TOTAL NON-RECOVERABLE UTILITIES | 231.67 | 0.00 | 2,450.62 | 0.00 |
| | | | | |
| NON-RECOVERABLE G&A | | | | |
| Legal Fees | 3,519.00 | 0.00 | 5,887.00 | 0.00 |
| Other Professional Fees | 4,000.00 | 0.00 | 12,994.35 | 0.00 |
| General & Admin Expense | 0.00 | 0.00 | 174.16 | 0.00 |
| Permit & License | 0.00 | 0.00 | 40.00 | 0.00 |
| Receiver Bond | 0.00 | 0.00 | 750.00 | 0.00 |
| Bank Fees | 81.80 | 0.00 | 246.33 | 0.00 |
| Travel & Parking | 22.00 | 0.00 | 22.00 | 0.00 |
| TOTAL NON-RECOVERABLE G&A | 7,622.80 | 0.00 | 20,113.84 | 0.00 |
| | | | | |
| **TOTAL NON RECOVERABLE EXPENSES** | 8,022.07 | 0.00 | 23,288.78 | 0.00 |
| **RECOVERABLE EXPENSES** | | | | |
| | | | | |
| REPAIRS & MAINTENANCE | | | | |
| Cleaning/Sweeping | 84.00 | 0.00 | 84.00 | 0.00 |
| Landscaping | 1,061.00 | 0.00 | 1,326.25 | 0.00 |
| Snow Removal | 0.00 | 0.00 | 5,528.75 | 0.00 |
| Trash Removal | 2,171.30 | 0.00 | 4,000.74 | 0.00 |
| Plumbing R&M | 0.00 | 0.00 | 684.60 | 0.00 |
| Miscellaneous R&M | 43.22 | 0.00 | 218.62 | 0.00 |
| TOTAL REPAIRS & MAINTENANCE | 3,359.52 | 0.00 | 11,842.96 | 0.00 |
| | | | | |
| UTILITIES | | | | |
| Electricity | 469.24 | 0.00 | 1,016.48 | 0.00 |
| Water/Sewer | 866.91 | 0.00 | 2,694.45 | 0.00 |
| TOTAL UTILITIES | 1,336.15 | 0.00 | 3,710.93 | 0.00 |
| | | | | |
| PROPERTY TAXES | | | | |
| Real Estate Taxes | 0.00 | 0.00 | 40,726.66 | 0.00 |
| Convenience Fees | 0.00 | 0.00 | 3.00 | 0.00 |
| TOTAL PROPERTY TAXES | 0.00 | 0.00 | 40,729.66 | 0.00 |

124-136 S Randall Rd, Algonquin (124-136r)

Page 2

# Income Statement

Period = Jun 2014-Jul 2014
Book = Cash ; Tree = ysi_is

|  | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| INSURANCE |  |  |  |  |
| Insurance | 698.30 | 0.00 | 2,085.07 | 0.00 |
| Insurance - Other | 0.00 | 0.00 | 750.00 | 0.00 |
| TOTAL INSURANCE | 698.30 | 0.00 | 2,835.07 | 0.00 |
|  |  |  |  |  |
| G&A RECOVERABLE EXPENSES |  |  |  |  |
| Messenger/Delivery | 20.42 | 0.00 | 20.42 | 0.00 |
| Postage | 29.48 | 0.00 | 59.72 | 0.00 |
| TOTAL G&A RECOVERABLE EXPENSES | 49.90 | 0.00 | 80.14 | 0.00 |
|  |  |  |  |  |
| TOTAL RECOVERABLE EXPENSES | 5,443.87 | 0.00 | 59,198.76 | 0.00 |
|  |  |  |  |  |
| TOTAL OPERATING EXPENSES | 13,465.94 | 0.00 | 82,487.54 | 0.00 |
|  |  |  |  |  |
| NET OPERATING INCOME | 11,087.06 | 0.00 | 19,103.14 | 0.00 |
|  |  |  |  |  |
| NET INCOME (LOSS) | 11,087.06 | 0.00 | 19,103.14 | 0.00 |

Tuesday, August 12, 2014
11:25 AM

**124-136 S Randall Rd Property**

**Bank Reconciliation Report**

**07/31/2014**

08/12/2014

4628440747

**Balance Per Bank Statement as of 07/31/2014**      **19,991.67**

**Outstanding Checks**

| Check date | Check number | Payee | Amount |
|---|---|---|---|
| 07/15/2014 | 1050 | elitelawn - Elite Lawncare | 265.25 |
| 07/31/2014 | 1056 | allied-933 - Allied Waste Services #933 | 542.85 |
| 07/31/2014 | 1057 | comed - Commonwealth Edison | 211.68 |
| 07/31/2014 | 1059 | nicor - Nicor Gas Co. | 8.75 |

**Less:**      **Outstanding Checks**      **1,028.53**

         **Reconciled Bank Balance**      **18,963.14**

**Balance per GL as of 07/31/2014**      **18,963.14**

         **Reconciled Balance Per G/L**      **18,963.14**

**Difference**      (Reconciled Bank Balance And Reconciled Balance Per G/L)      **0.00**

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 06/23/2014 | 1045 | nicor - Nicor Gas Co. | 41.82 | 07/31/2014 |
| 07/02/2014 | 1047 | comed - Commonwealth Edison | 229.86 | 07/31/2014 |
| 07/02/2014 | 1048 | fircmana - FL RC Management, LLC | 38.76 | 07/31/2014 |
| 07/15/2014 | 1049 | allied-933 - Allied Waste Services #933 | 535.96 | 07/31/2014 |
| 07/15/2014 | 1051 | fircmana - FL RC Management, LLC | 4,000.00 | 07/31/2014 |
| 07/15/2014 | 1052 | programone - Program One Professional Building Servic | 84.00 | 07/31/2014 |
| 07/15/2014 | 1053 | society - Society Insurance | 349.15 | 07/31/2014 |
| 07/15/2014 | 1054 | stahlcowen - Stahl Cowen Crowley Addis LLC | 1,860.00 | 07/31/2014 |
| 07/15/2014 | 1055 | villalgo - Village of Algonquin | 437.36 | 07/31/2014 |
| 07/31/2014 | 1058 | elitelawn - Elite Lawncare | 265.25 | 07/31/2014 |

**Total**   **Cleared Checks**      **7,842.16**

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|

**124-136 S Randall Rd Property**
**Bank Reconciliation Report**
**07/31/2014**
**4628440747**

08/12/2014

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 07/08/2014 | 22 | | 3,518.00 | 07/31/2014 |
| 07/18/2014 | 23 | | 450.00 | 07/31/2014 |
| **Total** | **Cleared Deposits** | | **3,968.00** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 07/31/2014 | JE 2168 | Bank Fees | -42.02 | 07/31/2014 |
| **Total** | **Cleared Other Items** | | **-42.02** | |

Corporate Business Account Statement

For the period 07/01/2014 to 07/31/2014

FRONTLINE REAL ESTATE
PARTNERS LLC
707 SKOKIE BLVD STE 580
NORTHBROOK IL 60062-2855

Account number: 46-2844-0747

Page 1 of 2

Number of enclosures: 0

Tax ID Number: 27-1986801

☎ For Client Services:
Call 1-800-669-1518

🖥 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 23,907.85 | 3,968.00 | 7,884.18 | 19,991.67 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 2 | 3,968.00 | Checks | 10 | 7,842.16 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 0 | 0.00 | ACH Debits | 0 | 0.00 |
| Funds Transfers In | 0 | 0.00 | Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 1 | 42.02 |
| Total | 2 | 3,968.00 | Total | 11 | 7,884.18 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | 23,866.03 | 07/17 | 27,565.41 | 07/24 | 24,033.69 |
| 07/09 | 27,154.17 | 07/22 | 25,268.05 | 07/29 | 20,033.69 |
| 07/16 | 27,115.41 | 07/23 | 25,002.80 | 07/31 | 19,991.67 |

## Deposits and Other Credits

### Deposits — 2 transactions for a total of $ 3,968.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/09 | 3,518.00 | Deposit | 038203719 |
| 07/17 | 450.00 | Deposit | 035973041 |

## Checks and Other Debits

### Checks and Substitute Checks — 10 transactions for a total of $ 7,842.16

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01 | 1045 | 41.82 | 096232890 | 07/22 | 1055 | 437.36 | 089546691 | 07/24 | 1049 | 535.96 | 090773844 |
| 07/09 | 1047 | 229.86 | 089392384 | 07/23 | 1050 | 265.25 | 089770909 | 07/29 | 1051 | 4,000.00 | 089617005 |
| 07/16 | 1048 | 38.76 | 089584403 | 07/24 | 1053 | 349.15 | 090429149 | | | | |
| 07/22 | 1054 | 1,860.00 | 089480573 | 07/24 | 1052 | 84.00 | 090510771 | | | | |

Corporate Business Account Statement

FRONTLINE REAL ESTATE
PARTNERS LLC

For the period 07/01/2014 to 07/31/2014

Account number:     46-2844-0747

Page 2 of 2

| Checks and Other Debits | | *- continued* | |
|---|---|---|---|

Other Debits

1 transaction for a total of $ 42.02

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/31 | 42.02 | Corporate Account Analysis Charge | 000000000000041153 |

**124 136 Randall Rd - Sec Dep**
**Bank Reconciliation Report**
**07/31/2014**
**50-50076593**

08/12/2014

**Balance Per Bank Statement as of 07/31/2014**        7,567.00

      **Reconciled Bank Balance**        7,567.00


**Balance per GL as of 07/31/2014**        7,567.00

      **Reconciled Balance Per G/L**        7,567.00


**Difference**        (Reconciled Bank Balance And Reconciled Balance Per G/L)        0.00



**FIRSTMERIT.**
Bank

FirstMerit Bank, N.A.
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 2

Statement Period
Jul 1, 2014 to
Jul 31, 2014
Primary Account
50 5007 6593

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY
707 SKOKIE BLVD STE 580
NORTHBROOK IL 60062

Questions?
1-888-283-2303

85843 ~ 31

A

## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5007 6593 | 7,567.00 |
| **Total Deposit Accounts** | | **7,567.00** |

**REALITY BUSINESS PRO**
**50 5007 6593**

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY

### Account Summary

| | |
|---|---|
| Beginning Balance as of Jul 1, 2014 | 7,567.00 |
| There was no activity during this Statement Period. | |
| Ending Balance as of Jul 31, 2014 | 7,567.00 |

Effective July 1, 2014 for new clients and 30 days after receipt of this statement for current clients, the Verification of Transactions paragraph in your Deposit Account Terms and Conditions has been changed with regard to automated clearing house (ACH) transactions. The following language has been added to clarify the status of ACH transactions:

Any automated clearing house (ACH) payment or credit is provisional until receipt of final settlement by FirstMerit. You acknowledge that if settlement is not received, FirstMerit shall be entitled to refund of the amount credited and the credit shall remain unpaid.

**Effective September 2, 2014, the Non-FirstMerit ATM fee and FirstMerit ATM Mini-statement fee will increase to $2.50.**

For Deaf and Hearing Impaired (TTY/TDD) Call 1-800-572-6040

**124-136 S Randall Rd Property**
**Bank Reconciliation Report**
**06/30/2014**
4628440747

07/16/2014

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 06/30/2014** | 23,907.85 | |
| **Less:**      Outstanding Checks | 41.82 | |
|          Reconciled Bank Balance | | 23,866.03 |
| **Balance per GL as of 06/30/2014** | 23,866.03 | |
|          Reconciled Balance Per G/L | | 23,866.03 |
| **Difference** | | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 06/06/2014 | 1037 | allied-933 - Allied Waste Services #933 | 549.51 | 06/30/2014 |
| 06/06/2014 | 1038 | comed - Commonwealth Edison | 208.80 | 06/30/2014 |
| 06/06/2014 | 1039 | flrcmana - FL RC Management, LLC | 76.36 | 06/30/2014 |
| 06/06/2014 | 1040 | villalgo - Village of Algonquin | 429.55 | 06/30/2014 |
| 06/13/2014 | 1041 | allied-933 - Allied Waste Services #933 | 542.98 | 06/30/2014 |
| 06/13/2014 | 1042 | elitelawn - Elite Lawncare | 530.50 | 06/30/2014 |
| 06/13/2014 | 1043 | society - Society Insurance | 349.15 | 06/30/2014 |
| 06/13/2014 | 1044 | stahlcowen - Stahl Cowen Crowley Addis LLC | 1,659.00 | 06/30/2014 |
| 06/23/2014 | 1046 | aasecur - A&A Security Safety Suppy, Inc | 167.60 | 06/30/2014 |
| **Total**   **Cleared Checks** | | | **4,513.45** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 06/10/2014 | 19 | | 3,518.00 | 06/30/2014 |
| 06/13/2014 | 20 | | 1,350.00 | 06/30/2014 |
| 06/24/2014 | 21 | | 15,717.00 | 06/30/2014 |
| **Total**   **Cleared Deposits** | | | **20,585.00** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|

**124-136 S Randall Rd Property**

**Bank Reconciliation Report**

**06/30/2014**

4628440747

07/18/2014

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 05/30/2014 | JE 1871 | 1st Intl of RE Tax | -40,729.66 | 06/30/2014 |
| 06/30/2014 | JE 2100 | bank fees | -39.78 | 06/30/2014 |
| **Total** | **Cleared Other Items** | | **-40,769.44** | |

Corporate Business Account Statement

For the period 05/31/2014 to 06/30/2014

FRONTLINE REAL ESTATE
PARTNERS LLC
707 SKOKIE BLVD STE 580
NORTHBROOK IL 60062-2855

Account number: 46-2844-0747

Page 1 of 2

Number of enclosures: 0
Tax ID Number: 27-1986801

☎ For Client Services:
Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 48,605.74 | 20,585.00 | 45,282.89 | 23,907.85 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 2 | 20,585.00 | Checks | 9 | 4,513.45 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 0 | 0.00 | ACH Debits | 2 | 40,729.66 |
| Funds Transfers In | 0 | 0.00 | Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 1 | 39.78 |
| Total | 2 | 20,585.00 | Total | 12 | 45,282.89 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/31 | 48,605.74 | 06/16 | 6,688.22 | 06/25 | 8,230.63 |
| 06/03 | 7,876.04 | 06/17 | 11,479.86 | 06/26 | 23,947.63 |
| 06/11 | 7,446.53 | 06/23 | 9,277.88 | 06/30 | 23,907.85 |
| 06/12 | 7,237.73 | 06/24 | 8,398.23 | | |

## Deposits and Other Credits

### Deposits
2 transactions for a total of $ 20,585.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/17 | 4,868.00 | Deposit | 036006337 |
| 06/26 | 15,717.00 | Deposit | 036416524 |

## Checks and Other Debits

### Checks and Substitute Checks
9 transactions for a total of $ 4,513.45

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/11 | 1040 | 429.55 | 095738542 | 06/17 | 1039 | 76.36 | 095692031 | 06/24 | 1042 | 530.50 | 095425035 |
| 06/12 | 1038 | 208.80 | 096157613 | 06/23 | 1041 | 542.98 | 090784834 | 06/24 | 1043 | 349.15 | 095421957 |
| 06/16 | 1037 | 549.51 | 089756397 | 06/23 | 1044 | 1,659.00 | 095040531 | 06/25 | 1046 | 167.60 | 096649002 |

Corporate Business Account Statement

FRONTLINE REAL ESTATE
PARTNERS LLC

For the period 05/31/2014 to 06/30/2014

Account number:      46-2844-0747

Page 2 of 2

---

## Checks and Other Debits — *continued*

### ACH Debits

2 transactions for a total of $ 40,729.66

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 40,726.66 | Corporate ACH 1190000734<br>McHenryproptaxil 351991733 | 00014153910678408 |
| 06/03 | 3.00 | Corporate ACH Echeck Fee<br>Official Payment 351991734 | 00014153910678415 |

### Other Debits

1 transaction for a total of $ 39.78

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/30 | 39.78 | Corporate Account Analysis Charge | 000000000000039974 |

**124 136 Randall Rd - Sec Dep**
**Bank Reconciliation Report**
**06/30/2014**
50-50076593

07/16/2014

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 06/30/2014** | 7,567.00 | |
| Reconciled Bank Balance | | **7,567.00** |
| | | |
| **Balance per GL as of 06/30/2014** | 7,567.00 | |
| Reconciled Balance Per G/L | | **7,567.00** |
| | | |
| **Difference** | | **0.00** |



**FIRSTMERIT.**
Bank

FirstMerit Bank, N.A.
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 2

Statement Period
Jun 1, 2014 to
Jun 30, 2014
Primary Account
50 5007 6593

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY
707 SKOKIE BLVD STE 580
NORTHBROOK IL 60062

Questions?
1-888-283-2303

82340 - 31

A

## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5007 6593 | 7,567.00 |
| **Total Deposit Accounts** | | **7,567.00** |

**REALITY BUSINESS PRO**
**50 5007 6593**

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY

### Account Summary

| | |
|---|---|
| Beginning Balance as of Jun 1, 2014 | 7,567.00 |
| There was no activity during this Statement Period. | |
| Ending Balance as of Jun 30, 2014 | 7,567.00 |

**Effective September 2, 2014, the Non-FirstMerit ATM fee and FirstMerit ATM Mini-statement fee will increase to $2.50.**

For Deaf and Hearing Impaired (TTY/TDD) Call 1-800-572-6040

8/12/2014 10:30 AM

124-136 S Randall Rd, Algonquin (124-136r)

## Receipt Register

Period = Jun 2014-Jul 2014

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| R-9939 | 2607 | 06-2014 | 6/10/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | 3,518.00 | | |
| R-9984 | 2631 | 06-2014 | 6/13/2014 | Crystal Lake Shoe Repair(crystall) | 124-136r | | 1,350.00 | | |
| R-10153 | 2670 | 06-2014 | 6/24/2014 | El Fuego Tacos & Burritos(elfuego) | 124-136r | | 3,717.00 | | |
| R-10154 | 2670 | 06-2014 | 6/24/2014 | Vogue Cleaners(voguecle) | 124-136r | | 12,000.00 | | |
| R-10336 | 2715 | 07-2014 | 7/8/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | 3,518.00 | | |
| R-10630 | 2764 | 07-2014 | 7/16/2014 | Crystal Lake Shoe Repair(crystall) | 124-136r | | 450.00 | | |
| | | | | | | **Total** | 24,553.00 | | |

Page 1 of 1

8/12/2014 10:28 AM

124-136 S Randall Rd, Algonquin (124-136r)

## Check Register

Period = Jun 2014-Jul 2014

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| K-6756 | 2166 | 06-2014 | 6/6/2014 | Allied Waste Services #933 (allied-933) | 124-136r | | 549.51 | 1037 | |
| K-6757 | 2166 | 06-2014 | 6/6/2014 | Commonwealth Edison (comed) | 124-136r | | 208.80 | 1038 | |
| K-6758 | 2166 | 06-2014 | 6/6/2014 | FL RC Management, LLC (flrcmana) | 124-136r | | 76.36 | 1039 | |
| K-6759 | 2166 | 06-2014 | 6/6/2014 | Village of Algonquin (villalgo) | 124-136r | | 429.55 | 1040 | |
| K-6931 | 2225 | 06-2014 | 6/13/2014 | Allied Waste Services #933 (allied-933) | 124-136r | | 542.98 | 1041 | |
| K-6932 | 2225 | 06-2014 | 6/13/2014 | Elite Lawncare (elitelawn) | 124-136r | | 530.50 | 1042 | |
| K-6933 | 2225 | 06-2014 | 6/13/2014 | Society Insurance (society) | 124-136r | | 349.15 | 1043 | |
| K-6934 | 2225 | 06-2014 | 6/13/2014 | Stahl Cowen Crowley Addis LLC (stahlcowen) | 124-136r | | 1,659.00 | 1044 | |
| K-7156 | 2292 | 06-2014 | 6/23/2014 | Nicor Gas Co. (nicor) | 124-136r | | 41.82 | 1045 | |
| K-7193 | 2307 | 06-2014 | 6/23/2014 | A&A Security Safety Supply, Inc (aasecur) | 124-136r | | 167.60 | 1046 | |
| K-7254 | 2344 | 07-2014 | 7/2/2014 | Commonwealth Edison (comed) | 124-136r | | 229.86 | 1047 | |
| K-7255 | 2344 | 07-2014 | 7/2/2014 | FL RC Management, LLC (flrcmana) | 124-136r | | 38.76 | 1048 | |
| K-7347 | 2391 | 07-2014 | 7/15/2014 | Allied Waste Services #933 (allied-933) | 124-136r | | 535.96 | 1049 | |
| K-7348 | 2391 | 07-2014 | 7/15/2014 | Elite Lawncare (elitelawn) | 124-136r | | 265.25 | 1050 | |
| K-7349 | 2391 | 07-2014 | 7/15/2014 | FL RC Management, LLC (flrcmana) | 124-136r | | 4,000.00 | 1051 | |
| K-7350 | 2391 | 07-2014 | 7/15/2014 | Program One Professional Building Services, Inc. (programone) | 124-136r | | 84.00 | 1052 | |
| K-7351 | 2391 | 07-2014 | 7/15/2014 | Society Insurance (society) | 124-136r | | 349.15 | 1053 | |
| K-7352 | 2391 | 07-2014 | 7/15/2014 | Stahl Cowen Crowley Addis LLC (stahlcowen) | 124-136r | | 1,860.00 | 1054 | |
| K-7353 | 2391 | 07-2014 | 7/15/2014 | Village of Algonquin (villalgo) | 124-136r | | 437.36 | 1055 | |
| K-7641 | 2454 | 07-2014 | 7/31/2014 | Allied Waste Services #933 (allied-933) | 124-136r | | 542.85 | 1056 | |
| K-7642 | 2454 | 07-2014 | 7/31/2014 | Commonwealth Edison (comed) | 124-136r | | 211.68 | 1057 | |
| K-7643 | 2454 | 07-2014 | 7/31/2014 | Elite Lawncare (elitelawn) | 124-136r | | 265.25 | 1058 | |
| K-7644 | 2454 | 07-2014 | 7/31/2014 | Nicor Gas Co. (nicor) | 124-136r | | 8.75 | 1059 | |
| | | | | | | **Total** | 13,384.14 | | |

Page 1 of 1

## Aged Receivables Report

Detail by Resident
Property: 124-136 S Randall Rd, Algonquin (124-13

Trans through: 7/2014

Age As of: 7/31/2014

Page 1

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------|-------------|--------------|--------------|--------------|-------------|---------|
| **124-136r – 124-136 S Randall Rd, Algonquin** | | | | | | | | | |
| 132 | elfuego | El Fuego Tacos & Burritos | 9,160.45 | 3,717.00 | 0.00 | 0.00 | 5,443.45 | 0.00 | 9,160.45 |
| 136-A | crystall | Crystal Lake Shoe Repair | 50.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| **Total 124-136r** | | | **9,210.45** | **3,767.00** | **0.00** | **0.00** | **5,443.45** | **0.00** | **9,210.45** |
| **Total** | | | **9,210.45** | **3,767.00** | **0.00** | **0.00** | **5,443.45** | **0.00** | **9,210.45** |

# Rent Roll - Occupancy Summary

As of Date: 07/31/2014  Show Excluded Units: No  Show All Amounts: Annual

Property: 124-136 S Randall Rd, Algonquin - 124-136r

| Unit | Lease Name | Lease Type | Lease From | Lease To | Term (Months) | Area | Base Rent | Rent Per Area | Recovery Per Area | Misc Per Area | Total Per Area | Deposit |
|------|-----------|------------|-----------|----------|---------------|------|-----------|---------------|-------------------|---------------|----------------|---------|
| 130 | CPR - Cell Phone Rep | Retail - Net | 10/01/2010 | 01/31/2016 | 64 | 1,840 | 27,600.00 | 15.00 | 7.94 | 0.00 | 22.94 | 767.00 |
| 132 | El Fuego Tacos & Bur | Retail - Net | 08/01/2013 | 07/31/2018 | 60 | 1,656 | 31,464.00 | 19.00 | 7.93 | 0.00 | 26.93 | 2,622.00 |
| 136-A | Crystal Lake Shoe Re | Retail - Net | 02/04/2013 | 02/03/2016 | 37 | 300 | 6,000.00 | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 |
| 136-B | Vogue Cleaners | Retail - Net | 11/13/2007 | 11/12/2017 | 121 | 2,640 | 72,000.00 | 27.27 | 0.00 | 0.00 | 27.27 | 0.00 |
| 124 | VACANT | N/A | | | - | 1,280 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 126 | VACANT | N/A | | | - | 1,350 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 128A | VACANT | N/A | | | - | 1,840 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 128B | VACANT | N/A | | | - | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 134 | VACANT | N/A | | | - | 2,904 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 136 | VACANT | N/A | | | - | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Summary

| | Total Units | Percentage | Total Area | Percentage | Total Base Rent | Total Rent Per Area | Total Recovery Per Area | Total Misc Per Area | Total Charges Per Area | Total Deposit |
|--|-------------|------------|------------|------------|-----------------|---------------------|-------------------------|---------------------|------------------------|---------------|
| Occupied | 4 | 40.00% | 6,436 | 46.47% | 137,064.00 | 21.30 | 4.31 | 0.00 | 25.61 | 3,389.00 |
| Vacant | 6 | 60.00% | 7,414 | 53.53% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 10 | | 13,850 | | 137,064.00 | 9.90 | 2.00 | 0.00 | 11.90 | 3,389.00 |

Page 1

Thursday, August 7, 2014

# EXHIBIT E

# **Frontline** Real Estate Partners

PNC Bank
1 N. Franklin, Suite 2150
Chicago, IL 60606
Re: Randall Road Joint Venture Receivership

**INVOICE**
**R5003**

August 14, 2014

### FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD 6/1/14 – 7/31/14

**Receiver's Fees:**

| Period | Monthly Fee | | Proration | | Fees Due |
|---|---|---|---|---|---|
| 6/1/14 – 6/30/14 | $2,000.00 | x | 30 / 30 | = | $2000.00 |
| 7/1/14 – 7/31/14 | $2,000.00 | x | 31 / 31 | = | $2,000.00 |
| **TOTAL** | | | | | **$4,000.00** |

**Total Receiver's Fees**                                    $4,000.00

**Additional Charges:**

    None

**Total Amount Due**                                    $4,000.00

**Frontline Real Estate Partners, LLC**
**707 Skokie Boulevard Suite 580**
**Northbrook, IL 60062**

# EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB | ) ) ) |
|  | ) No 13 cv 07271 |
| Plaintiff. | ) |
|  | ) Property Address: |
| vs. | ) 124-136 S. Randall Road |
|  | ) Algonquin, Illinois 60102 |
| Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; | ) ) Assigned Judge: Robert M. Dow, Jr. ) Magistrate Judge: Mary M. Rowland ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER

THIS MATTER coming on to be heard before this Honorable Court on approval of the Fourth Report of the Receiver, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Fourth Report of the Receiver is approved including all fees and expenses of the Receiver as detailed in the Report;

2. The Receiver's Fifth Report shall cover the period of August 1, 2014 through _____, 2014 and shall be filed by _____, 2014;

3. The approval hearing for the Fifth Report of the Receiver shall be on _____, 2014 at _____ in Courtroom 1919 of the United States District Court For The Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604;

E N T E R:

_____

**JUDGE**
**Dated:** _____

Joshua E. Joseph / Receiver
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor in )
interest by merger to National City Bank, successor )
in interest by merger to MidAmerica Bank, FSB )
           ) No 13 cv 07271
           Plaintiff. )
           ) Property Address:
     vs. ) 124-136 S. Randall Road
           ) Algonquin, Illinois 60102
Randall Road Joint Venture, an Illinois general )
Partnership; Chicago Title Land Trust Company, ) Assigned Judge: Robert M. Dow, Jr.
successor trustee to Amcore Investment Group as ) Magistrate Judge: Mary M. Rowland
Trustee Under Trust Agreement Dated December 15, )
1993 and Known as Trust Number 3504; Jeffrey R. )
Dunham; Robert R. Dunham; Power Pizza Company )
d/b/a Jake's Pizza, an Illinois domestic corporation; )
Phoenix Leasing Incorporated, a foreign corporation; )
           )
        Defendants. )

## ORDER

THIS MATTER coming on to be heard before this Honorable Court on approval of the Fourth Report of the Receiver, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Fourth Report of the Receiver is approved including all fees and expenses of the Receiver as detailed in the Report;

2. The Receiver's Fifth Report shall cover the period of August 1, 2014 through _____, 2014 and shall be filed by _____, 2014;

3. The approval hearing for the Fifth Report of the Receiver shall be on _____, 2014 at _____ in Courtroom 1919 of the United States District Court For The Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604;

**E N T E R :**

_____

**JUDGE**
**Dated:** _____

Joshua E. Joseph / Receiver
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262