**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB | ) ) ) |
| | ) No 13 cv 07271 |
| Plaintiff. | ) |
| | ) Property Address: |
| vs. | ) 124-136 S. Randall Road |
| | ) Algonquin, Illinois 60102 |
| Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; | ) ) Assigned Judge: Robert M. Dow, Jr. ) Magistrate Judge: Mary M. Rowland ) ) ) ) ) ) |
| | ) ) |
| Defendants. | ) |

## FIFTH REPORT OF THE RECEIVER

The Receiver, Joshua E. Joseph, herewith submits a Fifth Report of Receiver summarizing the activities performed by the Receiver from **August 1, 2014 - September 30, 2014**. Pursuant to the Court Order dated December 5, 2013, Joshua E. Joseph was appointed Receiver for the mortgaged real estate in the above case commonly known as 124-136 S. Randall Road, Algonquin, Illinois 60102; herein referred to as the "Property."

## DESCRIPTION OF THE PROPERTY

| | |
|---|---|
| **Location:** | 124-136 S. Randall Road, Algonquin, McHenry County, Illinois |
| **Property Type:** | Retail Strip Center |
| **Gross Building Area:** | 13,850 square feet |
| **Number of Buildings:** | 1 |
| **Number of Units:** | 7 |
| **Year Built:** | 1995 |
| **Construction:** | Brick and block |
| **Land Area:** | 1.38 acres |
| **Parking:** | Approx. 55 asphalt-paved spaces |
| **Condition:** | Average to good |

Photographs of the Property are included as **Exhibit "A"**.

## GENERAL STATUS & RECEIVER ACTIVITY

*Overview*

The Receiver has continued to perform routine inspections of the Property to ensure there are no life safety issues or deferred maintenance requiring immediate action. Property services including utilities and landscaping have been maintained. The Receiver is collecting rents and paying operating expenses. The Receiver has also maintained communication with the tenants at the Property and the parties to this case. There are no issues to report at this time.

*Marketing*

The order appointing Receiver grants the Receiver authority to market the Property for sale. The Receiver has marketed the Property for sale and obtained several purchase offers which were sent to the Plaintiff and Defendant's counsel via e-mail for consideration. There have also been prospective tenants interested in leasing vacant units at the Property. The Receiver will present any proposed leases for approval if terms are agreed to with a prospective tenant.

## RECEIVER'S BOND

The Order Appointing Receiver required the posting of a $75,000 bond. The Receiver posted the bond on December 10, 2013.

## INSURANCE

The Receiver has verified that the Plaintiff has placed adequate property insurance coverage on the Property. A copy of the insurance certificate covering the term of 3/15/14 – 3/15/15 is attached as **Exhibit "B".**

## PROPERTY TAXES

The Property is located in McHenry County. There is one (1) PIN associated with the Property: 19-30-400-008. The first installment of 2013 taxes (payable 2014) totaled $40,726.66 and was paid by the Receiver on June 2, 2014. The second installment of 2013 taxes (payable 2014) totaled $40,726.66 and was paid on July 30, 2014.

A copy of the most recent tax bill from the McHenry County Treasurer website is attached as **Exhibit "C".**

## BANKING AND FINANCIAL ACTIVITY

The Receiver has established a bank account to deposit rental income and pay operating expenses for the term of the receivership. From August 1 through September 30, 2014, total receipts were $27,370.80 and total expenses were $8,063.98. The net operating income for the

period was $19,306.82. The reconciled cash balance on hand as of 9/30/14 was $38,269.96. Financial statements including a current rent roll, income and expense statement, bank reconciliations, receipt register, check register, and aged delinquency report, are included as **Exhibit "D".**

Detailed invoices for the legal fees incurred are also attached to **Exhibit "D".**

## LITIGATION

The Receiver is not aware of any litigation involving the Property other than the subject foreclosure case.

## RECEIVER'S FEES

A detailed billing statement for the Receiver's fees is attached as **Exhibit "E".**

## DRAFT ORDER

A draft order approving the Fifth Report of the Receiver is attached as **Exhibit "F".**

## TABLE OF EXHIBITS

**EXHIBIT A – PHOTOGRAPHS**
**EXHIBIT B – INSURANCE**
**EXHIBIT C – REAL ESTATE TAXES**
**EXHIBIT D – FINANCIAL ACTIVITY & RENT ROLL**
**EXHIBIT E – RECEIVER'S FEES**
**EXHIBIT F – DRAFT ORDER**

## Contact Information for the Receiver

Joshua E. Joseph
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262 Phone
jjoseph@frontlinerepartners.com

Respectfully submitted,

Joshua E. Joseph, as Receiver

# EXHIBIT A





# EXHIBIT B

RANDA74 OP ID: EZ

# CERTIFICATE OF LIABILITY INSURANCE

**ACORD®**

DATE (MM/DD/YYYY)
04/04/2014

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: GEORGE PRATIKAKIS | | |
|---|---|---|---|
| Crandall, Dubow & Harner, Inc.<br>3175 Commercial Ave., Ste 200<br>Northbrook, IL 60062<br>Mike Dubow | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: GEORGEP@TOTINS.COM | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Society Insurance | | 15261 |
| **INSURED** Randall Road Joint Venture LLC<br>Frontline Real Estate Partners<br>707 Skokie Blvd Suite 580<br>Northbrook, IL 60062 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER:          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | X | | 11428323 | 03/15/2014 | 03/15/2015 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | PER STATUTE OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | PROPERTY | | | 11428323 | 03/15/2014 | 03/15/2015 | BUILDING | 1,700,000 |
| | | | | | | | DED | 2,500 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
THE FOLLOWING ARE ADDITIONAL INSURED WITH RESPECT TO GENERAL LIABILITY, WHEN REQUIRED BY WRITTEN CONTRACT:
- PNC BANK
- JOSHUA JOSEPH AS RECEIVER
- FRONTLINE REAL ESTATE PARTNERS.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| FRONTLINE REAL ESTATE PARTNERS<br>707 SKOKIE BLVD., SUITE 580<br>NORTHBROOK, IL 60062 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Michael H. Dow* |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)          The ACORD name and logo are registered marks of ACORD

# EXHIBIT C

FROM THE OFFICE OF: **REAL ESTATE TAX BILL** ASSESSED TO: AMCORE TR CO TR 3504
WILLIAM W. Le FEW 1ST INSTALLMENT COUPON PAYMENT PIN: 19-30-400-008
McHENRY COUNTY TREASURER

**MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR**

## **DUPLICATE**

| **1ST INSTALLMENT FOR 2013** | |
|---|---|
| **DUE BY 06/04/2014** | $40,726.66 |
| INTEREST | |
| **1-2013** COSTS | |
| TOTAL PAID | Paid on 06/02/2014 |

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL 60102-5451

PAID BY: CHECK _____ CASH _____ MAIL _____ CREDIT CARD _____

1930400008000407266617

---

FROM THE OFFICE OF: **REAL ESTATE TAX BILL** ASSESSED TO: AMCORE TR CO TR 3504
WILLIAM W. Le FEW 2ND INSTALLMENT COUPON PAYMENT PIN: 19-30-400-008
McHENRY COUNTY TREASURER

**MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR**

## **DUPLICATE**

| **2ND INSTALLMENT FOR 2013** | |
|---|---|
| **DUE BY 09/04/2014** | $40,726.66 |
| INTEREST | |
| **2-2013** COSTS | |
| TOTAL PAID | Paid on 07/30/2014 |

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL 60102-5451

PAID BY: CHECK _____ CASH _____ MAIL _____ CREDIT CARD _____

1930400008000407266629

---

| Taxing Body | | Rate | Percent | Tax This Year | Tax Last Year |
|---|---|---|---|---|---|
| MCHENRY COUNTY | | 0.945481 | 8.83 | $7,196.32 | $7,322.15 |
| MCHENRY COUNTY | PENSION | 0.150564 | 1.41 | $1,145.99 | $953.67 |
| MCHENRY CO CONSV | | 0.274794 | 2.57 | $2,091.53 | $2,061.73 |
| COLLEGE DISTRICT 509 ELGIN | | 0.503395 | 4.70 | $3,831.48 | $4,367.14 |
| COLLEGE DISTRICT 509 ELGIN | PENSION | 0.006692 | 0.06 | $50.93 | $61.72 |
| SCHOOL DIST 300 | | 6.135676 | 57.33 | $46,700.28 | $45,241.54 |
| SCHOOL DIST 300 | PENSION | 0.216237 | 2.02 | $1,645.84 | $1,341.31 |
| ALG LITH FIRE DIST | | 0.830296 | 7.76 | $6,319.61 | $6,134.20 |
| ALG LITH FIRE DIST | PENSION | 0.106103 | 0.99 | $807.58 | $736.49 |
| ALGONQUIN LIBRARY | | 0.547744 | 5.12 | $4,169.02 | $3,958.07 |
| ALGONQUIN LIBRARY | PENSION | 0.039053 | 0.36 | $297.25 | $399.11 |
| ALGONQUIN TOWNSHIP | | 0.082064 | 0.77 | $624.61 | $616.29 |
| ALGONON TWP RD & BR | | 0.173779 | 1.62 | $1,322.68 | $1,285.78 |
| ALGONON TWP RD & BR | PENSION | 0.008933 | 0.08 | $67.99 | $66.10 |
| ALGONQUIN VILLAGE | | 0.403969 | 3.77 | $3,074.72 | $3,193.31 |
| ALGONQUIN VILLAGE | PENSION | 0.276891 | 2.59 | $2,107.49 | $1,940.91 |

**MCHENRY COUNTY 2013 REAL ESTATE TAX BILL**
**LEGAL DESCRIPTION:**
DOC 93R0081755
LT 2
KAPERS WEST SUB

**ASSESSED TO:**
AMCORE TR CO TR 3504

**SITE ADDRESS:**
124 S RANDALL RD
ALGONQUIN, IL 60102

| If after due date, pay amount below which includes 1.5% per month penalty: | FIRST INSTALLMENT | SECOND INSTALLMENT |
|---|---|---|
| 06/05 - 07/04 | 41,337.56 | |
| 07/05 - 08/04 | 41,948.46 | |
| 08/05 - 09/04 | 42,559.36 | |
| 09/05 - 10/04 | 43,170.26 | 41,337.56 |
| 10/05 - 10/24 | 43,781.16 | 41,958.46 |

| PIN | | |
|---|---|---|
| | 19-30-400-008 | |
| Township AQ | Tax Code 19005 | Property Class 0060 |
| Sub Lot | Acres 1.38 | |

| 1st Install | $40,726.66 | 2nd Install | $40,726.66 |
|---|---|---|---|
| Interest | | Interest | |
| Costs | | Costs | |
| Total Paid | | Total Paid | |
| Paid on 06/02/2014 | | Paid on 07/30/2014 | |

| Fair Cash Value | 2,283,610 |
|---|---|
| S/A Value | 811,350 |
| S/A Multiplier X | .9381 |
| S/A Equalized Value = | 761,127 |
| Brd. of Review Value | 761,127 |
| Brd. of Review Multiplier X | 1.0000 |
| Brd. of Review EQ Value = | 761,127 |
| Home Improv./Vet Exemptions - | 0 |
| State Multiplier X | 1.0000 |
| State Equalized Value = | 761,127 |
| Farmland and Bldgs. Value + | 0 |
| Total Amt. Prior to Exemptions = | 761,127 |
| Annual Homestead Exemptions - | 0 |
| Sr. Freeze Abated Amount - | 0 |
| Elderly Homestead Exemption - | 0 |
| Disabled Vet Homestead Ex - | 0 |
| Disabled Person Exemption - | 0 |
| Returning Veteran Exemption - | 0 |
| Net Taxable Amount = | 761,127 |
| Local Tax Rate X | 10.701671 |
| **Total Current Year Tax Due** | **$81,453.32** |

| | Totals | 10.701671 | | $81,453.32 | $79,679.52 |
|---|---|---|---|---|---|

# HOW AND WHERE CAN I PAY MY REAL ESTATE TAX BILLS?

## CHECK AND CASH

- By mail, in the envelopes provided
- At most banks in McHenry County - Call your bank
  There is a $50.00 fee for returned checks.
- In person at the McHenry County Treasurer's Office

  2100 N Seminary Ave
  Woodstock, IL 60098     **OR**

**24 Hour Drop Box at Treasurer's Office Location**

***NOTE:*** *WE ARE NOT ALLOWED TO ACCEPT PARTIAL PAYMENTS ON TAXES*

There is a $50.00 fee for returned checks.

## BY COMPUTER

- Log on to http://www.mchenrytreasurer.org, click on the Property Tax Icon. Choose method of payment from options on the screen. Credit Card or Check/Debit and follow the instructions. (A convenience fee of 2.5% will be assessed on credit card payments.)

**Note:** McHenry County does not receive any portion of this fee. *Credit card and check/debit payments are also accepted by calling* **1-877-309-9309** *from your home or business. Credit cards are now accepted at the government center site with the same convenience fee assessed by the internet payment center. Credit card payments are not accepted at banks.*

# HOW AND WHERE CAN I PAY MY REAL ESTATE TAX BILLS?

## CHECK AND CASH

- By mail, in the envelopes provided
- At most banks in McHenry County - Call your bank
  for tax service information
- In person at the McHenry County Treasurer's Office

  2100 N Seminary Ave
  Woodstock, IL 60098     **OR**

**24 Hour Drop Box at Treasurer's Office Location**

***NOTE:*** *WE ARE NOT ALLOWED TO ACCEPT PARTIAL PAYMENTS ON TAXES*

There is a $50.00 fee for returned checks.

## BY COMPUTER

- Log on to http://www.mchenrytreasurer.org, click on the Property Tax Icon. Choose method of payment from options on the screen. Credit Card or Check/Debit and follow the instructions. (A convenience fee of 2.5% will be assessed on credit card payments.)

**Note:** McHenry County does not receive any portion of this fee. *Credit card and check/debit payments are also accepted by calling* **1-877-309-9309** *from your home or business. Credit cards are now accepted at the government center site with the same convenience fee assessed by the internet payment center. Credit card payments are not accepted at banks.*

## KEEP THIS PORTION FOR YOUR RECORDS

FIRST PAYMENT RECEIVED

1

SECOND PAYMENT RECEIVED

2

LATE PAYMENT INFORMATION

Due to a change in Illinois law, all taxes not received on or before the due date will immediately be assessed an interest penalty at the rate of 1-1/2% the day after the due date. An additional 1-1/2% is added each 30 days after the due date.

The COUNTY TREASURER, 815-334-4260, has information pertaining to the actual tax bill, amount and tax payment procedures.

The COUNTY CLERKS TAX EXTENSION OFFICE, 815-334-4242, can answer inquiries about the various tax rates.

Your INDIVIDUAL TOWNSHIP ASSESSOR, can explain how your assessment was determined.

Your SUPERVISOR OF ASSESSMENTS OFFICE, 815-334-4290, can offer assistance relating to assessment complaints and exemptions.

# EXHIBIT D

## Income Statement

Period = Aug 2014-Sep 2014
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **OPERATING INCOME** | | | | |
| | | | | |
| RENTAL REVENUE | | | | |
| Rent | 22,744.00 | 0.00 | 86,850.00 | 0.00 |
| Prepaid Rent | 0.80 | 0.00 | 0.80 | 0.00 |
| TOTAL RENTAL REVENUE | 22,744.80 | 0.00 | 86,850.80 | 0.00 |
| | | | | |
| RECOVERABLE INCOME | | | | |
| Estimated CAM | 1,422.00 | 0.00 | 13,177.19 | 0.00 |
| Estimated Real Estate Taxes | 3,204.00 | 0.00 | 28,865.00 | 0.00 |
| TOTAL RECOVERABLE INCOME | 4,626.00 | 0.00 | 42,042.19 | 0.00 |
| | | | | |
| OTHER INCOME | | | | |
| Misc Income | 0.00 | 0.00 | 68.49 | 0.00 |
| TOTAL OTHER INCOME | 0.00 | 0.00 | 68.49 | 0.00 |
| | | | | |
| **TOTAL INCOME** | **27,370.80** | **0.00** | **128,961.48** | **0.00** |
| | | | | |
| | | | | |
| **OPERATING EXPENSES** | | | | |
| | | | | |
| **NON RECOVERABLE OPERATING EXPENSES** | | | | |
| Locks & Keys R&M | 0.00 | 0.00 | 442.86 | 0.00 |
| Tenant Space R&M | 0.00 | 0.00 | 281.46 | 0.00 |
| TOTAL NON-RECOVERABLE R&M | 0.00 | 0.00 | 724.32 | 0.00 |
| | | | | |
| NON-RECOVERABLE UTILITIES | | | | |
| Gas | 68.37 | 0.00 | 1,986.83 | 0.00 |
| Electricity | 409.46 | 0.00 | 941.62 | 0.00 |
| TOTAL NON-RECOVERABLE UTILITIES | 477.83 | 0.00 | 2,928.45 | 0.00 |
| | | | | |
| NON-RECOVERABLE G&A | | | | |
| Legal Fees | 1,002.95 | 0.00 | 6,889.95 | 0.00 |
| Other Professional Fees | 4,000.00 | 0.00 | 16,994.35 | 0.00 |
| General & Admin Expense | 0.00 | 0.00 | 174.16 | 0.00 |
| Permit & License | 0.00 | 0.00 | 40.00 | 0.00 |
| Receiver Bond | -750.00 | 0.00 | 0.00 | 0.00 |
| Bank Fees | 97.80 | 0.00 | 344.13 | 0.00 |
| Travel & Parking | 0.00 | 0.00 | 22.00 | 0.00 |
| TOTAL NON-RECOVERABLE G&A | 4,350.75 | 0.00 | 24,464.59 | 0.00 |
| | | | | |
| **TOTAL NON RECOVERABLE EXPENSES** | **4,828.58** | **0.00** | **28,117.36** | **0.00** |
| **RECOVERABLE EXPENSES** | | | | |
| | | | | |
| REPAIRS & MAINTENANCE | | | | |
| Cleaning/Sweeping | 294.00 | 0.00 | 378.00 | 0.00 |
| Landscaping | 0.00 | 0.00 | 1,326.25 | 0.00 |
| Snow Removal | 0.00 | 0.00 | 5,528.75 | 0.00 |
| Trash Removal | 534.50 | 0.00 | 4,535.24 | 0.00 |
| Fire Alarm Monitoring | 119.00 | 0.00 | 119.00 | 0.00 |
| Plumbing R&M | 0.00 | 0.00 | 684.60 | 0.00 |
| Electrical R&M | 498.94 | 0.00 | 498.94 | 0.00 |
| Miscellaneous R&M | 0.00 | 0.00 | 218.62 | 0.00 |
| TOTAL REPAIRS & MAINTENANCE | 1,446.44 | 0.00 | 13,289.40 | 0.00 |
| | | | | |
| UTILITIES | | | | |
| Electricity | 0.00 | 0.00 | 1,016.48 | 0.00 |
| Water/Sewer | 1,046.54 | 0.00 | 3,740.99 | 0.00 |
| TOTAL UTILITIES | 1,046.54 | 0.00 | 4,757.47 | 0.00 |
| | | | | |
| PROPERTY TAXES | | | | |
| Real Estate Taxes | 0.00 | 0.00 | 40,726.66 | 0.00 |
| Convenience Fees | 0.00 | 0.00 | 3.00 | 0.00 |

124-136 S Randall Rd, Algonquin (124-136r)

## Income Statement

Period = Aug 2014-Sep 2014
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| TOTAL PROPERTY TAXES | 0.00 | 0.00 | 40,729.66 | 0.00 |
| | | | | |
| INSURANCE | | | | |
| Insurance | 698.30 | 0.00 | 2,783.37 | 0.00 |
| Insurance - Other | 0.00 | 0.00 | 750.00 | 0.00 |
| TOTAL INSURANCE | 698.30 | 0.00 | 3,533.37 | 0.00 |
| | | | | |
| G&A RECOVERABLE EXPENSES | | | | |
| Messenger/Delivery | 0.00 | 0.00 | 20.42 | 0.00 |
| Postage | 44.12 | 0.00 | 103.84 | 0.00 |
| TOTAL G&A RECOVERABLE EXPENSES | 44.12 | 0.00 | 124.26 | 0.00 |
| | | | | |
| **TOTAL RECOVERABLE EXPENSES** | **3,235.40** | **0.00** | **62,434.16** | **0.00** |
| | | | | |
| **TOTAL OPERATING EXPENSES** | **8,063.98** | **0.00** | **90,551.52** | **0.00** |
| | | | | |
| **NET OPERATING INCOME** | **19,306.82** | **0.00** | **38,409.96** | **0.00** |
| | | | | |
| **NET INCOME (LOSS)** | **19,306.82** | **0.00** | **38,409.96** | **0.00** |

Tuesday, September 30, 2014
02:43 PM

**124-136 S Randall Rd Property**

**Bank Reconciliation Report**

**09/30/2014**

09/30/2014

**4628440747**

| | | |
|---|---|---|
| Balance Per Bank Statement as of 09/30/2014 | 42,649.08 | |
| **Less:** **Outstanding Checks** | 4,379.12 | |
| **Reconciled Bank Balance** | | 38,269.96 |
| | | |
| Balance per GL as of 09/30/2014 | 38,269.96 | |
| **Reconciled Balance Per G/L** | | 38,269.96 |
| | | |
| **Difference** | | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 08/29/2014 | 1064 | allied-933 - Allied Waste Services #933 | 534.50 | 09/30/2014 |
| 08/29/2014 | 1065 | comed - Commonwealth Edison | 194.50 | 09/30/2014 |
| 08/29/2014 | 1066 | flrcmana - FL RC Management, LLC | 44.12 | 09/30/2014 |
| 08/29/2014 | 1067 | nicor - Nicor Gas Co. | 23.21 | 09/30/2014 |
| 08/29/2014 | 1068 | society - Society Insurance | 349.15 | 09/30/2014 |
| 08/29/2014 | 1069 | villalgo - Village of Algonquin | 546.70 | 09/30/2014 |
| 09/12/2014 | 1070 | programone - Program One Professional Building Servi | 84.00 | 09/30/2014 |
| 09/12/2014 | 1071 | society - Society Insurance | 349.15 | 09/30/2014 |
| **Total** | **Cleared Checks** | | **2,125.33** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 09/04/2014 | 27 | | 6,000.00 | 09/30/2014 |
| 09/12/2014 | 28 | | 10,952.00 | 09/30/2014 |
| 09/19/2014 | 30 | | 450.00 | 09/30/2014 |
| **Total** | **Cleared Deposits** | | **17,402.00** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 09/30/2014 | JE 2398 | bank fees | -57.10 | 09/30/2014 |

**124-136 S Randall Rd Property**

09/30/2014

**Bank Reconciliation Report**
**09/30/2014**

4628440747

| Total | Cleared Other Items | -57.10 |
| --- | --- | --- |



**pdetienne@frontlinepartners.com**   🔵 Authenticated by pncsecureemail.com ✅ Valid Signature

**From:**  tamika.correa@pnc.com
**To:**  pdetienne@frontlinepartners.com
**Sent:**  Sep 30, 2014 10:38:57 AM EDT
**Subject:** Re: FW: *secure*: Bank Account - 124-136 S Randall Rd, Algonquin Receivership - SEPT Bank Statement

Hi Paula

I didn't forget about you. I was trying to get a statement for you but we can't generate them. So I've taken screen shots of the account history.  There's a pending debit for $57.10 for analysis fees so the current balance is $42,649.08.

| Date | | Amount | | Balance |
|------|------|------|------|------|
| 09/03 | 1065 | 194.50 | D | 27,235.01 |
| 089164738 | CHECK 1065 | | | |
| 09/03 | 1069 | 546.70 | D | 26,688.31 |
| 089103081 | CHECK 1069 | | | |
| 09/04 | 1066 | 44.12 | D | 26,644.19 |
| 089227352 | CHECK 1066 | | | |
| 09/05 | 1068 | 349.15 | D | 26,295.04 |
| 090103249 | CHECK 1068 | | | |
| 09/05 | 1064 | 534.50 | D | 25,760.54 |
| 090524096 | CHECK 1064 | | | |
| 09/12 | 1067 | 23.21 | D | 25,737.33 |
| 095379190 | CHECK 1067 | | | |
| 09/15 | | 16,952.00 | C | 42,689.33 |
| 033726773 | DEPOSIT | | | |
| 09/17 | 1070 | 84.00 | D | 42,605.33 |
| 090665510 | CHECK 1070 | | | |
| 09/19 | 1071 | 349.15 | D | 42,256.18 |
| 095539052 | CHECK 1071 | | | |
| 09/22 | | 450.00 | C | 42,706.18 |
| 035391380 | DEPOSIT | | | |

Thank you.



*Tamika*

**Tamika Correa**
Officer-Senior Sales Associate
Treasury Management
Corporate & Institutional Banking

**PNC Financial Services Group**
One North Franklin, Ste. 2900 (D1-Y806-29-1)

**124-136 S Randall Rd Property**

09/17/2014

**Bank Reconciliation Report**

**08/31/2014**

**4628440747**

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 08/31/2014** | 27,429.51 | |
| **Less:** Outstanding Checks | 1,692.18 | |
| Reconciled Bank Balance | | 25,737.33 |
| **Balance per GL as of 08/31/2014** | 25,737.33 | |
| Reconciled Balance Per G/L | | 25,737.33 |
| **Difference** | | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 07/15/2014 | 1050 | elitelawn - Elite Lawncare | 265.25 | 08/31/2014 |
| 07/31/2014 | 1056 | allied-933 - Allied Waste Services #933 | 542.85 | 08/31/2014 |
| 07/31/2014 | 1057 | comed - Commonwealth Edison | 211.68 | 08/31/2014 |
| 07/31/2014 | 1059 | nicor - Nicor Gas Co. | 8.75 | 08/31/2014 |
| 08/13/2014 | 1060 | atechelec - A-Tech Electric, Inc. | 498.94 | 08/31/2014 |
| 08/13/2014 | 1061 | programone - Program One Professional Building Servic | 210.00 | 08/31/2014 |
| 08/13/2014 | 1062 | stahlcowen - Stahl Cowen Crowley Addis LLC | 1,002.95 | 08/31/2014 |
| 08/13/2014 | 1063 | villalgo - Village of Algonquin | 499.84 | 08/31/2014 |
| **Total** | **Cleared Checks** | | **3,240.26** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 08/13/2014 | 24 | | 9,968.00 | 08/31/2014 |
| 08/13/2014 | 29 | | 0.80 | 08/31/2014 |
| 08/14/2014 | 25 | | 3,017.17 | 08/31/2014 |
| 08/28/2014 | 26 | | 750.00 | 08/31/2014 |
| **Total** | **Cleared Deposits** | | **13,735.97** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| | | | | |

**124-136 S Randall Rd Property**

09/17/2014

**Bank Reconciliation Report**
**08/31/2014**

**4628440747**

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 08/26/2014 | RC 11175 | Returned item elfuego | -3,017.17 | 08/31/2014 |
| 08/31/2014 | JE 2327 | Bank Fees | -40.70 | 08/31/2014 |
| **Total** | **Cleared Other Items** | | **-3,057.87** | |

# Corporate Business Account Statement

 **PNC BANK**

**For the period 08/01/2014 to 08/29/2014**

076069



**FRONTLINE REAL ESTATE
PARTNERS LLC
707 SKOKIE BLVD STE 580
NORTHBROOK IL 60062-2855**

Account number: 46-2844-0747

Page 1 of 3

Number of enclosures: 0
Tax ID Number: 27-1986801

☎ For Client Services:
Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo , MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 19,991.67 | 13,735.97 | 6,298.13 | 27,429.51 |

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 13,735.97 |
| National Lockbox | 0 | 0.00 |
| ACH Credits | 0 | 0.00 |
| Funds Transfers In | 0 | 0.00 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 |
| **Total** | **2** | **13,735.97** |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 8 | 3,240.26 |
| Returned Items | 1 | 3,017.17 |
| ACH Debits | 0 | 0.00 |
| Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 |
| Other Debits | 1 | 40.70 |
| **Total** | **10** | **6,298.13** |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | 19,991.67 | 08/08 | 18,963.14 | 08/19 | 26,720.21 |
| 08/06 | 19,514.74 | 08/15 | 31,239.27 | 08/29 | 27,429.51 |
| 08/07 | 18,971.89 | 08/18 | 29,737.38 | | |

## Deposits and Other Credits

### Deposits                    2 transactions for a total of $ 13,735.97

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/15 | 12,985.97 | Deposit | 035388575 |
| 08/29 | 750.00 | Deposit | 032186252 |

## Checks and Other Debits

### Checks and Substitute Checks          8 transactions for a total of $ 3,240.26

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/06 | 1058 | 265.25 | 095129684 | 08/08 | 1059 | 8.75 | 096803616 | 08/18 | 1060 | 498.94 | 032314388 |
| 08/06 | 1057 | 211.68 | 095536546 | 08/15 | 1061 | 210.00 | 089583879 | 08/18 | 1062 | 1,002.95 | 090469518 |
| 08/07 | 1056 | 542.85 | 090170711 | 08/15 | 1063 | 499.84 | 009509007 | | | | |



# Corporate Business Account Statement

FRONTLINE REAL ESTATE
PARTNERS LLC

**For the period 08/01/2014 to 08/29/2014**

Account number:   46-2844-0747

Page 2 of 3

---

## Checks and Other Debits - *continued*

### Returned Items     1 transaction for a total of $ 3,017.17

| Date Posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 08/19 | 3,017.17 | Ret Dep Item | 102119 | 0815035388578NSF/UN |

### Other Debits     1 transaction for a total of $ 40.70

| Date Posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/29 | 40.70 | Corporate Account Analysis Charge | 0000000000000040765 |

FORM186R-0111

**124 136 Randall Rd - Sec Dep**
**Bank Reconciliation Report**
**08/31/2014**
50-50076593

09/16/2014

| | | |
|---|---|---|
| Balance Per Bank Statement as of 08/31/2014 | 7,567.00 | |
| Reconciled Bank Balance | | 7,567.00 |
| | | |
| Balance per GL as of 08/31/2014 | 7,567.00 | |
| Reconciled Balance Per G/L | | 7,567.00 |
| | | |
| Difference | | 0.00 |

# FIRSTMERIT.
**Bank**

**FirstMerit Bank, N.A.**
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 2

**Statement Period**
Aug 1, 2014 to
Aug 31, 2014
**Primary Account**
50 5007 6593

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY
707 SKOKIE BLVD STE 580
NORTHBROOK IL  60062

**Questions?**
**1-888-283-2303**

84041 - 31

3

A

| Summary of Accounts | | |
|---|---|---|
| **Deposit Accounts** | | |
| REALITY BUSINESS PRO | 50 5007 6593 | 7,567.00 |
| **Total Deposit Accounts** | | **7,567.00** |

**REALITY BUSINESS PRO**
**50 5007 6593**

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY

| Account Summary | |
|---|---|
| Beginning Balance as of Aug 1, 2014 | 7,567.00 |
| There was no activity during this Statement Period. | |
| Ending Balance as of Aug 31, 2014 | 7,567.00 |

Effective July 1, 2014 for new clients and 30 days after receipt of this statement for current clients, the Verification of Transactions paragraph in your Deposit Account Terms and Conditions has been changed with regard to automated clearing house (ACH) transactions.  The following language has been added to clarify the status of ACH transactions:

Any automated clearing house (ACH) payment or credit is provisional until receipt of final settlement by FirstMerit. You acknowledge that if settlement is not received, FirstMerit shall be entitled to refund of the amount credited and the credit shall remain unpaid.

**Effective September 2, 2014, the Non-FirstMerit ATM fee and FirstMerit ATM Mini-statement fee will increase to $2.50.**

For Deaf and Hearing Impaired (TTY/TDD) Call 1-800-572-6040

9/30/2014 1:50 PM

124-136 S Randall Rd, Algonquin (124-136r)

## Receipt Register

Period = Aug 2014-Sep 2014

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| R-11102 | 2878 | 08-2014 | 8/13/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | 3,518.00 | | |
| R-11103 | 2878 | 08-2014 | 8/13/2014 | Crystal Lake Shoe Repair(crystall) | 124-136r | | 450.00 | | |
| R-11105 | 2878 | 08-2014 | 8/13/2014 | Vogue Cleaners(voguecle) | 124-136r | | 6,000.00 | | |
| R-11175 | 2890 | 08-2014 | 8/14/2014 | El Fuego Tacos & Burritos(elfuego) | 124-136r | | 3,017.17 | | NSFed by ctrl# 11282 NSF |
| R-11282 | | 08-2014 | 8/26/2014 | El Fuego Tacos & Burritos(elfuego) | 124-136r | | -3,017.17 | | NSF receipt Ctrl# 11175 |
| R-11285 | 2913 | 08-2014 | 8/28/2014 | FL RC Management | 124-136r | | 750.00 | | duplicate bond payment reimbursement |
| R-11394 | 2929 | 09-2014 | 9/4/2014 | Vogue Cleaners(voguecle) | 124-136r | | 6,000.00 | | |
| R-11529 | 2949 | 09-2014 | 9/12/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | 3,518.00 | | |
| R-11530 | 2949 | 09-2014 | 9/12/2014 | El Fuego Tacos & Burritos(elfuego) | 124-136r | | 3,717.00 | | |
| R-11531 | 2949 | 09-2014 | 9/12/2014 | El Fuego Tacos & Burritos(elfuego) | 124-136r | | 3,717.00 | | |
| R-11632 | 2979 | 08-2014 | 8/13/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | 0.80 | | |
| R-11818 | 3016 | 09-2014 | 9/19/2014 | Crystal Lake Shoe Repair(crystall) | 124-136r | | 450.00 | | |
| | | | | | | **Total** | 28,120.80 | | |

9/30/2014 1:47 PM

124-136 S Randall Rd, Algonquin (124-136r)

## Check Register

Period = Aug 2014-Sep 2014

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| K-7899 | 2532 | 08-2014 | 8/13/2014 | A-Tech Electric, Inc. (atechelec) | 124-136r | | 498.94 | 1060 | |
| K-7900 | 2532 | 08-2014 | 8/13/2014 | Program One Professional Building Services, Inc. (programone) | 124-136r | | 210.00 | 1061 | |
| K-7901 | 2532 | 08-2014 | 8/13/2014 | Stahl Cowen Crowley Addis LLC (stahlcowen) | 124-136r | | 1,002.95 | 1062 | |
| K-7902 | 2532 | 08-2014 | 8/13/2014 | Village of Algonquin (villalgo) | 124-136r | | 499.84 | 1063 | |
| K-8163 | 2643 | 08-2014 | 8/29/2014 | Allied Waste Services #933 (allied-933) | 124-136r | | 534.50 | 1064 | |
| K-8164 | 2643 | 08-2014 | 8/29/2014 | Commonwealth Edison (comed) | 124-136r | | 194.50 | 1065 | |
| K-8165 | 2643 | 08-2014 | 8/29/2014 | FL RC Management, LLC (flrcmana) | 124-136r | | 44.12 | 1066 | |
| K-8166 | 2643 | 08-2014 | 8/29/2014 | Nicor Gas Co. (nicor) | 124-136r | | 23.21 | 1067 | |
| K-8167 | 2643 | 08-2014 | 8/29/2014 | Society Insurance (society) | 124-136r | | 349.15 | 1068 | |
| K-8168 | 2643 | 08-2014 | 8/29/2014 | Village of Algonquin (villalgo) | 124-136r | | 546.70 | 1069 | |
| K-8403 | 2720 | 09-2014 | 9/12/2014 | Program One Professional Building Services, Inc. (programone) | 124-136r | | 84.00 | 1070 | |
| K-8404 | 2720 | 09-2014 | 9/12/2014 | Society Insurance (society) | 124-136r | | 349.15 | 1071 | |
| K-8568 | 2781 | 09-2014 | 9/25/2014 | Alarm Detection Systems, Inc (alardete) | 124-136r | | 119.00 | 1072 | |
| K-8569 | 2781 | 09-2014 | 9/25/2014 | Commonwealth Edison (comed) | 124-136r | | 214.96 | 1073 | |
| K-8570 | 2781 | 09-2014 | 9/25/2014 | FL RC Management, LLC (flrcmana) | 124-136r | | 4,000.00 | 1074 | |
| K-8571 | 2781 | 09-2014 | 9/25/2014 | Nicor Gas Co. (nicor) | 124-136r | | 45.16 | 1075 | |

**Total** 8,716.18

**Page 1 of 1**

**Aged Receivables Report**

Detail by Resident
Property:  124-136 S Randall Rd, Algonquin (124-13
Trans through: 9/2014
Age As of: 9/30/2014

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------:|------------:|-------------:|-------------:|-------------:|------------:|--------:|
| **124-136r - 124-136 S Randall Rd, Algonquin** | | | | | | | | | |
| 130 | cellphon | CPR - Cell Phone Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.80 | -0.80 |
| 132 | elfuego | El Fuego Tacos & Burritos | 9,160.45 | 0.00 | 0.00 | 0.00 | 9,160.45 | 0.00 | 9,160.45 |
| 136-A | crystall | Crystal Lake Shoe Repair | 150.00 | 50.00 | 50.00 | 0.00 | 50.00 | 0.00 | 150.00 |
| **Total 124-136r** | | | **9,310.45** | **50.00** | **50.00** | **0.00** | **9,210.45** | **-0.80** | **9,309.65** |
| **Total** | | | **9,310.45** | **50.00** | **50.00** | **0.00** | **9,210.45** | **-0.80** | **9,309.65** |

# Rent Roll - Occupancy Summary

As of Date: 09/30/2014   Show Excluded Units: No   Show All Amounts: Annual

Page 1

**Property: 124-136 S Randall Rd, Algonquin - 124-136r**

| Unit | Lease Name | Lease Type | Lease From | Lease To | Term (Months) | Area | Base Rent | Rent Per Area | Recovery Per Area | Misc Per Area | Total Per Area | Deposit |
|------|-----------|-----------|-----------|---------|--------------|------|-----------|--------------|------------------|--------------|---------------|---------|
| 130 | CPR - Cell Phone Rep | Retail - Net | 10/01/2010 | 01/31/2016 | 64 | 1,840 | 27,600.00 | 15.00 | 7.94 | 0.00 | 22.94 | 767.00 |
| 132 | El Fuego Tacos & Bur | Retail - Net | 08/01/2013 | 07/31/2018 | 60 | 1,656 | 31,464.00 | 19.00 | 7.93 | 0.00 | 26.93 | 2,622.00 |
| 136-A | Crystal Lake Shoe Re | Retail - Net | 02/04/2013 | 02/03/2016 | 37 | 300 | 6,000.00 | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 |
| 136-B | Vogue Cleaners | Retail - Net | 11/13/2007 | 11/12/2017 | 121 | 2,640 | 72,000.00 | 27.27 | 0.00 | 0.00 | 27.27 | 0.00 |
| 124 | VACANT | N/A | | | - | 1,280 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 126 | VACANT | N/A | | | - | 1,390 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 128A | VACANT | N/A | | | - | 1,840 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 128B | VACANT | N/A | | | - | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 134 | VACANT | N/A | | | - | 2,904 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 136 | VACANT | N/A | | | - | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Summary

| | Total Units | Percentage | Total Area | Percentage | Total Base Rent | Total Rent Per Area | Total Recovery Per Area | Total Misc Per Area | Total Charges Per Area | Total Deposit |
|---|------------|-----------|-----------|-----------|----------------|--------------------|------------------------|---------------------|------------------------|---------------|
| Occupied | 4 | 40.00% | 6,436 | 46.47% | 137,064.00 | 21.30 | 4.31 | 0.00 | 25.61 | 3,389.00 |
| Vacant | 6 | 60.00% | 7,414 | 53.53% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | 10 | | **13,850** | | **137,064.00** | **9.90** | **2.00** | **0.00** | **11.90** | **3,389.00** |

Tuesday, September 30, 2014

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

Joshua Joseph, Receiver
707 Skokie Blvd. Suite 580
Northbrook  IL  60062

PAGE: 1
09/02/2014
CLIENT NO:  34349-001M
STATEMENT NO:      721001

Randall Road Matter

### FEES

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 08/04/2014 | KVH | Communications with counsel for Vogue Cleaners re rental terms. | 0.30 | |
| 08/07/2014 | KVH | Communications with counsel for PNC; preparing information re broker's commission. | 0.20 | |
| 08/11/2014 | KVH | Correspondence to counsel for PNC re commission; communications with counsel for Vogue Cleaners; phone conference with counsel for PNC re fees. | 0.90 | |
| 08/19/2014 | KVH | Communications with client; review correspondence with PNC re listing agreement. | 0.70 | |
| 08/20/2014 | KVH | Communications with client re receivership; phone conference with counsel for PNC re same. | 0.30 | |
| 08/21/2014 | KVH | Communications with clients re request for invoices. | 0.20 | |
| 08/22/2014 | KVH | Communications with counsel for debtor re invoices. | 0.20 | |
| 08/26/2014 | KVH | Review online docket information; analyze compensation requirements; communications with client re same; review pleading information. | 0.90 | |
| 08/27/2014 | KVH | Review pleadings, motions and reports from case; analyze same; review property information; draft Motion to Approve Fees; phone conference with E. Jacobson re property and motion. | 3.40 | |
| 08/28/2014 | KVH | Drafting Motion to Approve Receiver's Fees; phone conference with counsel for debtors; review and edit appearance; review and edit notices; communications with client re motion. | 1.60 | |
| 08/29/2014 | KVH | Drafting proposed order; communications with clients; communications with counsel for debtor re motion; review receiver's documents re offers. | 1.20 | |
| | | | 9.90 | 3,069.00 |
| | | **TOTAL FEES & COSTS** | | 3,069.00 |

Joshua Joseph, Receiver

PAGE: 2
09/02/2014
CLIENT NO: 34349-001M
STATEMENT NO: 721001

Randall Road Matter

**PREVIOUS UNPAID BALANCE** $1,002.95

## PAYMENTS

08/18/2014   Payment on account   -1,002.95

**PLEASE REMIT** $3,069.00

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# STAHL COWEN CROWLEY ADDIS LLC
## ATTORNEYS

12th Floor
55 West Monroe Street
Chicago, IL 60603

312.641.0060
312.641.6959 Fax

PAGE: 1
10/01/2014
Joshua Joseph, Receiver
707 Skokie Blvd. Suite 580          CLIENT NO: 34349-001M
Northbrook IL 60062          STATEMENT NO:          722105

Randall Road Matter

### FEES

|            |     |                                                                                                                                                                                                                                                  | HOURS |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/02/2014 | KVH | Receipt and review of offers and related communications from client re property; correspondence to counsel for debtors re same; correspondence with counsel for Vogue Cleaners; communications with client re draft order.                       | 1.30  |
| 09/03/2014 | KVH | Correspondence from receiver's office re court dates and schedule; draft receiver report order; correspondence to proposed inbox re same; draft letter and complaint re New Clique; communications with E. Jacobson re same; communications with counsel for Vogue Cleaners; correspondence with client re same. | 2.20  |
| 09/04/2014 | KVH | Communications with client re leases and Vogue Cleaner payment; communications with counsel for New Clique; review bankruptcy docket; communications with E. Jacobson re New Clique; draft correspondence to counsel for Vogue Cleaners.         | 1.60  |
| 09/05/2014 | KVH | Correspondence from counsel for Vogue Cleaners.                                                                                                                                                                                                   | 0.10  |
| 09/08/2014 | KVH | Receipt of order approving receiver's report; docket same.                                                                                                                                                                                        | 0.20  |
| 09/09/2014 | KVH | Court appearance on Motion to Approve Receiver's Fees; conference with counsel for PNC and counsel for debtors; communications with client re court date; communications with client re broker's commission.                                       | 1.50  |
| 09/10/2014 | KVH | Receipt and review of minutes order; correspondence with client; analyze broker's commission issues; communications with client re same.                                                                                                          | 0.80  |
| 09/11/2014 | KVH | Correspondence from counsel for Vogue Cleaners; communications with client re same.                                                                                                                                                               | 0.40  |
| 09/12/2014 | KVH | Review lien rights and research same; drafting documents re notice of lien; review correspondence and payment history from Vogue Cleaners; communications with client re same.                                                                     | 1.30  |
|            | AHE | Prepared email to J. Joseph                                                                                                                                                                                                                       | 0.10  |
| 09/16/2014 | KVH | Receipt of returned correspondence from Phoenix Listing; conference with                                                                                                                                                                          |       |

PAGE: 2
10/01/2014
CLIENT NO: 34349-001M
STATEMENT NO: 722105

Joshua Joseph, Receiver

Randall Road Matter

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
|  |  | client re Vogue Cleaners; correspondence with counsel for Vogue Cleaners re same. | 0.30 |  |  |
| 09/23/2014 | KVH | Receipt of notice for PNC's filing. | 0.10 |  |  |
| 09/24/2014 | KVH | Receipt and review of PNC's response; analyze receiver compensation issues; communications with client re lien. | 1.00 |  |  |
| 09/25/2014 | KVH | Correspondence from receiver re brief. | 0.10 |  |  |
| 09/26/2014 | KVH | Correspondence with J. Joseph re documents; review response brief. | 0.30 |  |  |
| 09/30/2014 | KVH | Review PNC's response brief; research case law re receivership compensation; draft reply brief in support of motion for approval of fees; draft notice of filing. | 3.60 |  |  |
|  |  |  |  | 14.90 | 4,623.00 |

## COSTS

| 09/03/2014 | Federal Express to: Janine Steffens | 14.82 |
|---|---|---|
| 09/03/2014 | Federal Express to: Janine Steffens | 14.82 |
| 09/03/2014 | Federal Express to: Paul Steffens | 14.82 |
|  |  | 44.46 |

| **TOTAL FEES & COSTS** | 4,667.46 |
|---|---|
| **PREVIOUS UNPAID BALANCE** | $3,069.00 |
| **PLEASE REMIT** | $7,736.46 |

### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 3,069.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# EXHIBIT E

# Frontline Real Estate Partners

PNC Bank                                          **INVOICE**
1 N. Franklin, Suite 2150                           **R5004**
Chicago, IL 60606
Re:  Randall Road Joint Venture Receivership       October 2, 2014

**FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD 8/1/14 – 9/30/14**

**Receiver's Fees:**

| Period | Monthly Fee | | Proration | | Fees Due |
|--------|-------------|---|-----------|---|----------|
| 8/1/14 – 8/31/14 | $2,000.00 | x | 31 / 31 | = | $2000.00 |
| 9/1/14 – 9/30/14 | $2,000.00 | x | 30 / 30 | = | $2,000.00 |
| **TOTAL** | | | | | **$4,000.00** |

**Total Receiver's Fees**                          **$4,000.00**

**Additional Charges:**

  None

**Total Amount Due**                               **$4,000.00**

**Frontline Real Estate Partners, LLC**
**707 Skokie Boulevard Suite 580**
**Northbrook, IL 60062**

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB | ) ) ) |
| | ) No 13 cv 07271 |
| Plaintiff. | ) |
| | ) Property Address: |
| vs. | ) 124-136 S. Randall Road |
| | ) Algonquin, Illinois 60102 |
| Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; | ) ) Assigned Judge: Robert M. Dow, Jr. ) Magistrate Judge: Mary M. Rowland ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

THIS MATTER coming on to be heard before this Honorable Court on approval of the Fifth Report of the Receiver, and the Court being fully advised in the premises;

### IT IS HEREBY ORDERED THAT:

1. The Fifth Report of the Receiver is approved including all fees and expenses of the Receiver as detailed in the Report;

2. The Receiver's Sixth Report shall cover the period of October 1, 2014 through _____, 2014 and shall be filed by _____, 2014;

3. The approval hearing for the Sixth Report of the Receiver shall be on _____, 2014 at _____ in Courtroom 1919 of the United States District Court For The Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604;

**E N T E R :**

_____

**JUDGE**
**Dated:** _____

Joshua E. Joseph / Receiver
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262