**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB | ) ) ) | |
| | ) | No 13 cv 07271 |
| Plaintiff. | ) | |
| | ) | Property Address: |
| vs. | ) | 124-136 S. Randall Road |
| | ) | Algonquin, Illinois 60102 |
| Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; | ) ) ) ) ) ) ) ) ) ) | Assigned Judge: Robert M. Dow, Jr. Magistrate Judge: Mary M. Rowland |
| Defendants. | ) | |

## FINAL REPORT OF THE RECEIVER

The Receiver, Joshua E. Joseph, herewith submits a Final Report of Receiver summarizing the activities performed by the Receiver from **October 1, 2014 - November 26, 2014**. Pursuant to the Court Order dated December 5, 2013, Joshua E. Joseph was appointed Receiver for the mortgaged real estate in the above case commonly known as 124-136 S. Randall Road, Algonquin, Illinois 60102; herein referred to as the "Property."

## DESCRIPTION OF THE PROPERTY

| | |
|---|---|
| **Location:** | 124-136 S. Randall Road, Algonquin, McHenry County, Illinois |
| **Property Type:** | Retail Strip Center |
| **Gross Building Area:** | 13,850 square feet |
| **Number of Buildings:** | 1 |
| **Number of Units:** | 7 |
| **Year Built:** | 1995 |
| **Construction:** | Brick and block |
| **Land Area:** | 1.38 acres |
| **Parking:** | Approx. 55 asphalt-paved spaces |
| **Condition:** | Average to good |

Photographs of the Property are included as **Exhibit "A"**.

## GENERAL STATUS & RECEIVER ACTIVITY

The Receiver has continued to perform routine inspections of the Property to ensure there are no life safety issues or deferred maintenance requiring immediate action. Property services including utilities and landscaping have been maintained. Snow removal services commenced for the 2014-15 winter season. The Receiver is collecting rents and paying operating expenses. The Receiver has also maintained communication with the tenants at the Property and the parties to this case.

## RECEIVER'S BOND

The Order Appointing Receiver required the posting of a $75,000 bond. The Receiver posted the bond on December 10, 2013.

## INSURANCE

The Receiver has verified that the Plaintiff has placed adequate property insurance coverage on the Property. A copy of the insurance certificate covering the term of 3/15/14 – 3/15/15 is attached as **Exhibit "B".**

## PROPERTY TAXES

The Property is located in McHenry County. There is one (1) PIN associated with the Property: 19-30-400-008. The first installment of 2013 taxes (payable 2014) totaled $40,726.66 and was paid by the Receiver on June 2, 2014. The second installment of 2013 taxes (payable 2014) totaled $40,726.66 and was paid on July 30, 2014.

A copy of the most recent tax bill from the McHenry County Treasurer website is attached as **Exhibit "C".**

## BANKING AND FINANCIAL ACTIVITY

The Receiver has established a bank account to deposit rental income and pay operating expenses for the term of the receivership. From October 1 through November 26, 2014, total receipts were $23,652.20 and total expenses were $14,488.26. The net operating income for the period was $9,163.94. The reconciled cash balance on hand as of 10/31/14 was $45,594.48. A bank statement for November 2014 will become available the first week of December. The Receiver anticipates that he will receive final invoices for utilities and snow removal services after the date of this report, and funds will be required to make final payments.

Financial statements including a current rent roll, income and expense statement, bank reconciliations, receipt register, check register, and aged delinquency report, are included as **Exhibit "D".**

## LITIGATION

The Receiver is not aware of any litigation involving the Property other than the subject foreclosure case.

## RECEIVER'S FEES

A detailed billing statement for the Receiver's fees is attached as **Exhibit "E"**. The Receiver requests the approval of his monthly flat fees set forth in the Order Appointing Receiver in addition to a $500.00 termination fee for reasonably anticipated time that will be spent closing out the receivership, turning over funds and information, payment of final invoices, and other work that may be required of the Receiver after the term of this final report.

## LEGAL FEES

A detailed billing statement from the Receiver's counsel for legal work performed in relation to this matter is attached as **Exhibit "F"**. The Receiver requests approval to pay this invoice along with any legal fees incurred since the date of said invoice.

## DRAFT ORDER

A draft order approving the Final Report of the Receiver, discharging the Receiver, releasing the Receiver's bond, and approving all Receiver's fees and legal fees is attached as **Exhibit "G"**.

## TABLE OF EXHIBITS

**EXHIBIT A – PHOTOGRAPHS**
**EXHIBIT B – INSURANCE**
**EXHIBIT C – REAL ESTATE TAXES**
**EXHIBIT D – FINANCIAL ACTIVITY & RENT ROLL**
**EXHIBIT E – RECEIVER'S FEES**
**EXHIBIT F – LEGAL FEES**
**EXHIBIT G – DRAFT ORDER**

### Contact Information for the Receiver
Joshua E. Joseph
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262 Phone
jjoseph@frontlinerepartners.com

Respectfully submitted,

Joshua E. Joseph, as Receiver

- 3 -

# EXHIBIT A





# EXHIBIT B

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
04/04/2014

OP ID: EZ

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: GEORGE PRATIKAKIS | |
|---|---|---|
| Crandall, Dubow & Harner, Inc.<br>3175 Commercial Ave., Ste 200<br>Northbrook, IL 60062<br>Mike Dubow | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | E-MAIL ADDRESS: GEORGEP@TOTINS.COM | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A : Society Insurance | 15261 |
| INSURED Randall Road Joint Venture LLC<br>Frontline Real Estate Partners<br>707 Skokie Blvd Suite 580<br>Northbrook, IL 60062 | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES        CERTIFICATE NUMBER:        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | X | | 11428323 | 03/15/2014 | 03/15/2015 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS     SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS     NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB     OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB     CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED     RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY     Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | PER STATUTE     OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | PROPERTY | | | 11428323 | 03/15/2014 | 03/15/2015 | BUILDING | 1,700,000 |
| | | | | | | | DED | 2,500 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
THE FOLLOWING ARE ADDITIONAL INSURED WITH RESPECT TO GENERAL LIABILITY, WHEN REQUIRED BY WRITTEN CONTRACT:
- PNC BANK
- JOSHUA JOSEPH AS RECEIVER
- FRONTLINE REAL ESTATE PARTNERS.

## CERTIFICATE HOLDER

FRONTLINE REAL ESTATE PARTNERS
707 SKOKIE BLVD., SUITE 580
NORTHBROOK, IL 60062

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

*Michael H. Dw*

© 1988-2014 ACORD CORPORATION. All rights reserved.

**ACORD 25 (2014/01)**        The ACORD name and logo are registered marks of ACORD

# EXHIBIT C

FROM THE OFFICE OF:
WILLIAM W. Le FEW
McHENRY COUNTY TREASURER

**REAL ESTATE TAX BILL**
**1ST INSTALLMENT COUPON PAYMENT**

ASSESSED TO: AMCORE TR CO TR 3504
PIN: 19-30-400-008

MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR

**\*\*DUPLICATE\*\***

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL 60102-5451

**1-2013**

| 1ST INSTALLMENT FOR 2013 DUE BY 06/04/2014 | $40,726.66 |
|---|---|
| INTEREST | |
| COSTS | |
| TOTAL PAID | Paid on 06/02/2014 |

1930400008000407266617

PAID BY: CHECK _____ CASH _____ MAIL _____ CREDIT CARD _____

---

FROM THE OFFICE OF:
WILLIAM W. Le FEW
McHENRY COUNTY TREASURER

**REAL ESTATE TAX BILL**
**2ND INSTALLMENT COUPON PAYMENT**

ASSESSED TO: AMCORE TR CO TR 3504
PIN: 19-30-400-008

MAKE CHECKS PAYABLE TO: McHENRY COUNTY COLLECTOR

**\*\*DUPLICATE\*\***

CENTERVILLE PROP
2380 ESPLANADE DR
STE 300
ALGONQUIN IL 60102-5451

**2-2013**

| 2ND INSTALLMENT FOR 2013 DUE BY 09/04/2014 | $40,726.66 |
|---|---|
| INTEREST | |
| COSTS | |
| TOTAL PAID | Paid on 07/30/2014 |

1930400008000407266629

PAID BY: CHECK _____ CASH _____ MAIL _____ CREDIT CARD _____

---

| Taxing Body | | Rate | Percent | Tax This Year | Tax Last Year |
|---|---|---|---|---|---|
| MCHENRY COUNTY | | 0.945481 | 8.83 | $7,196.32 | $7,322.15 |
| MCHENRY COUNTY | PENSION | 0.150564 | 1.41 | $1,145.99 | $953.67 |
| MCHENRY CO CONSV | | 0.274794 | 2.57 | $2,091.53 | $2,061.73 |
| COLLEGE DISTRICT 509 ELGIN | | 0.503395 | 4.70 | $3,831.48 | $4,367.14 |
| COLLEGE DISTRICT 509 ELGIN | PENSION | 0.006692 | 0.06 | $50.93 | $61.72 |
| SCHOOL DIST 300 | | 6.135676 | 57.33 | $46,700.28 | $45,241.54 |
| SCHOOL DIST 300 | PENSION | 0.216237 | 2.02 | $1,645.84 | $1,341.31 |
| ALG LITH FIRE DIST | | 0.830296 | 7.76 | $6,319.61 | $6,134.20 |
| ALG LITH FIRE DIST | PENSION | 0.106103 | 0.99 | $807.58 | $736.49 |
| ALGONQUIN LIBRARY | | 0.547744 | 5.12 | $4,169.02 | $3,958.07 |
| ALGONQUIN LIBRARY | PENSION | 0.039053 | 0.36 | $297.25 | $399.11 |
| ALGONQUIN TOWNSHIP | | 0.082064 | 0.77 | $624.61 | $616.29 |
| ALGONON TWP RD & BR | | 0.173779 | 1.62 | $1,322.68 | $1,285.78 |
| ALGONON TWP RD & BR | PENSION | 0.008933 | 0.08 | $67.99 | $66.10 |
| ALGONQUIN VILLAGE | | 0.403969 | 3.77 | $3,074.72 | $3,193.31 |
| ALGONQUIN VILLAGE | PENSION | 0.276891 | 2.59 | $2,107.49 | $1,940.91 |
| **Totals** | | **10.701671** | | **$81,453.32** | **$79,679.52** |

MCHENRY COUNTY 2013 REAL ESTATE TAX BILL
LEGAL DESCRIPTION:
DOC 93R0081755
LT 2
KAPERS WEST SUB

ASSESSED TO:
AMCORE TR CO TR 3504

SITE ADDRESS:
124 S RANDALL RD
ALGONQUIN, IL 60102

| If paid after due date, pay amount below which includes 1.5% per month penalty: | FIRST INSTALLMENT | SECOND INSTALLMENT |
|---|---|---|
| 06/05 - 07/04 | 41,337.56 | |
| 07/05 - 08/04 | 41,948.46 | |
| 08/05 - 09/04 | 42,559.36 | |
| 09/05 - 10/04 | 43,170.26 | 41,337.56 |
| 10/05 - 10/24 | 43,781.16 | 41,958.46 |

PIN: 19-30-400-008

| Township | Tax Code | Property Class |
|---|---|---|
| AQ | 19005 | 0060 |

| Sub Lot | Acres |
|---|---|
| | 1.38 |

| 1st Install | 2nd Install |
|---|---|
| $40,726.66 | $40,726.66 |
| Interest | Interest |
| Costs | Costs |
| Total Paid | Total Paid |
| Paid on 06/02/2014 | Paid on 07/30/2014 |

| | |
|---|---|
| Fair Cash Value | 2,283,610 |
| S/A Value | 811,350 |
| S/A Multiplier X | .9381 |
| S/A Equalized Value = | 761,127 |
| Brd. of Review Value | 761,127 |
| Brd. of Review Mulitplier X | 1.0000 |
| Brd. of Review EQ Value = | 761,127 |
| Home Improv./Vet Exemptions - | 0 |
| State Multiplier X | 1.0000 |
| State Equalized Value = | 761,127 |
| Farmland and Bldgs. Value + | 0 |
| Total Amt. Prior to Exemptions = | 761,127 |
| Annual Homestead Exemptions - | 0 |
| Sr. Freeze Abated Amount - | 0 |
| Elderly Homestead Exemption - | 0 |
| Disabled Vet Homestead Ex - | 0 |
| Disabled Person Exemption - | 0 |
| Returning Veteran Exemption - | 0 |
| Net Taxable Amount = | 761,127 |
| Local Tax Rate X | 10.701671 |
| **Total Current Year Tax Due** | **$81,453.32** |

# HOW AND WHERE CAN I PAY MY REAL ESTATE TAX BILLS?

## CHECK AND CASH

- By mail, in the envelopes provided
- At most banks in McHenry County - Call your bank
  There is a $50.00 fee for returned checks.
- In person at the McHenry County Treasurer's Office

  2100 N Seminary Ave
  Woodstock, IL 60098     **OR**

**24 Hour Drop Box at Treasurer's Office Location**

***NOTE:*** *WE ARE NOT ALLOWED TO ACCEPT PARTIAL PAYMENTS ON TAXES*
There is a $50.00 fee for returned checks.

## BY COMPUTER

- Log on to http://www.mchenrytreasurer.org, click on the Property Tax Icon. Choose method of payment from options on the screen. Credit Card or Check/Debit and follow the instructions. (A convenience fee of 2.5% will be assessed on credit card payments.)

**Note:** McHenry County does not receive any portion of this fee. *Credit card and check/debit payments are also accepted by calling **1-877-309-9309** from your home or business. Credit cards are now accepted at the government center site with the same convenience fee assessed by the internet payment center. Credit card payments are not accepted at banks.*

# HOW AND WHERE CAN I PAY MY REAL ESTATE TAX BILLS?

## CHECK AND CASH

- By mail, in the envelopes provided
- At most banks in McHenry County - Call your bank
  for tax service information
- In person at the McHenry County Treasurer's Office

  2100 N Seminary Ave
  Woodstock, IL 60098     **OR**

**24 Hour Drop Box at Treasurer's Office Location**

***NOTE:*** *WE ARE NOT ALLOWED TO ACCEPT PARTIAL PAYMENTS ON TAXES*
There is a $50.00 fee for returned checks.

## BY COMPUTER

- Log on to http://www.mchenrytreasurer.org, click on the Property Tax Icon. Choose method of payment from options on the screen. Credit Card or Check/Debit and follow the instructions. (A convenience fee of 2.5% will be assessed on credit card payments.)

**Note:** McHenry County does not receive any portion of this fee. *Credit card and check/debit payments are also accepted by calling **1-877-309-9309** from your home or business. Credit cards are now accepted at the government center site with the same convenience fee assessed by the internet payment center. Credit card payments are not accepted at banks.*

## KEEP THIS PORTION FOR YOUR RECORDS

### FIRST PAYMENT RECEIVED

1

### SECOND PAYMENT RECEIVED

2

### LATE PAYMENT INFORMATION

Due to a change in Illinois law, all taxes not received on or before the due date will immediately be assessed an interest penalty at the rate of 1-1/2% the day after the due date. An additional 1-1/2% is added each 30 days after the due date.

The COUNTY TREASURER, 815-334-4260, has information pertaining to the actual tax bill, amount and tax payment procedures.

The COUNTY CLERKS TAX EXTENSION OFFICE, 815-334-4242, can answer inquiries about the various tax rates.

Your INDIVIDUAL TOWNSHIP ASSESSOR, can explain how your assessment was determined.

Your SUPERVISOR OF ASSESSMENTS OFFICE, 815-334-4290, can offer assistance relating to assessment complaints and exemptions.

# EXHIBIT D

124-136 S Randall Rd, Algonquin (124-136r)                                                                    Page 1

## Income Statement

Period = Oct 2014-Nov 2014
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **OPERATING INCOME** | | | | |
| | | | | |
| RENTAL REVENUE | | | | |
| Rent | 20,122.00 | 85.07 | 106,972.00 | 70.09 |
| Prepaid Rent | -0.80 | 0.00 | 0.00 | 0.00 |
| TOTAL RENTAL REVENUE | 20,121.20 | 85.07 | 106,972.00 | 70.09 |
| | | | | |
| RECOVERABLE INCOME | | | | |
| Estimated CAM | 1,086.00 | 4.59 | 14,263.19 | 9.35 |
| Estimated Real Estate Taxes | 2,445.00 | 10.34 | 31,310.00 | 20.52 |
| TOTAL RECOVERABLE INCOME | 3,531.00 | 14.93 | 45,573.19 | 29.86 |
| | | | | |
| OTHER INCOME | | | | |
| Misc Income | 0.00 | 0.00 | 68.49 | 0.04 |
| TOTAL OTHER INCOME | 0.00 | 0.00 | 68.49 | 0.04 |
| | | | | |
| **TOTAL INCOME** | **23,652.20** | **100.00** | **152,613.68** | **100.00** |
| | | | | |
| | | | | |
| **OPERATING EXPENSES** | | | | |
| | | | | |
| **NON RECOVERABLE OPERATING EXPENSES** | | | | |
| Locks & Keys R&M | 0.00 | 0.00 | 442.86 | 0.29 |
| Tenant Space R&M | 0.00 | 0.00 | 281.46 | 0.18 |
| TOTAL NON-RECOVERABLE R&M | 0.00 | 0.00 | 724.32 | 0.47 |
| | | | | |
| NON-RECOVERABLE UTILITIES | | | | |
| Gas | 113.86 | 0.48 | 2,100.69 | 1.38 |
| Electricity | 676.82 | 2.86 | 1,618.44 | 1.06 |
| TOTAL NON-RECOVERABLE UTILITIES | 790.68 | 3.34 | 3,719.13 | 2.44 |
| | | | | |
| NON-RECOVERABLE G&A | | | | |
| Legal Fees | 9,546.00 | 40.36 | 16,435.95 | 10.77 |
| Other Professional Fees | 0.00 | 0.00 | 16,994.35 | 11.14 |
| General & Admin Expense | 0.00 | 0.00 | 174.16 | 0.11 |
| Permit & License | 0.00 | 0.00 | 40.00 | 0.03 |
| Bank Fees | 45.87 | 0.19 | 390.00 | 0.26 |
| Travel & Parking | 0.00 | 0.00 | 22.00 | 0.01 |
| TOTAL NON-RECOVERABLE G&A | 9,591.87 | 40.55 | 34,056.46 | 22.32 |
| | | | | |
| **TOTAL NON RECOVERABLE EXPENSES** | **10,382.55** | **43.90** | **38,499.91** | **25.23** |
| **RECOVERABLE EXPENSES** | | | | |
| | | | | |
| REPAIRS & MAINTENANCE | | | | |
| Cleaning/Sweeping | 168.00 | 0.71 | 546.00 | 0.36 |
| Landscaping | 795.75 | 3.36 | 2,122.00 | 1.39 |
| Snow Removal | 0.00 | 0.00 | 5,528.75 | 3.62 |
| Trash Removal | 1,064.33 | 4.50 | 5,599.57 | 3.67 |
| Fire Alarm R&M | 279.80 | 1.18 | 279.80 | 0.18 |
| Fire Alarm Monitoring | 0.00 | 0.00 | 119.00 | 0.08 |
| Plumbing R&M | 0.00 | 0.00 | 684.60 | 0.45 |
| Electrical R&M | 0.00 | 0.00 | 498.94 | 0.33 |
| Miscellaneous R&M | 0.00 | 0.00 | 218.62 | 0.14 |
| TOTAL REPAIRS & MAINTENANCE | 2,307.88 | 9.76 | 15,597.28 | 10.22 |
| | | | | |
| UTILITIES | | | | |
| Electricity | 0.00 | 0.00 | 1,016.48 | 0.67 |
| Water/Sewer | 945.01 | 4.00 | 4,686.00 | 3.07 |
| TOTAL UTILITIES | 945.01 | 4.00 | 5,702.48 | 3.74 |
| | | | | |
| PROPERTY TAXES | | | | |
| Real Estate Taxes | 0.00 | 0.00 | 40,726.66 | 26.69 |
| Convenience Fees | 0.00 | 0.00 | 3.00 | 0.00 |

Tuesday, November 25, 2014
05:45 PM

124-136 S Randall Rd, Algonquin (124-136r)

## Income Statement

Period = Oct 2014-Nov 2014

Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| TOTAL PROPERTY TAXES | 0.00 | 0.00 | 40,729.66 | 26.69 |
| | | | | |
| INSURANCE | | | | |
| Insurance | 703.30 | 2.97 | 3,486.67 | 2.28 |
| Insurance - Other | 0.00 | 0.00 | 750.00 | 0.49 |
| TOTAL INSURANCE | 703.30 | 2.97 | 4,236.67 | 2.78 |
| | | | | |
| G&A RECOVERABLE EXPENSES | | | | |
| Office Supplies | 26.37 | 0.11 | 26.37 | 0.02 |
| Messenger/Delivery | 63.15 | 0.27 | 83.57 | 0.05 |
| Postage | 60.00 | 0.25 | 163.84 | 0.11 |
| TOTAL G&A RECOVERABLE EXPENSES | 149.52 | 0.63 | 273.78 | 0.18 |
| | | | | |
| **TOTAL RECOVERABLE EXPENSES** | **4,105.71** | **17.36** | **66,539.87** | **43.60** |
| | | | | |
| **TOTAL OPERATING EXPENSES** | **14,488.26** | **61.26** | **105,039.78** | **68.83** |
| | | | | |
| **NET OPERATING INCOME** | **9,163.94** | **38.74** | **47,573.90** | **31.17** |
| | | | | |
| **NET INCOME (LOSS)** | **9,163.94** | **38.74** | **47,573.90** | **31.17** |

Tuesday, November 25, 2014
05:45 PM

**124-136 S Randall Rd Property**

**Bank Reconciliation Report**

**10/31/2014**

**4628440747**

11/17/2014

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 10/31/2014** | 45,594.48 | |
| **Reconciled Bank Balance** | | 45,594.48 |
| **Balance per GL as of 10/31/2014** | 45,594.48 | |
| **Reconciled Balance Per G/L** | | 45,594.48 |
| **Difference** | | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 09/25/2014 | 1072 | alardete - Alarm Detection Systems, Inc | 119.00 | 10/31/2014 |
| 09/25/2014 | 1073 | comed - Commonwealth Edison | 214.96 | 10/31/2014 |
| 09/25/2014 | 1075 | nicor - Nicor Gas Co. | 45.16 | 10/31/2014 |
| 10/03/2014 | 1076 | allied-933 - Allied Waste Services #933 | 532.76 | 10/31/2014 |
| 10/03/2014 | 1077 | programone - Program One Professional Building Servic | 84.00 | 10/31/2014 |
| 10/03/2014 | 1078 | villalgo - Village of Algonquin | 452.98 | 10/31/2014 |
| 10/13/2014 | 1079 | society - Society Insurance | 354.15 | 10/31/2014 |
| 10/23/2014 | 1080 | comed - Commonwealth Edison | 186.85 | 10/31/2014 |
| 10/23/2014 | 1081 | elitelawn - Elite Lawncare | 795.75 | 10/31/2014 |
| 10/23/2014 | 1082 | nicor - Nicor Gas Co. | 86.37 | 10/31/2014 |
| 10/23/2014 | 1083 | flrcmana - FL RC Management, LLC | 103.95 | 10/31/2014 |
| **Total** | **Cleared Checks** | | **2,975.93** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 10/03/2014 | 31 | | 6,000.00 | 10/31/2014 |
| 10/09/2014 | 32 | | 3,517.20 | 10/31/2014 |
| 10/23/2014 | 33 | | 450.00 | 10/31/2014 |
| **Total** | **Cleared Deposits** | | **9,967.20** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|

## 124-136 S Randall Rd Property
## Bank Reconciliation Report
## 10/31/2014
**4628440747**

11/17/2014

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 10/31/2014 | JE 2575 | Bank Fees | -45.87 | 10/31/2014 |
| **Total** | **Cleared Other Items** | | **-45.87** | |

# Corporate Business Account Statement

 **PNC BANK**

**For the period 10/01/2014 to 10/31/2014**

071823



FRONTLINE REAL ESTATE
PARTNERS LLC
707 SKOKIE BLVD STE 580
NORTHBROOK IL 60062-2855

Account number: 46-2844-0747

Page 1 of 3

Number of enclosures: 0

Tax ID Number: 27-1986801

☎ For Client Services:
  Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
  One Financial Parkway
  Locator Z1-Yb42-03-1
  Kalamazoo , MI 49009

---

# Account Summary Information

## Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 38,649.08 | 9,967.20 | 3,021.80 | 45,594.48 |

---

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 3 | 9,967.20 | Checks | 11 | 2,975.93 |
| National Lockbox | 0 | 0.00 | Returned Items | 0 | 0.00 |
| ACH Credits | 0 | 0.00 | ACH Debits | 0 | 0.00 |
| Funds Transfers In | 0 | 0.00 | Funds Transfers Out | 0 | 0.00 |
| Trade Services | 0 | 0.00 | Trade Services | 0 | 0.00 |
| Investments | 0 | 0.00 | Investments | 0 | 0.00 |
| Zero Balance Transfers | 0 | 0.00 | Zero Balance Transfers | 0 | 0.00 |
| Adjustments | 0 | 0.00 | Adjustments | 0 | 0.00 |
| Other Credits | 0 | 0.00 | Other Debits | 1 | 45.87 |
| Total | 3 | 9,967.20 | Total | 12 | 3,021.80 |

## Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/01 | 38,649.08 | 10/15 | 46,717.42 | 10/30 | 46,436.10 |
| 10/02 | 38,434.12 | 10/20 | 46,363.27 | 10/31 | 45,594.48 |
| 10/03 | 38,269.96 | 10/27 | 46,813.27 | | |
| 10/10 | 47,250.18 | 10/29 | 46,709.32 | | |

---

# Deposits and Other Credits

## Deposits                    3 transactions for a total of $ 9,967.20

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/10 | 6,000.00 | Deposit | 032728018 |
| 10/10 | 3,517.20 | Deposit | 032728020 |
| 10/27 | 450.00 | Deposit | 033909317 |



# Corporate Business Account Statement

FRONTLINE REAL ESTATE
PARTNERS LLC

**For the period 10/01/2014 to 10/31/2014**

Account number:     46-2844-0747

Page 2 of 3

## Checks and Other Debits

**Checks and Substitute Checks**          **11 transactions for a total of $ 2,975.93**

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02 | 1073 | 214.96 | 096408236 | 10/10 | 1078 | 452.98 | 090246176 | 10/30 | 1080 | 186.85 | 090658269 |
| 10/03 | 1072 | 119.00 | 096506733 | 10/15 | 1076 | 532.76 | 096724202 | 10/30 | 1082 | 86.37 | 090507075 |
| 10/03 | 1075 | 45.16 | 096557813 | 10/20 | 1079 | 354.15 | 090677473 | 10/31 | 1081 | 795.75 | 090738980 |
| 10/10 | 1077 | 84.00 | 090198538 | 10/29 | 1083 | 103.95 | 089429888 | | | | |

## Other Debits          **1 transaction for a total of $ 45.87**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/31 | 45.87 | Corporate Account Analysis Charge | 000000000000042212 |

FORM166R-0111

## Reviewing Your Statement



Please review this statement carefully and reconcile it with your records.  Call the telephone number on the upper right side of the first page of this statement if:

* you have any questions regarding your accounts(s);
* your name or address is incorrect;
* you have a business account and your tax identification number is missing or incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

## Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement.  Remember to begin with the ending date of your last statement.  (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement   $ _____

Add deposits and other additions not recorded   Total A + $ _____

                     Subtotal= $ _____

Subtract checks and other deductions not recorded Total B - $ _____

The result should equal your account register balance    = $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 7 AM - 10 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions about Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Check Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Member FDIC             Equal Housing Lender

**124 136 Randall Rd - Sec Dep**

**Bank Reconciliation Report**

**10/31/2014**

11/17/2014

**50-50076593**

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 10/31/2014** | 7,567.00 | |
| **Reconciled Bank Balance** | | 7,567.00 |
| | | |
| **Balance per GL as of 10/31/2014** | 7,567.00 | |
| **Reconciled Balance Per G/L** | | 7,567.00 |
| | | |
| **Difference** | | 0.00 |

**FIRSTMERIT**
Bank

FirstMerit Bank, N.A.
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 1

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY
707 SKOKIE BLVD STE 580
NORTHBROOK IL  60062

**Statement Period**
Oct 1, 2014 to
Oct 31, 2014
**Primary Account**
50 5007 6593

**Questions?**
1-888-283-2303

A

75044 - 31

## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5007 6593 | 7,567.00 |
| **Total Deposit Accounts** | | **7,567.00** |

**REALITY BUSINESS PRO**
**50 5007 6593**

FL RC MANAGEMENT LLC
124 136 S RANDALL RD PROPERTY

### Account Summary

| | |
|---|---|
| Beginning Balance as of Oct 1, 2014 | 7,567.00 |
| There was no activity during this Statement Period. | |
| Ending Balance as of Oct 31, 2014 | 7,567.00 |

**NOTE**

ALL CHECKS ARE LISTED AS PAID AS OF THE POSTING DATE. IN THE EVENT A CHECK IS RETURNED, THE REVERSING ENTRY WILL SHOW AS A CREDIT ON THE NEXT POSTING DATE.

Failure to report discrepancies, forgeries, or alterations within 14 days may result in forfeiture of any claims.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone the number listed on Page 1 of this statement or write using the address listed on Page 1 of this statement as soon as possible, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  For consumer accounts only, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

*Thank you for choosing FirstMerit as your financial partner.*
*We appreciate your business.*

For Deaf and Hearing Impaired (TTY/TDD) Call 1-800-572-6040

**11/25/2014 4:50 PM**

124-136 S Randall Rd, Algonquin (124-136r)

## Receipt Register

Period = Oct 2014-Nov 2014

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| R-12010 | 3068 | 10-2014 | 10/3/2014 | Vogue Cleaners(voguecle) | 124-136r | | 6,000.00 | | |
| R-12117 | 3107 | 10-2014 | 10/9/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | 3,517.20 | | |
| R-12344 | 3168 | 10-2014 | 10/23/2014 | Crystal Lake Shoe Repair(crystall) | 124-136r | | 450.00 | | |
| R-12545 | 3217 | 11-2014 | 11/4/2014 | El Fuego Tacos & Burritos(elfuego) | 124-136r | | 3,717.00 | | |
| R-12715 | 3272 | 11-2014 | 11/14/2014 | CPR - Cell Phone Repair(cellphon) | 124-136r | | 3,518.00 | | |
| R-12716 | 3272 | 11-2014 | 11/14/2014 | Vogue Cleaners(voguecle) | 124-136r | | 6,000.00 | | |
| R-12756 | 3291 | 11-2014 | 11/17/2014 | Crystal Lake Shoe Repair(crystall) | 124-136r | | 450.00 | | |
| | | | | | | **Total** | 23,652.20 | | |

11/25/2014 4:49 PM

124-136 S Randall Rd, Algonquin (124-136r)

## Check Register

Period = Oct 2014-Nov 2014

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| K-8743 | 2844 | 10-2014 | 10/3/2014 | Allied Waste Services #933 (allied-933) | 124-136r | | 532.76 | 1076 | |
| K-8744 | 2844 | 10-2014 | 10/3/2014 | Program One Professional Building Services, Inc. (programone) | 124-136r | | 84.00 | 1077 | |
| K-8745 | 2844 | 10-2014 | 10/3/2014 | Village of Algonquin (villalgo) | 124-136r | | 452.98 | 1078 | |
| K-8932 | 2905 | 10-2014 | 10/13/2014 | Society Insurance (society) | 124-136r | | 354.15 | 1079 | |
| K-9043 | 2962 | 10-2014 | 10/23/2014 | Commonwealth Edison (comed) | 124-136r | | 186.85 | 1080 | |
| K-9044 | 2962 | 10-2014 | 10/23/2014 | Elite Lawncare (elitelawn) | 124-136r | | 795.75 | 1081 | |
| K-9045 | 2962 | 10-2014 | 10/23/2014 | Nicor Gas Co. (nicor) | 124-136r | | 86.37 | 1082 | |
| K-9046 | 2963 | 10-2014 | 10/23/2014 | FL RC Management, LLC (flrcmana) | 124-136r | | 103.95 | 1083 | |
| K-9397 | 3051 | 11-2014 | 11/7/2014 | Alarm Detection Systems, Inc (alardete) | 124-136r | | 279.80 | 1084 | |
| K-9398 | 3051 | 11-2014 | 11/7/2014 | Allied Waste Services #933 (allied-933) | 124-136r | | 531.57 | 1085 | |
| K-9399 | 3051 | 11-2014 | 11/7/2014 | Village of Algonquin (villalgo) | 124-136r | | 492.03 | 1086 | |
| K-9578 | 3123 | 11-2014 | 11/21/2014 | Commonwealth Edison (comed) | 124-136r | | 489.97 | 1087 | |
| K-9579 | 3123 | 11-2014 | 11/21/2014 | FL RC Management, LLC (flrcmana) | 124-136r | | 45.57 | 1088 | |
| K-9580 | 3123 | 11-2014 | 11/21/2014 | Nicor Gas Co. (nicor) | 124-136r | | 27.49 | 1089 | |
| K-9581 | 3123 | 11-2014 | 11/21/2014 | Program One Professional Building Services, Inc. (programone) | 124-136r | | 84.00 | 1090 | |
| K-9582 | 3123 | 11-2014 | 11/21/2014 | Society Insurance (society) | 124-136r | | 349.15 | 1091 | |
| K-9583 | 3123 | 11-2014 | 11/21/2014 | Stahl Cowen Crowley Addis LLC (stahlcowen) | 124-136r | | 9,546.00 | 1092 | |
| | | | | | | **Total** | 14,442.39 | | |

**Aged Receivables Report**

Detail by Resident
Property: 124-136 S Randall Rd, Algonquin (124-13

Trans through: 11/2014
Age As of: 11/30/2014

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------:|------------:|-------------:|-------------:|-------------:|------------:|--------:|
| **124-136r - 124-136 S Randall Rd, Algonquin** | | | | | | | | | |
| 132 | elfuego | El Fuego Tacos & Burritos | 12,877.45 | 3,717.00 | 0.00 | 0.00 | 9,160.45 | 0.00 | 12,877.45 |
| 136-A | crystall | Crystal Lake Shoe Repair | 250.00 | 50.00 | 50.00 | 50.00 | 100.00 | 0.00 | 250.00 |
| **Total 124-136r** | | | **13,127.45** | **3,767.00** | **50.00** | **50.00** | **9,260.45** | **0.00** | **13,127.45** |
| **Total** | | | **13,127.45** | **3,767.00** | **50.00** | **50.00** | **9,260.45** | **0.00** | **13,127.45** |

Tuesday, November 25, 2014

# Rent Roll - Occupancy Summary

As of Date: 11/01/2014   Show Excluded Units: No   Show All Amounts: Annual

Property: 124-136 S Randall Rd, Algonquin - 124-136r

| Unit | Lease Name | Lease Type | Lease From | Lease To | Term (Months) | Area | Base Rent | Rent Per Area | Recovery Per Area | Misc Per Area | Total Per Area | Deposit |
|------|-----------|-----------|-----------|---------|--------------|------|-----------|---------------|-------------------|---------------|----------------|---------|
| 130 | CPR - Cell Phone Rep | Retail - Net | 10/01/2010 | 01/31/2016 | 64 | 1,840 | 27,600.00 | 15.00 | 7.94 | 0.00 | 22.94 | 767.00 |
| 132 | El Fuego Tacos & Bur | Retail - Net | 08/01/2013 | 07/31/2018 | 60 | 1,656 | 31,464.00 | 19.00 | 7.93 | 0.00 | 26.93 | 2,622.00 |
| 136-A | Crystal Lake Shoe Re | Retail - Net | 02/04/2013 | 02/03/2016 | 37 | 300 | 6,000.00 | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 |
| 136-B | Vogue Cleaners | Retail - Net | 11/13/2007 | 11/12/2017 | 121 | 2,640 | 72,000.00 | 27.27 | 0.00 | 0.00 | 27.27 | 0.00 |
| 124 | VACANT | N/A | | | - | 1,280 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 126 | VACANT | N/A | | | - | 1,390 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 128A | VACANT | N/A | | | - | 1,840 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 128B | VACANT | N/A | | | - | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 134 | VACANT | N/A | | | - | 2,904 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 136 | VACANT | N/A | | | - | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Summary

| | Total Units | Percentage | Total Area | Percentage | Total Base Rent | Total Rent Per Area | Total Recovery Per Area | Total Misc Per Area | Total Charges Per Area | Total Deposit |
|---|-------------|-----------|-----------|-----------|-----------------|---------------------|-------------------------|---------------------|------------------------|---------------|
| Occupied | 4 | 40.00% | 6,436 | 46.47% | 137,064.00 | 21.30 | 4.31 | 0.00 | 25.61 | 3,389.00 |
| Vacant | 6 | 60.00% | 7,414 | 53.53% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | 10 | | **13,850** | | **137,064.00** | **9.90** | **2.00** | **0.00** | **11.90** | **3,389.00** |

# EXHIBIT E

# Frontline Real Estate Partners

PNC Bank **INVOICE**
1 N. Franklin, Suite 2150 **R5005**
Chicago, IL 60606
Re:  Randall Road Joint Venture Receivership November 26, 2014

**FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD 10/1/14 – 12/9/14**

**Receiver's Fees:**

| Period | Monthly Fee | | Proration | | Fees Due |
|---|---|---|---|---|---|
| 10/1/14 – 10/31/14 | $2,000.00 | x | 31 / 31 | = | $2000.00 |
| 11/1/14 – 11/30/14 | $2,000.00 | x | 30 / 30 | = | $2,000.00 |
| 12/1/14 – 12/9/14 | $2,000.00 | x | 9 / 31 | = | $580.65 |
| **TOTAL** | | | | | **$4,580.65** |

Monthly Receiver's Fees $4,580.65
Termination  Fee $500.00
**Total Receiver's Fees** $5,080.65

**Additional Charges:**

None

**Total Fees & Costs** $5,080.65

**Previous Unpaid Balance (5th Report)** $4,000.00

**TOTAL AMOUNT DUE** **$9,080.65**

**Frontline Real Estate Partners, LLC**
**707 Skokie Boulevard Suite 580**
**Northbrook, IL 60062**

# EXHIBIT F

PAGE: 1
11/03/2014
CLIENT NO:    34349-001M
STATEMENT NO:    723052

Joshua Joseph, Receiver
707 Skokie Blvd. Suite 580
Northbrook  IL  60062

Randall Road Matter

### FEES

|  |  |  | HOURS |
|---|---|---|---|
| 10/01/2014 | KVH | Review and edit courtesy copy letter; correspondence to client re filing and Vogue Cleaners. | 0.40 |
| 10/02/2014 | KVH | Receipt of receiver's report; correspondence with receiver re same. | 0.20 |
| 10/03/2014 | KVH | Receipt and review of receiver's report and information; correspondence with receiver's office re same; prepare documents for filing; correspondence to clients with filings. | 0.50 |
| 10/06/2014 | KVH | Phone conference with counsel for PNC; phone conference with J. Joseph. | 0.50 |
| 10/07/2014 | KVH | Prepare for court date; court appearance on presentation of the receiver's report and motion to approve receiver's fees; conference with counsel for PNC re same; correspondence to client re court date; phone conference with J. Jospeh re plaintiff's request for information. | 1.70 |
| 10/13/2014 | KVH | Phone conference with counsel for debtor re potential listing agreement; communications with client re broker's commission agreement and potential short sale; voicemail to counsel for PNC re potential sale. | 0.50 |
| 10/15/2014 | KVH | Multiple communications with client re listing agreement; receipt and review of same; phone conference with counsel for PNC re settlement and status report. | 1.30 |
| 10/16/2014 | KVH | Receipt and review of status report of debtors; phone conference with PNC re joint status report; draft motion for extension of time; communications with counsel for parties re joint status report. | 2.20 |
| 10/17/2014 | KVH | Receipt of filing from PNC re status report; receipt of correspondence from debtor. | 0.30 |
| 10/20/2014 | KVH | Multiple communications with counsel for PNC re property; correspondence with receiver's office re same; phone conference with E. Jacobson re listing price; phone conference with counsel for PNC re same; phone conference with receiver re listing agreement. | 0.90 |
| 10/21/2014 | KVH | Review status report from debtors; compare broker's reports, offers and commissions; communications with receiver re potential sale of the property; receipt of courtesy copy letter from counsel for PNC; draft joint status report; correspondence to counsel for PNC and counsel for debtors re same. | 2.00 |
| 10/22/2014 | KVH | Phone conference with client re purchase agreement; correspondence with client re same; receipt and review of revised Joint Status Report; voicemail from counsel for PNC; correspondence to parties re joint status report; correspondence to counsel for PNC re court date. | 0.80 |
| 10/23/2014 | KVH | Phone conference with counsel for PNC re dates; court appearance on Motion to Extend Time to file status report; phone conference with E. Jacobson re same; receipt and review of minute order; correspondence to client re court | |

PAGE: 2
11/03/2014

Joshua Joseph, Receiver

CLIENT NO:     34349-001M
STATEMENT NO:        723052

Randall Road Matter

| | | | HOURS |
|---|---|---|---|
| | | date. | 2.50 |
| 10/24/2014 | KVH | Voicemail from counsel for owner re commission; correspondence from client re settlement of claims; draft receiver's proposed order; correspondence to parties re order; correspondence to counsel for debtors re real estate commission. | 0.70 |
| 10/30/2014 | KVH | Correspondence with counsel for debtors; review online docket; review PNC pleadings. | 0.90 |
| 10/31/2014 | KVH | Research case law regarding quasi-contract relief and receiver compensation; drafting supplemental brief re same; prepare same for filing. | 5.30 |

|  |  |
|---|---|
| 20.70 | 6,417.00 |

## COSTS

| | | | |
|---|---|---|---|
| 10/03/2014 | | McHenry County - Record Lien | 60.00 |
| | | | 60.00 |
| | | **TOTAL FEES & COSTS** | 6,477.00 |
| | | **PREVIOUS UNPAID BALANCE** | $7,736.46 |
| | | **PLEASE REMIT** | $14,213.46 |

### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 0.00 | 4,667.46 | 3,069.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

Joshua Joseph, Receiver
707 Skokie Blvd. Suite 580
Northbrook  IL  60062

Randall Road Matter

### FEES

| | | | HOURS |
|---|---|---|---|
| 09/02/2014 | KVH | Receipt and review of offers and related communications from client re property; correspondence to counsel for debtors re same; correspondence with counsel for Vogue Cleaners; communications with client re draft order. | 1.30 |
| 09/03/2014 | KVH | Correspondence from receiver's office re court dates and schedule; draft receiver report order; correspondence to proposed inbox re same; draft letter and complaint re New Clique; communications with E. Jacobson re same; communications with counsel for Vogue Cleaners; correspondence with client re same. | 2.20 |
| 09/04/2014 | KVH | Communications with client re leases and Vogue Cleaner payment; communications with counsel for New Clique; review bankruptcy docket; communications with E. Jacobson re New Clique; draft correspondence to counsel for Vogue Cleaners. | 1.60 |
| 09/05/2014 | KVH | Correspondence from counsel for Vogue Cleaners. | 0.10 |
| 09/08/2014 | KVH | Receipt of order approving receiver's report; docket same. | 0.20 |
| 09/09/2014 | KVH | Court appearance on Motion to Approve Receiver's Fees; conference with counsel for PNC and counsel for debtors; communications with client re court date; communications with client re broker's commission. | 1.50 |
| 09/10/2014 | KVH | Receipt and review of minutes order; correspondence with client; analyze broker's commission issues; communications with client re same. | 0.80 |
| 09/11/2014 | KVH | Correspondence from counsel for Vogue Cleaners; communications with client re same. | 0.40 |
| 09/12/2014 | KVH | Review lien rights and research same; drafting documents re notice of lien; review correspondence and payment history from Vogue Cleaners; communications with client re same. | 1.30 |
| | AHE | Prepared email to J. Joseph | 0.10 |
| 09/16/2014 | KVH | Receipt of returned correspondence from Phoenix Listing; conference with client re Vogue Cleaners; correspondence with counsel for Vogue Cleaners re same. | 0.30 |
| 09/23/2014 | KVH | Receipt of notice for PNC's filing. | 0.10 |
| 09/24/2014 | KVH | Receipt and review of PNC's response; analyze receiver compensation issues; communications with client re lien. | 1.00 |
| 09/25/2014 | KVH | Correspondence from receiver re brief. | 0.10 |
| 09/26/2014 | KVH | Correspondence with J. Joseph re documents; review response brief. | 0.30 |

Joshua Joseph, Receiver

Randall Road Matter

| | | | HOURS | |
|---|---|---|---|---|
| 09/30/2014 | KVH | Review PNC's response brief; research case law re receivership compensation; draft reply brief in support of motion for approval of fees; draft notice of filing. | 3.60 | |
| | | | 14.90 | 4,623.00 |

### COSTS

| | | | |
|---|---|---|---|
| 09/03/2014 | Federal Express to: Janine Steffens | | 14.82 |
| 09/03/2014 | Federal Express to: Janine Steffens | | 14.82 |
| 09/03/2014 | Federal Express to: Paul Steffens | | 14.82 |
| | | | 44.46 |

**TOTAL FEES & COSTS**                                4,667.46

**PREVIOUS UNPAID BALANCE**                    $3,069.00

**PLEASE REMIT**                                         $7,736.46

### PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 3,069.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**PLEASE NOTE CLIENT AND STATEMENT NUMBER WITH PAYMENT.**

# Tabs3 Detail Work-In-Process Report
Stahl Cowen Crowley Addis LLC

Originating Attorney: 37 ANDREW H. ERES

**Client: 34349.001M Joseph, Receiver/Joshua**
**Randall Road Matter**
Primary Attorney:
Secondary Attorney:
Originating Attorney: 37 ANDREW H. ERES
Previous Balance: 14,213.46

| | Category: | 204 Litigation - Commercial/Contra |
|---|---|---|
| 37 AHE | Draft Template: | 00000001  Rate Code: 1 |
| 37 AHE | Final Template: | 00000002  Date Opened: 03/19/2014 |
| 37 AHE | | |

Joseph, Receiver

Contact: Joshua Joseph, Receiver

## Fees

| Date | Aty | Cat | Src (H T B R / P X C C) | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/Down Hrs | Amount | Write-Up/Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/13/2014 | 37 AHE | 204 | | 4 | 89 | 350.00 | | 0.20 | 0.20 | | 70.00 | | Conference with J. Joseph re broker's lien settlement |
| | | | | | | | | 0.20 | 0.20 | | 70.00 | | Billable Total: 37 ANDREW H. ERES |
| 5/12/2014 | 91 KVH | 204 | | 1 | 87 | 310.00 | | 1.10 | 1.10 | | 341.00 | | Correspondence to counsel for debtors re settlement offer; phone conference with counsel for PNC re settlement; receipt and review of briefs from parties re supplemental brief for fees; conference with A. Eres re closing; correspondence with J. Joseph re same. |
| 5/13/2014 | 91 KVH | 204 | | 1 | 88 | 310.00 | | 2.20 | 2.20 | | 682.00 | | Memo to client re status of objections to Motion to Approve Fees; correspondence with J. Joseph re same; phone conference with J. Joseph; prepare draft order for fifth report; call to counsel for debtors re settlement, phone conference with counsel for debtor re settlement; phone conference with J. Joseph re same. |
| 5/14/2014 | 91 KVH | 204 | | 1 | 90 | 310.00 | | 1.70 | 1.70 | | 527.00 | | Communications with client re settlement; receipt of courtesy copy letter from PNC; correspondence to counsel for debtors re settlement, phone conference with counsel re same; draft proposed settlement letter; correspondence to counsel for debtor; communications with J. Joseph re same; correspondence from E. Jacobson re final receiver's report. |
| 5/16/2014 | 91 KVH | 204 | | 1 | 91 | 310.00 | | 0.30 | 0.30 | | 93.00 | | Receipt and review of correspondence from counsel for debtor re settlement of brokerage claims; communications with J. Joseph re same. |
| 5/17/2014 | 91 KVH | 204 | | 1 | 92 | 310.00 | | 1.70 | 1.70 | | 527.00 | | Correspondence from counsel for debtor re settlement; review and sign settlement letter; forward to J. Joseph; forward to counsel for debtor; phone conference with counsel for PNC re same; communications with J. Joseph re closing; correspondence with counsel for PNC; review executed agreement; phone conference with counsel for buyer's attorney re closing; communications with client re same. |

Date: 11/21/2014

**Tabs3 Detail Work-In-Process Report**
Stahl Cowen Crowley Addis LLC

Page: 2

Originating Attorney: 37 ANDREW H. ERES

**Client: 34349.001M Joseph, Receiver/Joshua** *(Continued)*

| Date | Atty | Cat Src | H T B R P X C C | Tcode | Ref # | Rate | Units | Hours Worked | Hours to Bill | Write-Up/ Down Hrs | Amount | Write-Up/ Down Amt | Description |
|------|------|---------|------------------|-------|-------|------|-------|--------------|---------------|---------------------|--------|---------------------|-------------|
| 11/18/2014 | 91 KVH | 204 | | 1 | 93 | 310.00 | | 1.70 | 1.70 | | 527.00 | | Phone conference with counsel for seller re broker's lien; review recorded lien; draft release of lien; correspondence with receiver and broker re lien; draft cover letter to counsel for seller; correspondence to counsel for seller with release of lien and cover letter; correspondence with J. Joseph re closing; correspondence to counsel for seller re closing; correspondence to counsel for debtor re same; correspondence to J. Joseph re closing; correspondence to M. Hendricksen re same. |
| 11/19/2014 | 91 KVH | 204 | | 1 | 94 | 310.00 | | 0.90 | 0.90 | | 279.00 | | Receipt and review of correspondence from counsel for PNC re closing; correspondence to counsel re same; call to title company re wire transfer; correspondence to title company re same; receipt and review of wire transfer confirmation; correspondence with J. Joseph re same; correspondence to counsel for PNC re termination of case; |
| 11/20/2014 | 91 KVH | 204 | | 1 | 95 | 310.00 | | 0.50 | 0.50 | | 155.00 | | Phone conference with J. Joseph re final report; correspondence with E. Jacobson re final receiver's report; call from counsel for debtors; phone conference with counsel for PNC re dismissal of case; correspondence to counsel for debtor re property and receivership. |

**Billable Total:**

| | | | | | | | | 10.10 | 10.10 | | 3,131.00 | | |

**Total Billable Fees**

| | | | | | | | | 10.30 | 10.30 | | 3,201.00 | | |

| | | | | | | | | 10.30 | 10.30 | | 3,201.00 | | |

**91 KEVIN V. HUNT**

| | | | | | | | | 10.10 | 10.10 | 14,213.46 | | 17,414.46 | |

| | | | | | | | | 10.30 | 10.30 | 14,213.46 | | | |

```
                                    RECAP
Fees:              3,201.00      Previous Balance:      14,213.46
Expenses:              0.00      Payments/Credits:           0.00
Advances:              0.00      Balance Due:           14,213.46
Total WIP:         3,201.00
```

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ | Total: |
|------|------|-------|-------|--------|---------|------|--------|
| | 0.30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ | |
| | 6,477.00 | 4,667.46 | 3,069.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | | 3,201.00 |

# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB | ) ) ) |
| | ) No 13 cv 07271 |
| Plaintiff. | ) |
| | ) Property Address: |
| vs. | ) 124-136 S. Randall Road |
| | ) Algonquin, Illinois 60102 |
| Randall Road Joint Venture, an Illinois general Partnership; Chicago Title Land Trust Company, successor trustee to Amcore Investment Group as Trustee Under Trust Agreement Dated December 15, 1993 and Known as Trust Number 3504; Jeffrey R. Dunham; Robert R. Dunham; Power Pizza Company d/b/a Jake's Pizza, an Illinois domestic corporation; Phoenix Leasing Incorporated, a foreign corporation; | ) ) Assigned Judge: Robert M. Dow, Jr. ) Magistrate Judge: Mary M. Rowland ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER coming on to be heard before this Honorable Court on approval of the Final Report of the Receiver, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Final Report of the Receiver is approved including all fees and expenses of the Receiver and the Receiver's legal counsel, as detailed in the Report;

2. The Receiver is hereby discharged of his duties and his bond released.

3. Any fees remaining in the Receiver's account after payment of final fees and expenses shall be turned over within 30 days.


**E N T E R:**

_____

**JUDGE**

**Dated:** _____


Joshua E. Joseph / Receiver
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262